AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization; [additional plaintiffs on Attachment "A"] <br><br> *Plaintiff(s)* <br> v. <br> BRIAN P. KEMP, in his official capacity as Secretary of State for the State of Georgia <br><br> *Defendant(s)* | Civil Action No. 1:18-cv-04727-ELR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Georgia Secretary of State Brian P. Kemp, 214 State Capitol, Atlanta, Ga. 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bryan L. Sells
The Law Office of Bryan L. Sells LLC
PO Box 5493
Atlanta, Georgia, 31107
[additional attorneys on Attachment "A"]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT "A" TO SUMMONS

**Additional Plaintiffs (continued from page 1):**

ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, INC., as an organization; GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; NEW GEORGIA PROJECT, INC., as an organization; GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, INC., as an organization; and PROGEORGIA STATE TABLE, INC., as an organization;

**Additional Attorneys for the Plaintiffs (continued from page 1):**

Kristen Clarke, Esq. (*pro hac vice – to be filed)
Jon Greenbaum, Esq. (*pro hac vice – to be filed)
Ezra D. Rosenberg, Esq. (*pro hac vice – to be filed)
Julie Houk, Esq. (*pro hac vice – to be filed)
John Powers, Esq. (*pro hac vice – to be filed)
kclarke@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
Telephone:   (202) 662-8600
Facsimile:   (202) 783-0857

Vilia Hayes, Esq.  (*pro hac vice – to be filed)
Gregory Farrell, Esq.  (*pro hac vice – to be filed)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone:   (212) 837-6000
Facsimile:   (212) 422-4726

Danielle Lang, Esq. (*pro hac vice – to be filed)
Mark Gaber (*pro hac vice – to be filed)
J. Gerald Hebert (*pro hac vice – to be filed)
dlang@campaignlegalcenter.org
MGaber@campaignlegalcenter.org
GHebert@campaignlegalcenter.org
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC  20005
Telephone:  (202) 736-2200
Facsimile:   (202) 736-2222

Phi Nguyen
Georgia Bar No. 578019
Asian Americans Advancing Justice – Atlanta
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
pnguyen@advancingjustice-atlanta.org
Telephone: (770) 818-6147