AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization; [additional plaintiffs on Attachment "A"] <br><br> *Plaintiff(s)* <br> v. <br> BRIAN P. KEMP, in his official capacity as Secretary of State for the State of Georgia <br><br> *Defendant(s)* | Civil Action No. 1:18-cv-04727-ELR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Georgia Secretary of State Brian P. Kemp, 214 State Capitol, Atlanta, Ga. 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bryan L. Sells
The Law Office of Bryan L. Sells LLC
PO Box 5493
Atlanta, Georgia, 31107
[additional attorneys on Attachment "A"]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 10/12/2018

*s/ Charlotte Diggs*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-04727-ELR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT "A" TO SUMMONS

**Additional Plaintiffs (continued from page 1):**

ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, INC., as an organization; GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; NEW GEORGIA PROJECT, INC., as an organization; GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, INC., as an organization; and PROGEORGIA STATE TABLE, INC., as an organization;

**Additional Attorneys for the Plaintiffs (continued from page 1):**

Kristen Clarke, Esq. (*pro hac vice – to be filed)
Jon Greenbaum, Esq. (*pro hac vice – to be filed)
Ezra D. Rosenberg, Esq. (*pro hac vice – to be filed)
Julie Houk, Esq. (*pro hac vice – to be filed)
John Powers, Esq. (*pro hac vice – to be filed)
kclarke@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
Telephone:  (202) 662-8600
Facsimile:   (202) 783-0857

Vilia Hayes, Esq.  (*pro hac vice – to be filed)
Gregory Farrell, Esq.  (*pro hac vice – to be filed)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone:  (212) 837-6000
Facsimile:   (212) 422-4726

Danielle Lang, Esq. (*pro hac vice – to be filed)
Mark Gaber (*pro hac vice – to be filed)
J. Gerald Hebert (*pro hac vice – to be filed)
dlang@campaignlegalcenter.org
MGaber@campaignlegalcenter.org
GHebert@campaignlegalcenter.org
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC  20005
Telephone:  (202) 736-2200
Facsimile:   (202) 736-2222

Phi Nguyen
Georgia Bar No. 578019
Asian Americans Advancing Justice – Atlanta
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
pnguyen@advancingjustice-atlanta.org
Telephone: (770) 818-6147