IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization; ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, INC., as an organization; GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; NEW GEORGIA PROJECT, INC., as an organization; GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, INC., as an organization; PROGEORGIA STATE TABLE, INC., as an organization; THE JOSEPH AND EVELYN LOWERY INSTITUTE FOR JUSTICE AND HUMAN RIGHTS, INC, as an organization; and COMMON CAUSE, as an organization;<br><br>      Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>      Defendant. | Civil Action<br>Case No. 1:18-cv-04727-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October 2018, I electronically filed the plaintiffs' AMENDED COMPLAINT FOR INJUNCTIVE AND

1

DECLARATORY RELIEF (ECF 15) with the Clerk of the Court using the CM/ECF system and have served a copy by electronic mail upon the following attorney of record for the defendant:

>Cristina M. Correia
>Senior Assistant Attorney General
>Georgia Department of Law
>40 Capitol Square, SW Atlanta, GA 30334
>404-656-7063
>FAX: 404-651-9325
>ccorreia@law.ga.gov

Dated: October 19, 2018

>/s/ Bryan L. Sells
>Bryan L. Sells
>Georgia Bar No. 635562
>The Law Office of Bryan L. Sells, LLC
>Post Office Box 5493
>Atlanta, Georgia 31107-0493
>Telephone: (404) 480-4212
>bryan@bryansellslaw.com