# EXHIBIT 8

# THE
# POLL WORKER
## ⟶ MANUAL ⟵





## 2018 Edition

# Preface

This State of **Georgia Poll Worker Manual** is to be used as a guide for the administration of elections conducted by county election officials for poll workers.

This manual is not intended to be used as a substitute for the Georgia Constitution, relevant statutes, applicable case law, or rules of the State Election Board. Prior to your assigned duties, be sure to collect county contact information, county information for board members (if applicable), polling place information, a county map, a supply list, and any other information provided by your county.

Elections Division
2 MLK Jr. Dr. SE #802 West
Atlanta, Georgia 30334

Phone:(404) 656-2871



# Biography

Georgia Secretary of State Brian Kemp, a lifelong resident of Athens, is a graduate of Clarke Central High School and the University of Georgia, where he earned a Bachelor of Science degree in Agriculture.

Brian Kemp has been Secretary of State since January 2010. Among the office's wide-ranging responsibilities, the Secretary of State is charged with conducting secure, accessible, and fair elections, the registration of corporations, the oversight and regulation of securities, and the administration of professional license holders.

Secretary Kemp is committed to utilizing fiscally conservative business principles, implementing technology throughout each division, and removing government red tape and regulations that block economic growth and recovery and job growth. Kemp has implemented many e-government solutions, allowing the agency to communicate more efficiently with Georgia businesses, reduce the time businesses spend on paperwork, reduce costs to Georgia's taxpayers, and make the office more transparent.

Secretary Kemp achieved increased efficiencies throughout his agency by practicing zero-based line item budgeting and streamlining the agency's overall workforce. To increase transparency, Secretary Kemp places both his zero-based budgeting plan and monthly expenditures on the agency website.

As Georgia's Chief Elections Administrator, Secretary Kemp has restructured delivery of numerous services to more closely align with the needs of constituents by digitizing interactions between the agency and voters and has established Georgia as a national model for election security. The My Voter Page or "MVP" voter education website allows voters to view their sample ballot, find their early voting locations and times, find their Election Day polling location, verify their registration status, and much more. Georgia's military and overseas voters can also use MVP to receive ballots electronically.

Secretary Kemp achieved significant victories for the protection of election security when he filed suit against the U.S. Department of Justice to obtain preclearance of Georgia's verification system for new voter registration applicants, which includes citizenship.

Secretary Kemp also implemented the Stop Voter Fraud website so citizens can report questionable election-related activity online or by calling the Secretary of State's Voter Fraud Hotline. Additionally, the agency's Investigations Division increased its partnerships with state and local law enforcement to investigate and prosecute voter fraud.

Finally, Secretary Kemp established the Secretary of State's Election Advisory Council, comprised of experienced election officials and leaders from across the state. The Council is tasked with reviewing the Georgia Election Code and State Election Board Rules and making recommendations that improve and strengthen Georgia's election laws and procedures.

Secretary Kemp served in the Georgia State Senate from 2002-2006. Secretary Kemp served in committee leadership roles, including Chair of Public Safety & Homeland Security and Vice-Chair of Higher Education.

Secretary Kemp, 55, is married to the former Marty Argo of Athens. They are the proud parents of three daughters and are actively involved in various school activities with their children and various charities. The Kemps are active members of Emmanuel Episcopal Church in Athens.

# Thank You

As the state's chief elections officer, it's my responsibility to maintain the security and integrity of elections in Georgia. On behalf of my office, the State Election Board, and our county and municipal election officials, thank you for serving as a poll worker.

Poll workers are essential to the elections process, and we appreciate your willingness to serve your community. We hope that you find this poll worker manual useful.

As always, if my staff or I can be of service to you, please don't hesitate to contact us. Again, thank you for serving as a poll worker.



**Office of Secretary of State Brian P. Kemp**
214 State Capitol
Atlanta, Georgia 30334

Phone:(404) 656-2881



# Contents

## 1
**General Information**

## 3
**Polling Place**

Signs and supplies; polling place preparation timeline; opening procedure for the voting unit

## 17
**Election Day**

Voter flow chart

## 21
**Entrance**

Common occurances in the polling place

## 27
**Voter Certificate & Voter Identification**

Overview; examples of proper voter identification; lists; ExpressPoll procedures; using the barcode scanner

## 43
**Voting**

Assisting electors; election offenses

## 49

**Provisional & Challenged Ballots**

Provisional ballots in the Georgia Code & SEB Rules; situations when a voter can be issued a provisional ballot; provisional ballot codes; provisional ballot procedure; challenged ballots in the Georgia Code; procedure for issuing a challenged ballot

## 75

**Close of Polls**

Declaring the close; closing procedure for the voting unit; notes on accumulating; accumulating procedure; Express-Poll closing procedure

## 85

**Paperwork**

ExpressPoll recap sheet; DRE recap sheet; provisional ballot recap

## 93

**Troubleshooting Guide**

# General Info
## Qualifications, Conduct, and Training in the Code

### O.C.G.A. § 21-2-92(a)

**Poll officers appointed pursuant** to Code Sections O.C.G.A. 21-2-90 and O.C.G.A. 21-2-91 **shall** be judicious, intelligent, and upright citizens of the United States, residents of or otherwise employed by the county in which they are appointed or, in the case of municipal elections, residents of or otherwise employed by the municipality in which the election is to be held or of the county in which that municipality is located, 16 years of age or over, and **shall** be able to read, write, and speak the English language. No poll officer **shall** be eligible for any nomination for public office or to be voted for at a primary or election at which the poll officer **shall** serve. No person who is otherwise holding public office, other than a political party office, **shall** be eligible to be appointed as or to serve as a poll officer. A parent, spouse, child, brother, sister, fa-





1

ther-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, or sister-in-law of a candidate **shall not** be eligible to serve as a poll officer in any precinct in which such candidate's name appears on the ballot in any primary or election.

## O.C.G.A. § 21-2-99(a)

**The election superintendent shall** provide adequate training to all poll officers and poll workers regarding the use of voting equipment, voting procedures, all aspects of state and federal law applicable to conducting elections, and the poll officers' or poll workers' duties in connection therewith prior to each general primary and general election and each special primary and special election; provided, however, such training **shall not** be required for a special election held between the date of the general primary and the general election. Upon successful completion of such instruction, the superintendent **shall** give to each poll officer and poll worker a certificate to the effect that such person has been found qualified to conduct such primary or election with the particular type of voting equipment in use in that jurisdiction. Additionally, the superintendent **shall** notify the Secretary of State on forms to be provided by the Secretary of State of the date when such instruction was held and the number of persons attending and completing such instruction. For the purpose of giving such instructions, the superintendent **shall** call such meeting or meetings of poll officers and poll workers as **shall** be necessary. Each poll officer shall, upon notice, attend such meeting or meetings called for his or her instruction.

## O.C.G.A. § 21-2-99(b)

**No poll officer or poll worker shall** serve at any primary or election unless he or she **shall** have received instructions, as described in subsection (a) of this Code section; **shall** have been found qualified to perform his or her duties in connection with the type of voting equipment to be used in that jurisdiction; and **shall** have received a certificate to that effect from the superintendent; provided, however, that this **shall** not prevent the appointment of a poll officer or poll worker to fill a vacancy arising on the day of a primary or election or on the preceding day.



# Polling Place



Before the polls open, your polling place must have the signs and supplies included in this section.

All signs and supplies may be ordered online in the Georgia Elections Supply Store. The Store is for Georgia Election Officials only. It is password protected.



# Polling Place

## Polling Place Preparation in the Code

### O.C.G.A. § 21-2-267(a)

**The governing authority of each** county and municipality shall provide and the superintendent shall cause all rooms used as polling places to be provided with suitable heat and light and, in precincts in which ballots are used, with a sufficient number of voting compartments or booths with proper supplies in which the electors may conveniently mark their ballots, with a curtain, screen, or door in the upper part of the front of each compartment or booth so that in the marking thereof they may be screened from the observation of others. A curtain, screen, or door shall not be required, however, for the self-contained units used as voting booths in which Direct Recording Electronic (DRE) voting units are located **if such booths have been designed so as to ensure the privacy of the elector.** When practicable, every polling place shall consist of a single room, every




part of which is within the unobstructed view of those present therein and shall be furnished with a guardrail or barrier closing the inner portion of such room, which guardrail or barrier shall be so constructed and placed that only such persons as are inside such rail or barrier can approach within six feet of the ballot box and voting compartments, or booths, or voting machines, as the case may be. The ballot box and voting compartments or booths shall be so arranged in the voting room within the enclosed space as to be in full view of those persons in the room outside the guardrail or barrier. The voting machine or machines shall be placed in the voting rooms within the enclosed space so that, unless its construction shall otherwise require, the ballot labels on the face of the machine can be plainly seen by the poll officers



when the machine is not occupied by an elector. In the case of direct recording electronic (DRE) voting units, the units shall be arranged in such a manner as to ensure the privacy of the elector while voting on such units, to allow monitoring of the units by the poll officers while the polls are open, and to permit the public to observe the voting without affecting the privacy of the electors as they vote.

## O.C.G.A. § § 21-2-328 and 21-2-375

At least one hour prior to the time set to open the polls, the voting machines and supplies will be delivered to the polling places in each precinct. The machines will be set up in the proper manner, signs, sample ballots and other instructions will be posted, and other supplies will be distributed.

## O.C.G.A. § 21-2-379.7

Prior to opening the polls, the manager will break the seal on each voting unit, turn on each unit, certify that each unit is operating properly and is set to zero, and print a zero tape certifying that each unit is set to zero. The manager shall keep or record this zero certification on each unit. At least one voting machine will be accessible to disabled electors at each precinct.

# Polling Place

## Signs at the Polling Place

In Each Voting Booth

Inside Polling Place

Outside Polling Place


Voting Instructions


Required Identification


Voting Rights Poster


Card of Instructions


Notice of Penalties

*These images may not represent the actual notices or signs. As supplies and signs are updated, their appearances may change. These are just examples.*



Sample Ballot (2)



Prohibition Notice



Magnified Ballot Request

Electors 75 Years & Older (2)



Vote Here Sign



No Campaigning Sign (2)

# Polling Place

## Signs at the Polling Place


Handicapped Parking Sign

# Polling Place

## Forms for the Polling Place



Oath of Manager



Oath of Assistant Manager



Oath of Clerks



Voter Certificates



Voter Certificate Binders



Voter Registration Application

# Polling Place

## Forms at the Polling Place



DRE Recap Sheet



ExpressPoll Recap Sheet



Provisional/Challenged Ballot Recap



Daily Absentee Recap Sheet



Numbered List of Voters



Voters with Disabilities Kit



Provisional VR Application



Provisional Voter Certificate



Inner Provisional Ballot Envelope



Outer Provisional Ballot Envelope



Provis. Numbered List of Voters

# Polling Place

## Polling Place Preparation on Election Day

### 6:00 a.m.

Poll Managers and
Assistant Managers Report to
Polling Place

### Name Badges

Provide a name badge for each Poll
Official. The badge must be worn at
all times.

### Oaths

Before entering upon duties at
any primary or election, all poll
officers shall take and subscribe in
duplicate to the oaths required.

Assistant Manager swears in
**Manager**

Manager then swears in the two
assistant managers and the clerks

Oaths are signed and placed in the
proper envelope

### Post Signs

Voting Instructions

Required
Identification

Voting Instructions

Voting Rights Poster

Card of Instructions

Notice of Penalties

Sample Ballots (2)

Prohibition Notice

Magnified Ballot Request

Electors 75 Years & Older

Vote Here

No Campaigning

Handicapped Parking

# DRE Prep

All duties must be performed in full view of the public. Potential voters may watch but are not allowed to enter the enclosed space or interfere when preparations for opening the polls are in progress.

**At no time are the doors to the polling place to be locked so as to exclude any member of the public from viewing the pre-election preparation, conduct of the election, or the closeout procedures.**

This should be done in assembly line style: while waiting for one Touchscreen unit to get to the proper screen or finish printing a report, go to the next Touchscreen unit and continue with the opening or closing procedure.

**While conducting the opening procedures, do not remove side privacy panels.**

1) One Poll Official reads the instructions
2) One Poll Official follows the instructions as read to them
3) One Poll Official records the necessary information on the Direct Record Electronic Voting Machine Recap Sheet



## V.W.D. Kit

Attach the Voter With Disability (VWD) to chosen DRE Unit.

## Open ExpressPoll

Open ExpressPoll using the Express poll opening instructions

## Set up Provisional Ballot Station

A Provisional Ballot Station **must** be set up in each polling place. The manager or assistant manager should attend this station when there is a person in the poll being considered for provisional voting.

## 7:00 a.m.

The Poll Manager publicly declares "The poll is open."

# Polling Place

## Opening Procedure for the Voting Unit

**1.** Verify "Before Polls Open SEAL NUMBER" and "DRE UNIT NUMBER" on Direct Record Electronic Voting Machine Recap Sheet.

**2.** Cut seal and open case.  Do not remove side privacy panels.

**3.** Using the key, unlock and remove the printer cover on the top right side and unlock the security door on the right side.



**4.** Push the RED power button to turn the unit on.

*The zero report will automatically begin to print.*

*DO NOT TEAR THE TAPE.*

*When the report is finished printing, verify that all counters on the report are at zero (0).  Remember: the Manager and both assistants must sign ALL tapes.  If the Count Number on the Touchscreen unit is not zero (0), call your local elections office immediately.*

**1.** Leaving the Zero Report attached, roll it up and replace and lock the printer cover. Close and lock the security door.

**2.** On the "Need Another Copy" screen, press the "No" button.

**3.** Remove side privacy panels from back cover and attach both sides to Touchscreen unit.



**4.** Press and hold the BLACK button at the top of the screen to raise the screen.

***DO NOT PULL THE SCREEN UP TO THE FULL UPRIGHT POSITION.***

***IF THE TOUCHSCREEN IS PULLED OUT OF THE SOCKET, REPOSITION BY USING YOUR THUMB TO DEPRESS THE TAB AND INSERT BACK INTO SLOT.  PLACE TOUCHSCREEN AT DESIRED ANGLE.***

# Do Not Forget

Attach "Voting Instructions" poster to the inside of each Touchscreen unit and withdrawn candidate information, if applicable.

Electrical Cord Placements - Check to make sure that the power cord that goes from the booth to the Touch Screen unit located on the left side of the unit towards the back is firmly plugged in.

Attach the VWD (Voters With Disability) kit to one of your Touch Screen units. The plug-ins for the headphones and the keypad are located on the right side of the Touch Screen unit just in front of where the security door closes. This allows you to attach or remove the VWD kit without having to unlock and open the security door.

The VWD kit can be attached to any one of your Touch Screen units. All units are capable of displaying the audio and/or magnified ballot.



1.      Plug in the headphone set to the headphone jack labeled "AUDIO", and then plug the keypad into the serial jack (5 prong on top, 4 on bottom) labeled "KEYPAD".

2.      Place the keypad on the unit behind the screen until needed.

***This unit can be used by any voter on Election Day when not in use by a disabled voter.***

*The instructions outlined on these pages reference the R6 DRE unit. If you are using a different machine, the procedures remain the same. However, the location of the physical components are different.*

# Election day

Although there is no such thing as a typical election day, this section reviews what happens when everything goes as planned.





The flow chart on the following page details the different stations a voter visits in a polling place.

If assigned to a particular station, know your role and make the poll manager aware of any questions or concerns you may have before the polls open.



# Election day

## Voter Flow Chart



Voter
Enters the
Polling
Place

Voter Certificate

Identification

ExpressPoll

Greet the voter with a **smile and direct them** to the appropriate **station to begin the** voting process.

Ask if the voter is reg-**istered in your county** and qualified to vote in the election. If the voter is not qualified **for this election, a** provisional ballot may be authorized if cir-cumstances dictate.

Once a voter has been certified to vote within your election, check their identifi-cation to find them in Express Poll and issue their ballot. Accept-able ID is found in O.C.G.A. § 21-2-417. Be sure to document ID on Voter Certificate.

Here the voter's eli-gibility is checked on the Express Poll touch screen. If they have **not voted, they are** **issued a voter access** **card (the card they** **insert into the DRE** **units), and added to** the Numbered List of Voters.



# Voter Cast Ballot

# Voter Exits the Polling Place

# Voter Returns Card

# Provisional Ballots*

**The voter is then** directed to the DRE touchscreen units. They will insert the **voter access card into** the machine, make **their selections for each election, and** select "cast ballot."

Once the voter casts **their ballot, the card** will pop out of the machine. The voter will return their card to the poll worker and receive their "I'm a Georgia Voter" sticker.

Ensure the voter has completed their vot-**ing, returned their card, and received** their sticker and then thank them for voting.

If a voter, for any rea-**son, is unable to cast a** ballot at your polling station but would like to be issued a provi-sional ballot, they will fill out their ballot at the "Provisional Bal-lot Station." Ensure them that they will be notified if their ballot was counted typically within a week after the election.

For more information on Provisional Ballots, please see page 51.

# Entrance

Poll workers must be aware of a few important things whenever voters begin entering the polling place.





- How should voters with disabilities be accommodated?

- What happens if a voter is wearing campaign material?

- Can someone take a picture of their ballot?

- What are Poll Watchers?

These and other questions are addressed in the following section.



# Entrance

## Voters Enter the Polling Place

### Accommodating Voters with Disabilities

Signs are vital. Directional signs should designate accessible parking spaces and be visible, especially those designating handicapped parking spaces, as well as the nearest accessible entrance if it is not the main door.

If the polling place does not have a permanent handicapped parking space, designate a handicapped parking space by placement of a temporary "Handicapped Parking Sign". Make sure there is wheelchair access to the building, the polling place, and the voting booth.

Always be courteous and respectful. Be considerate of extra time it may take for a person who is disabled or elderly to complete the voting process, and give unhurried attention to a person who has difficulty speaking.

Always speak directly to the voter, and not to a companion, aide, or sign language interpreter. Animals that assist people with disabilities should be admitted into all buildings. DO NOT pet or distract these Assistance Animals, as they are working animals, not pets.

If you observe a voter with a disability who needs assistance, ASK "May I help you in any way?" before rendering assistance. The answer you receive should dictate any further assistance.

Place chairs or benches along a waiting area for the convenience and comfort of those who may have difficulty standing in line.

### Voters with Speech or Hearing Impairment

A voter who cannot speak can give their name and address simply by providing their written name and address to the poll worker.

Follow the voter's cues to determine whether speaking, gestures, or writing is the most effective method of communication.




If speaking, speak calmly, slowly, and directly to the voter. Do not shout. Your facial expressions, gestures, and body movements help in understanding. Face the voter at all times and keep your face in full light (not backlit).

Rephrase, rather than repeat, sentences that the voter does not understand.

## Voters with Mobility Impairment

Do not push or touch another person's wheelchair or equipment without prior consent. People using adaptive equipment often consider the equipment as part of their personal space. You are also more likely to break a wheelchair or piece of equipment with which you are not familiar.

## Voting by Electors Over 75 Years of Age or Older or Disabled
### O.C.G.A. § § 21-2-385.1 and 21-2-409.1

On election day between the hours of 9:30 A.M. and 4:30 P.M., and also during advance voting each elector who is 75 years of age or older or who is disabled and requires assistance in voting, shall, upon request to a poll officer, be authorized at any primary or election to vote immediately at the next available voting compartment or booth without having to wait in line.

## Campaign Activity or Campaign Material at the Pollling Place
### O.C.G.A. § § 21-2-413 and 21-2-414

No person, when within the polling place, shall electioneer or solicit votes for any political party or body or candidate or question, nor shall any written or printed matter be posted within the room.

No person whose name appears as a candidate on the ballot being voted upon at a primary, election, special primary, or special election, except a judge of the probate court serving as the election superintendent, shall physically enter any polling place other than the polling place at which that person is authorized to cast his or her ballot for that primary, election, special primary, or special election and, after casting his or her ballot, the candidate shall not return to such polling place until after the poll has closed and voting has ceased.

No person shall solicit votes in any manner or by any means or method, nor shall any person distribute or display any campaign material, nor shall any person solicit signatures for any petition, nor shall any person, other than election officials discharging their duties, establish or set up any tables or booths on any day in which ballots are being cast:

(Continued...)




24

1.  Within 150 feet of the outer edge of any building within which a polling place is established;
2.  Within any polling place; or
3.  Within 25 feet of any voter standing in line to vote at any polling place.

**"Campaign materials"** is defined as any newspaper, booklet, pamphlet, card, sign, paraphernalia, or any other written or printer matter referring to:

A.  A candidate whose name appears on the ballot in a primary or election;
B.  A referendum which appears on the ballot in a primary or election; or
C.  A political party or body which has a nominee or nominees on the ballot in a primary or election.

## The Line

The voting line is an important component in all polling places. At each polling place, there should be a plan to deal with a scenario where there is a line that is well out the door. Consider the following questions and options for a well-maintained voting line:

- Do you have room for the voters to line up safely around the building?

- O.C.G.A. § 21-2-414(a)(3) states that there can be no campaigning withing 25 feet of anyone waiting in line to vote. Are you prepared to make those measurements?

- At your busier polling locations where you expect a line, have a designated person to manage the line. This person's focus should be to prepare the voters for the check-in and voting process.

- Consider giving poll workers a special nametag that says something like "Have a question about voting? Ask me."

- Have the poll worker monitor voters in line to ensure that they are not actively campaigning in line or wearing something like a campaign t-shirt.

- Have the poll worker notify the voters of the required identification needed to vote, so that they will have it ready to present to the poll worker on the Express Poll.

- Consider equipping that poll worker with an electors list, a portable Express Poll, or a device that can access MVP so that the poll worker can look up voters in line to ensure that they are at the correct polling location.

- If the line is caused by a long ballot or long questions on the ballot, consider having sample ballots available to pass out to voters in line. The more prepared they are when they get to the voting machine, the quicker you will be able to process them.

- Consider having a clipboard with voter certificates on them so that voters in line can begin filling out their paperwork.

## Cell Phones and Other Electronic Devices in the Polling Place
### O.C.G.A. § 21-2-413(e)

No person shall use photographic or other electronic monitoring or recording devices, cameras, or cellular telephones while such person is in a polling place while voting is taking place; provided, however, that a poll manager, in his or her discretion, may allow the use of photographic devices in the polling place under such conditions and limitations as the election superintendent finds appropriate, and provided, further, that no photography shall be allowed of a ballot or the face of a voting machine or DRE unit while an elector is voting such ballot or machine or DRE unit and no photography shall be allowed of an electors list, electronic electors list, or the use of an electors list or electronic electors list.

## Poll Watchers
### O.C.G.A. § 21-2-408

*A poll watcher is a person named by a political party, political body, or candidate who is authorized to enter the enclosed space to observe the conduct of an election and the counting and re-*

*cording of votes.*

(d) Notwithstanding any other provisions of this chapter, a poll watcher may be permitted behind the enclosed space for the purpose of observing **the conduct of the election and the counting and** recording of votes. Such poll watcher shall in no way interfere with the conduct of the election, and the poll manager may make reasonable regulations to avoid such interference. Without in any way limiting the authority of poll managers, poll watchers are prohibited from talking to voters, checking electors lists, using photographic or **other electronic monitoring or recording devices**, using cellular telephones, or participating in any form of campaigning while they are behind the enclosed space.

If a poll watcher persists in interfering with the **conduct of the election or in violating any of the** provisions of this Code section after being duly warned by the poll manager or superintendent, he or she may be removed by such official. Any infraction or irregularities observed by poll watchers shall be reported directly to the superintendent, not to the poll manager. The superintendent shall furnish a badge to each poll watcher bearing the words "Official Poll Watcher," the name of the poll watcher, the primary or election in which the poll watcher shall serve, and either the precinct or tabulating center in which the poll watcher shall serve or a statement that such poll watcher is a state-wide poll watcher. The poll watcher shall wear such badge at all times while serving as a poll watcher.

---

**Date**

**Dear Poll Manager:**

I hope that you are well on your way to a successful election.  For the November 4, 2008 General Election and any run-off election, the following individual is a statewide poll watcher on behalf of the _____.

   **Name**
   **Address**
   **City, ST  Zip**

   Please remember that poll watchers may not interfere in any way with the conduct of the election.  Poll watchers are prohibited from talking to voters, checking electors lists, using photographic or other electronic monitoring or recording devices, using cellular telephones, or participating in any form of campaigning when behind the enclosed space.  Further, no more than two statewide poll watchers of a particular political party may be in the same polling place simultaneously.

   **Thank you for all of your hard work**

   **Sincerely yours,**

# Voter Certificate

All voters must complete a voter certificate and provide proper identification.





# Voter Identification

This section details certificate completion and provides examples of proper identification.





# Election Day

## Voter Certificate

All voters must complete the Voter's Certificate. This requires the voter to provide their name, **current residence address, date of birth, and signature.** Encourage the voter to take their time to complete the certificate in its entirety.

The top of the voter certificate, which details the county and election date, may be prefilled by the county.

The bottom half of the voter certificate is to be completed by the poll worker. The poll worker must always indicate who processed the voter certificate and the identification that was provided.

If the voter has a physical disability, which prohibits the voter from being able to write and/or sign his or her name, the poll officer should complete the Voter's Certificate and state the disability of the voter. The poll worker will then sign his or her name in the appropriate space.

If the voter requests assistance, there are spaces on the front and back of the document that must be completed.

Pursuant to O.C.G.A. § 21-2-411, the board of registrars shall keep the voter's certificates for at least 24 months.

*For more information about assisting electors, please see page 45 of this manual.*

# Election Day

## Voter Identifcation

### O.C.G.A. § § 21-2-417 and 21-2-267

Except as noted below, all voters are required to present proper identification to a poll worker at or prior to completion of a voter's certificate at any polling place and before the voter is admitted to the enclosed space of the polling place. The enclosed space is that area where a guardrail or barrier is constructed and placed so that only such persons that are inside the rail or barrier can approach within six feet of the ballot box, the touch-screen units, and all voting stations.

### Proper Identification

Proper identification shall consist of any one of the following:

**1.** A Georgia driver's license which was properly issued by the appropriate state agency;

**2.** A valid Georgia voter identification card or other valid identification card issued by a branch, department, agency, or entity of the State of Georgia, any other state, or the United States authorized by law to issue personal identification, provided that such identification card contains a photograph of the voter;

**3.** A valid United States passport;

**4.** A valid employee identification card containing a photograph of the voter and issued by any branch, department, agency, or entity of the United States government, this state or any county, municipality, board, authority, or other entity of this state;

**5.** A valid United States military identification card, provided that such identification card contains a photograph of the voter; or

**6.** A valid tribal identification card containing a photograph of the voter.

> *If the voter does not have any of these forms of identification, he or she may vote a provisional ballot upon swearing or affirming that he or she is the person identified in the voter certificate.*

**Exception:** A voter who registered to vote by mail, but did not furnish the required identification at that time and is voting for the first time in this state is required to present either one of the six forms of identification listed above or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter.

If a voter does not have one of the six acceptable forms of photo ID, he or she will receive a letter that outlines their options. A copy of this letter, "To: Georgia Voters – Without Photo ID on Election Day" should be given to all voters without ID before they leave the polling place.

30

# Election Day

## Examples of Proper Voter Identification

  

**A Georgia driver's license** which was properly issued by the appropriate state agency.

**An expired Georgia Driver's License is a valid ID for voting.**

**A valid Georgia Voter Identification Card (VIC) issued under Code Section 21-2-417.1** or other valid identification card issued by a branch, department, agency, or entity of the State of Georgia, any other state, or the United States authorized by law to issue personal identification, provided that such identification card contains a photograph of the elector.

A valid Georgia voter identification card issued under Code Section 21-2-417.1 or other **valid identification card issued by a branch, department, agency, or entity of the State of Georgia,** any other state, or the United States authorized by law to issue personal identification, provided that such identification card contains a photograph of the elector.







A valid Georgia voter iden-tification card issued under Code Section 21-2-417.1 or other **valid identification card issued by a branch, department, agency, or entity of the State of Geor-gia,** any other state, or the United States authorized by law to issue personal identi-fication, provided that such identification card contains a photograph of the elector.

A valid Georgia voter identifi-cation card issued under Code Section 21-2-417.1 or other **valid identification card issued by** a branch, depart-ment, agency, or entity of the State of Georgia, **any other state, or the United States authorized by law to issue personal identification, provided that such iden-tification card contains a photograph of the elector.**

**A valid United States passport.**

# Election Day

## Examples of Proper Voter Identification








**A valid employee identification card** containing a photograph of the elector and **issued by any branch, department, agency, or entity of** the United States government, **this state,** or any county, municipality, board, authority, or other entity of this state.

**A valid employee identification card** containing a photograph of the elector and **issued by any** branch, department, agency, or entity of the United States government, this state, or any county, municipality, board, authority, or other **entity of this state**.

**A valid employee identification card** containing a photograph of the elector and issued by any branch, department, agency, or entity of the United States government, this state, or any county, municipality, **board**, authority, or other entity **of this state**.

33



**A valid employee identification card** containing a photograph of the elector and issued by any branch, department, agency, or entity of the United States government, this state, or any county, municipality, board, **authority**, or other entity **of this state.**

**A valid United States military identification card,** provided that such identification card contains a photograph of the elector.

**A valid tribal identification card** containing a photograph of the elector.

34

# Election Day

ExpressPoll

**There are three separate lists of voters at each polling location.**

# Express poll

ExpressPoll digitally stores registered voter information for each county in Georgia. ExpressPoll allows you to search for voters and check their eligibility for the election. If they have not voted, they **are issued a voter access card (the card they insert** into the DRE units), and added to the Numbered List of Voters.

# Supplemental List

The supplemental list contains the voters that met the Voter Registration deadline, but did not meet the deadline for the ExpressPoll bulk upload. Anyone that is not on ExpressPoll but is on the supplemental list is allowed to vote on the DRE machine. These voters do not need to vote provisionally. **A voter access card is manually created for these voters.**

# Paper Back Up list

The paper back up list is a list of all the electors in your county. If your polling place loses power or your ExpressPoll unit stops working for some reason, you do not have to stop processing voters. This is what the paper list is for.

35

# Election Day

## ExpressPoll 4000 Opening Procedures



**1.** Compare serial and seal numbers on ExpressPoll recap sheet with equipment. If correct, proceed.

**2.** Open case; remove ExpressPoll units, power cord for each unit and the orange network cord. When handling the units, make sure that you lift and carry the unit by its base. If the unit is handled only by the touch screen, you may cause the unit to malfunction.

**3.** Attach network cord to both units.

**4.** Plug the barcode scanner into the USB port before turning on the ExpressPoll unit.

**5.** Turn battery switch on back of each ExpressPoll unit to ON position.

**6.** Attach power cords to units. Make sure power cords are plugged into AC power outlet.

**7.** When turned on, both units will show the Launch screen.

36

# Election Day

## ExpressPoll 4000 Opening Procedures

**8.** On both units, touch the Launch Ex-pressPoll button.



**9.** Set the date and time on the units when prompted. When finished, touch the Clock Time OK Continue button on both units.



# Election Day

## On all ExpressPoll Units

**1.** When the screen pictured appears on both units, verify both units show a network connection. This is indicated with two arrows in the bottom right corner of each unit. If both these arrows are not present on both units, power the units off and begin the procedures again.

**2.** Record the Voters Marked number on the ExpressPoll Recap sheet. Both units should be showing zero (0).

**3.** At the top of the screen displayed, touch the Test and Lists tab.



**4.** In the center of the screen, touch the Updates and Lists tab.



**5.** Select the Numbered List button at the bottom of the page.

**6.** Record the number displayed next to the Voter Totals on the ExpressPoll re-cap sheet. Both units should be show-ing zero (0).

**7.** Touch the Close button at the bottom of the screen.

**8.** At the top of the screen, touch the Open/Close Polls tab.

Touch the Open Polls button at the bottom of the screen displayed.

The poll status field will update from CLOSED to OPENED.

# Election Day

## On all ExpressPoll Units

**9.** Touch the Electors List tab at the top of the screen.



**10.** At the next screen, touch the Search Electors List Create Voter Card button.

**11.** The Electors List will be displayed, and you are ready to search the list.

*The instructions outlined on pages 36-39 reference ExpressPoll 4000 units. If you are using a different machine, the procedures remain the same. However, the location of the physical components are different.*

# Election Day

## Using the Barcode Scanner on ExpressPoll

Before beginning a search on ExpressPoll, check the Voter Certificate and make sure it's complete. You may locate the voter's name on the Elector's List using ExpressPoll after the review.

**REMEMBER: Always begin your search with the Electors' List set in Precinct search mode.**

### Using the Barcode Scanner

1.      A search for a voter using the barcode scanner can only be conducted from the search screen.

2.      Scan the barcode on the Georgia driver's license or state identification card.

3.      If located, the voter's information will be displayed automatically on the ExpressPoll screen.

4.      If the voter is located by the scan process, then continue to process the voter access card.

***There is no change in the procedures for creating a voter access card and all voters MUST STILL COMPLETE AND SIGN A VOTER CERTIFICATE.***

5.      If the voter is not located by the scan process, then locate the voter using the manual look-up process on ExpressPoll.

•       Failure to locate the voter by the barcode scan process simply indicates that the driver's license number does not directly match what is in ExpressPoll. It does not mean that the voter is not listed in the voter registration system.

•       There is no requirement to look up every voter using the scanner. If a voter is unable to

remove his or her driver's license or identification card to provide access to the barcode on the back, simply locate the voter using the manual look-up process on ExpressPoll.

### Helpful hints for using the Barcode Scanners

***Poll workers must still check photo identification to enure it matches the elector pursuant to* O.C.G.A. §21-2-417. NOTE: Voters may still present any valid photo ID. Poll workers must not ask for a Driver's License or represent that other ID is not acceptable. If a voter presents other photo ID, manually look up the voter in ExpressPoll.***

- The two barcodes on the new Georgia driver's licenses (i.e., issued after November of 2009) can throw off the scanner. If you are attempting to scan the barcode on a new driver's license, you should cover the smaller barcode at the top edge of the driver's license with your finger before you scan the larger barcode.

- **Scan the barcode holding the card steady under** the straight line of light from the scanner (i.e., similar to a self check-out at the grocery store, rather than a credit card swipe machine).

- You should scan the barcode from 3-6 inches away from the scanner, and hold the card at **a slight angle to the scanner (this reduces any** "blow back" from glare).

- If the elector is not found in ExpressPoll by scanning the barcode, simply revert to existing manual look-up procedures.

- If an elector wishes to provide an updated driver's license number, the elector may complete a voter registration application with the updated information.

- The scanner may not be used for any other purpose than for use with ExpressPoll. Do not "test" **the scanner on barcodes other than on a Georgia** driver's license or identification card. If you scan a barcode other than on a Georgia driver's license or state identification card, then the scanner will produce an error condition which will temporarily disable the scanner.

- If scanners are used in a precinct, then each ExpressPoll unit used to check-in voters and create voter access cards should be equipped with a scanner. It is not recommended that the precinct operate with only a partial deployment of scanners.

- Typically, the scanner functions most effectively in the hands-free capacity, so set up and use the scanner in the flex stand provided. The scanner should be positioned so that it is facing the poll worker.

- In order to save time, voters should be advised to remove their Georgia driver's license or state identification card before approaching the ExpressPoll check-in station.

- Refrain from establishing different lines at the polling place for voters using a Georgia driver's license or state identification card as their photo identification. While there may seem to be practical **advantages to such lines, it may give the** appearance of treating voters differently at the polling places based on the type of identification shown. Remember, the bar code scanners are not, and should not result in, a change in practice or procedure as to how voters check-in or vote on Election Day.

- Refrain from potentially alarming the voter if the scanner does not locate the voter. Do not say, "You're not in the system." or "It can't find you." These statements simply are not true, and may be misinterpreted by some voters as a statement from you that the person will not be able to vote.

41

If the scanner does not locate the voter, simply locate the voter using the manual look-up process on ExpressPoll.

## Common Errors

- Do not scan any barcode other than from a Georgia driver's license or state identification card. If you scan a barcode other than from a Georgia driver's license or state identification card, then the scanner will produce an error condition which will temporarily disable the barcode scanner. Even if the barcode scanner is in the **error condition status, you may still locate a voter** using the manual look-up process on ExpressPoll. If you create such an error condition, in order to re-enable the scanner, you must hit "Return to Main" on the ExpressPoll screen then return to the electors list. This action will clear the error condition.

- If a poll worker locates a voter using the manual look-up process, creates the voter access card, removes the voter access card, does not hit "Clear" on the ExpressPoll screen, locates another voter **using the scanner, creates a voter access card, removes the voter access card, and then touch**es any of the electors in the list displayed on the ExpressPoll screen, the unit will show an error condition and reboot. After the reboot process, the ExpressPoll unit will function normally. **IMPORTANT: In order to avoid this error condition, between each search, always touch "Clear" on the ExpressPoll screen.**

- It is critical that you, as the poll worker, confirm that the record located via the scanner is the voter standing before you. It is possible that an incorrect driver's license number may be associated with a voter (for instance, this can occur where an applicant accidentally inverts numbers on the voter registration application). If this is the case, touch "Clear" on the ExpressPoll screen and locate the voter using the manual look-up process on ExpressPoll. The elector may complete a voter registration application with his or her correct Georgia driver's license number or state identification card number.

- The age of a Georgia driver's license or state identification card may affect the scanner's ability to read the barcode. The barcode may become smeared, dirty, or worn over time. If the barcode scanner is unable to read the barcode on the first or second attempt, simply locate the voter using the manual look-up process on ExpressPoll.

## When voter's name is located: (with status of A or I. For other status indicators, see below)

Touch the voter's name to access their full record and to begin the process of creating a Voter Access Card.  When the Voter Access Card has been created, the voter's record will be updated to show them as voted and the Elector's List marked. Mark the Voter's Certificate on the appropriate line.

## When voter's name is NOT located:

If the name cannot be found as it appears on the Voter's Certificate, ask the voter if his or her name could be listed any other way.  If the voter is registered differently, print the name as it is listed on the Electors' List onto the Voter's Certificate.

**If the voter's name is not on the Electors' List, or cannot be found using Express-Poll's statewide registration search capability, or is not found on a Supplemental Electors' List (if provided), notify the Poll Manager. The voter may be offered a provisional ballot.**

## Voter is located and has other status or IDR Indicators

If IDR is indicated on the voter's row, the voter must provide current and valid identification from one of the proper forms of identification prior to voting.  NOTIFY THE POLL MANAGER that this voter must cast a Provisional Ballot if they are unable to provide acceptable identification. (See additional information in the Provisional Voter section in this guide.)

If V is indicated on the voter's row, the voter must provide current and valid identification from one of the six forms of identification prior to voting. **NOTIFY THE POLL MANAGER that this voter must cast a Provisional Ballot if they are unable to provide acceptable identification.**

If a black "X" with a lavender background is in the status column, the poll worker is to have the voter contact the board of registrars. A poll officer shall not allow such an individual to cast a ballot on a DRE without the poll officer's first confirming through the board of registrars that such individual is, in fact, a United States citizen.  This confirmation can take place by the poll officer reviewing the documentation provided by the voter if the poll officer has been duly sworn and trained as a deputy registrar. If the board of registrars does not or cannot confirm citizenship status, the poll officer should allow the voter to cast a provisional ballot and notify the poll manager.

# Voting

Upon receiving their Voter Access Card, the voter will step to the
appropriate location to cast their ballot.

  

43

This section covers the procedures that you must follow if a voter requires assistance when casting their ballot.

These procedures are covered in both Title 21 of the Official Code of Georgia Annotated and the Rules of the State Election Board.





# Voting

## Assisting Electors in the Code

### O.C.G.A. § 21-2-409

(a) No elector shall receive any assistance **in vot**ing at any primary or election unless he or she is unable to read the English language or he or she has a disability which renders him or her unable to see or mark the ballot or operate the voting equipment or to enter the voting compartment or booth without assistance. A person assisting an elector shall identify himself or herself to a poll worker who shall record such information on the disabled elector's voter certificate showing that such person provided assistance in voting to such elector.

(b)(1) In elections in which there is a federal candidate on the ballot, any elector who is entitled to **receive assistance in voting under this Code** section shall be permitted by the managers to select any person of the elector's choice except such elector's employer or agent of that employer or officer




45

or agent of such elector's union.

(2) In all other elections, any elector who is entitled to receive **assistance in voting under this** Code section shall be permitted by the managers to select:

(A) Any elector, except a poll officer or poll watcher, who is a resident of the precinct in which the elector requiring assistance is attempting to vote; **or**

(B) The mother, father, grandparent, aunt, uncle, sister, brother, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law, sister-in-law, or attendant care provider of the elec-



tor entitled to receive assistance

to enter the voting compartment or booth with **him or her to assist in voting, such** assistance to be rendered inside the voting compartment or booth. No person shall assist more than ten such electors in any primary, election, or runoff covered by this paragraph. No person whose name appears on the ballot as a candidate at a particular election nor the mother, father, grandparent, aunt, uncle, sister, brother, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law, or sister-in-law of that candidate shall offer assistance during that particular election under the provisions of this Code section to any voter who is not related to such candidate. For the purposes of this paragraph, "related to such candidate" shall mean the candidate's mother, father, grandparent, aunt, uncle, sister, brother, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law, or sister-in-law.

## O.C.G.A. § 21-2-410

If any elector, before or after entering the **voting** booth, shall ask for instructions concerning the manner of voting, a poll officer may give such elector such instructions; but no person giving an **elector such instructions shall in any manner** request, suggest, or seek to persuade or induce any such elector to vote any particular ticket or for any particular candidate or for or against any particular question. After giving such instructions and before the elector closes the booth or votes, the poll officer shall retire and the elector shall immediately vote.

A poll worker may assist a voter with inserting a Voter Access Card, bringing up the instruction screen, and review instructions with the voter, but must leave the booth when the voter touches the "START" button.

## O.C.G.A. § 21-2-413(f)

All persons except poll officers, poll watchers, persons in the course of voting and such persons´ children under 18 years of age or any child who is 12

46

years of age or younger accompanying such persons, persons lawfully giving assistance to electors, duly authorized investigators of the State Election Board, and peace officers when necessary for the preservation of order, must remain outside the enclosed space during the progress of the voting. Notwithstanding any other provision of this chapter, any voter shall be permitted to be accompanied into the enclosed area and into a voting compartment or voting machine booth while voting by such voter's child or children under 18 years of age or any child who is 12 years of age or younger unless the poll manager or an assistant manager determines in his or her sole discretion that such child or children are causing a disturbance or are interfering with the conduct of voting. Children accompanying a voter in the enclosed space pursuant to this subsection shall not in any manner handle any ballot nor operate any function of the voting equipment under any circumstances.



## Election Offenses Involving Operation of the Polls

Poll managers must familiarize themselves with the following sections of the Georgia Election Code to ensure that unlawful acts or omissions by poll officers do not occur.

O.C.G.A. § 21-2-584:    Refusal or failure of manager to administer oath to poll officer; poll officer acting without being sworn; giving of false certificate as to swear of poll officer.

O.C.G.A. § 21-2-587:    Failure to return memory cards.

O.C.G.A. § 21-2-587:    Frauds by poll officers.

O.C.G.A. § 21-2-588:    Premature counting of votes by poll officer.

O.C.G.A. § 21-2-589:    Willful omissions by poll officers.

O.C.G.A. § 21-2-590:    Poll officer permitting unregistered or unqualified persons to vote; refusing to permit registered and qualified persons to vote; unlawful rendering of assistance.

O.C.G.A. § 21-2-591:    Poll officers permitting unlawful assistance to voters.

O.C.G.A. § 21-2-592:    Failure of poll officers to keep record of assisted voters.

# Provisional Ballots

The procedures for issuing a provisional or challenged ballot are detailed in the following pages.





# Challenged Ballots

Also included are the applicable sections of the Georgia Election Code and the rules of the State Election Board.




# Provisional

## Provisional Ballots in the Code

### O.C.G.A. § 21-2-418

(a) If a person presents himself or herself at a polling place, absentee polling place, or registration office in his or her county of residence in this state for the purpose of casting a ballot in a primary or election stating a good faith belief that he or she has timely registered to vote in such county residence in such primary or election and the person's name does not appear on the list of registered electors, the person shall be entitled to cast a provisional ballot in her or her county of residence in this state as provided in this Code section.

(b) Such person voting a provisional ballot shall complete an official voter registration form and a provisional ballot voting certificate which shall include information about the place, manner, and approximate date on which the person registered





to vote. The person shall swear or affirm in writing that he or she previously registered to vote in such primary or election, is eligible to vote in such primary or election, has not voted previously in such primary or election, and meets the criteria for registering to vote in such primary or election. The form of the provisional ballot voting certificate shall be prescribed by the Secretary of State. The person shall also present the identification required by Code Section 21-2-417.

(c) When the person has provided the information as required by this Code section, the person shall be issued a provisional ballot and allowed to cast **such ballot as any other duly registered elector** subject to the provisions of Code Section 21-2-419.



(d) Notwithstanding any provision of this chapter to the contrary, in primaries and elections in which **there is a federal candidate on the ballot, in the** event that the time for closing the polls at a polling place or places is extended by court order, all electors who vote during such extended time period shall vote by provisional ballot only. Such ballots shall be separated and held apart from other provisional ballots cast by electors during normal poll hours. Primaries and elections in which there is no federal candidate on the ballot shall not be subject to the provisions of this subsection.

(e) The registrars shall establish a free access system, such as a toll-free telephone number or Internet website, by which any elector who casts a provisional ballot in a primary or election, or runoff of either, in which federal candidates are on the ballot may ascertain whether such ballot was counted and, if such ballot was not counted, the reason why such ballot was not counted. The registrars shall establish and maintain reasonable procedures necessary to protect the security, confidentiality, and integrity of personal information collected, stored, or otherwise used by such free access system. Access to such information about an individual provisional ballot shall be restricted to the elector who cast such ballot.

(f) At the time an elector casts a provisional ballot, the poll officers shall give the elector written information that informs the elector of the existence of the free access system required by subsection (e) of this Code section by which the elector will be able to ascertain if his or her ballot was counted and, if such ballot was not counted, the reason why such ballot was not counted.

(g) Failure to establish such free access system shall subject the registrars and the county by which the registrars are employed to sanctions by the State Election Board.

(h) Notwithstanding any other provision of this chapter to the contrary, in the event that the voting machines or DRE units at a polling place malfunction and cannot be used to cast ballots or some other emergency situation exists which prevents the use of such equipment to cast votes, provisional ballots may be used by the electors at the polling place to

cast their ballots. In such event, the ballots cast by electors whose names appear on the electors list for such polling place shall not be considered provisional ballots and shall not require verification as provided by Code Section 21-2-419; provided, however, that persons whose names do not appear on the electors list for such polling place shall vote provisional ballots which shall be subject to verification under Code Section 21-2-419.

## S.E.B. Rule 183-1-12-.06

(1)    This rule shall govern the casting of provisional ballots by voters at primaries and elections in accordance with O.C.G.A. §§ 21-2-418 and 21-2-419.

(2)    In each polling place, there shall be established a location or station in the public area of the polling place for the purpose of issuing and receiving provisional ballots.

(3)    The election superintendent shall provide each polling place with an adequate supply of provisional ballots in each ballot style (district combination) for the precinct and an inner ballot envelope and an outer ballot envelope. The ballot envelopes shall be so designed that the ballot will fit within the inner ballot envelope and the inner ballot envelope will fit within the outer ballot envelope. The inner ballot envelope shall have printed on it the words "Official Provisional Ballot" and nothing else. The outer envelope shall have places for inserting the person's name, precinct, date and name of election, ballot style (district combination), and whether such ballot is a regular provisional ballot, a provisional ballot cast by a voter who registered to vote for the first time in this state by mail and has not provided the identification required by O.C.G.A. §§ 21-2-220 and 21-2-417, or a ballot cast during poll hours extended by a court order, or a combination thereof. Primaries and elections conducted by counties shall use optical scan ballots for provisional voting. Optical scan absentee ballots shall be acceptable for use as provisional ballots. Municipalities shall use the same type of ballots as the municipality uses for mail-in absentee voting. The election superintendent shall also provide a booth for voting provisional ballots in the enclosed space which will provide privacy

53

for a person while voting a provisional ballot and a secure container in which the voted provisional ballots shall be placed.

(4)    Voters whose names do not appear on electors list.

(a)    When a person arrives at a polling place, completes a voter's certificate, and presents it to the poll workers but the person's name does not appear on the official electors list for the precinct, the poll officers shall immediately direct the person to the provisional ballot station. At the provisional ballot station, if a master list of registered electors is available, the poll workers shall check the list to determine if the person is registered at a different precinct. If the person's name appears on the master list for a different precinct, the poll workers shall direct the person to the correct precinct.

(b)    If the person's name is not found on the official list of electors for the precinct or the master list, if available, the poll officers shall immediately contact the registrars and the person shall provide such information as the registrars may request to determine if the person is eligible to vote in the election. The registrars shall promptly review the information provided by the person and shall attempt to determine if the person timely and properly registered to vote.

(c)    If the registrars can immediately determine that the person timely and validly registered to vote in the primary or election and should be assigned to the precinct at which the person is present, the registrars shall authorize the poll officers to add the person's name to the official electors list for the precinct and shall permit the person to vote in the same manner as other voters in the precinct vote. When there are multiple ballot styles (district combinations) in use in the precinct, the registrars shall also advise the poll officers which ballot style (district combination) should be issued to the person. The person's name shall then be added to the official electors list for the precinct with a notation of the name of the registrar who authorized such addition. Upon presentation of a properly completed voter's certificate and the identification required by O.C.G.A. § 21-2-417, the person shall

be permitted to vote in the same manner as other voters in the precinct.

(d)     If the registrars can immediately determine that the person timely and validly registered to vote in the primary or election but should be assigned to a different precinct from the one at which the person is present, the registrars shall direct the poll officers to send the person to the appropriate other precinct and the registrars shall notify the officers of such other precinct to add the person's name to the official electors list for such other precinct. When there are multiple ballot styles (district combinations) in use in such other precinct, the registrars shall also advise the poll officers at such other precinct which ballot style (district combination) should be issued to the person. The person's name shall then be added to the official electors list for the other precinct by the poll officers of the other precinct with a notation of the name of the registrar who authorized such addition. Upon the completion of a voter's certificate and the submission of the identification required by O.C.G.A. § 21-2-417, the person shall be permitted to vote in the same manner as other persons in such other precinct. However, if, in the reasonable exercise of discretion by the registrars or the poll workers, there is insufficient time for such person to go to such other precinct before the polls close, the poll workers may allow such person to vote a provisional ballot at the precinct in which the person is present. In such case, all votes cast by such person for candidates for whom such person is properly entitled to vote shall be counted and all votes cast for candidates for whom such person is not properly entitled to vote shall be void and shall not be counted in accordance with O.C.G.A. § 21-2-419(c).

(e)     If the registrars cannot immediately determine that the person timely and validly registered to vote in the primary or election; but, from the information presented by the person, the person, if properly registered, would be assigned to the precinct at which the person is present, the registrars shall authorize the poll officers to permit the person to cast a provisional ballot at such precinct. When there are multiple ballot styles (district combinations) in use in the precinct, the registrars shall also advise the poll officers which ballot style

(district combination) should be issued to the person.

(f)     If the registrars cannot immediately determine that the person timely and validly registered to vote in the primary or election; but, from the information presented by the person, the person, if registered, would be assigned to a different precinct from the precinct in the county or municipality at which the person is present, the registrars shall direct the poll officers to send the person to the appropriate precinct. The registrars shall notify the officers of such other precinct to permit the person to vote a provisional ballot when such person arrives at such precinct, completes an official voter registration form and a provisional ballot voter's certificate, and submits the appropriate identification required by O.C.G.A. § 21-2-417. When there are multiple ballot styles (district combinations) in use in such other precinct, the registrars shall also advise the poll officers which ballot style (district combination) should be issued to the person. However, if, in the reasonable exercise of discretion by the registrars or the poll workers, there is insufficient time for such person to go to such other precinct before the polls close, the poll workers may allow such person to vote a provisional ballot at the precinct at which such person is present. In such case, all votes cast by such person for candidates for whom such person is properly entitled to vote shall be counted and all votes cast for candidates for whom such person is not properly entitled to vote shall be void and shall not be counted in accordance with O.C.G.A. § 21-2-419(c).

(g)     If the person appears at a precinct in a county or municipality in which the person does not reside, the registrars shall instruct the poll officers to direct the person to contact the registrars in the county in which the person resides to determine in which precinct such person should vote.

(h)     If the poll officers cannot get in touch with the registrars after making a reasonable effort to do so, the poll officers shall be authorized to permit the person to vote a provisional ballot at the precinct without additional authorization from the registrars. In such case, all votes cast by such person for candidates for whom such person is

54

properly entitled to vote shall be counted and all votes cast for candidates for whom such person is not properly entitled to vote shall be void and shall not be counted in accordance with O.C.G.A. § 21-2-419(c).

(i)     Upon receiving authorization to vote a provisional ballot, the person shall complete a provisional ballot voter's certificate and an official voter registration form and submit such completed certificate and form to the poll officers along with the appropriate identification required by O.C.G.A. § 21-2-417. The poll officers shall place the name of the person on the numbered list of provisional ballot voters and issue the person a provisional ballot of the style authorized by the registrars along with an inner ballot envelope and an outer ballot envelope. Before issuing the outer ballot envelope to the person, the poll officers shall enter the person's name, the name of the precinct, the **date and name of the election, and the ballot style** (district combination) on the outer envelope. The person shall then retire to the provisional ballot voting booth and vote the ballot. Upon completing the ballot, the person shall seal the ballot in the inner ballot envelope and place the inner ballot envelope containing the ballot into the outer ballot envelope and shall seal the outer ballot envelope. The person shall then return the sealed envelope to the poll officers.

(j)     Upon receiving the sealed ballot envelope from a person casting a provisional ballot, the poll officers shall verify that the information requested on the outer ballot envelope is complete, shall mark the appropriate box or boxes to designate the type of provisional ballot enclosed therein, and shall direct the person to place the ballot envelope into the secure container for provisional ballots which shall be located within the enclosed space in the polling place where it can be monitored by the poll officers and observed by the public. The provisional ballot voter's certificate and voter reg**istration form shall be attached together and shall** be placed in a separate, distinctively marked envelope which shall be placed in a secure location in the polling place.

(5)     Voter who registered for first time by mail but did not provide required identification.

(a)     When a person arrives at a polling place, completes a voter's certificate, and presents it to the poll workers but does not have the identification required by O.C.G.A. § 21-2-417 and the person's name appears on the official electors list for the precinct with a designation that the person registered to vote for the first time in this state by mail but has not provided the required identification to the registrars as required by O.C.G.A. § 21-2-220, the poll officers shall immediately direct the person to the provisional ballot station. At the provisional ballot station, the person shall be permitted to cast a provisional ballot at such precinct. When there are multiple ballot styles (district combinations) in use in the precinct, the poll officers shall issue the appropriate ballot style (district combination) to the person as shown on the electors list. The poll officers shall place the name of the person on the numbered list of provisional ballot voters and issue the person a provisional ballot of the style authorized by the registrars along with an inner ballot envelope and an outer ballot envelope. Before issuing the outer ballot envelope to the person, the poll officers shall enter the person's name, the name of the precinct, the **date and name of the election, and the ballot style** (district combination) on the outer envelope. The person shall then retire to the provisional ballot voting booth and vote the ballot. Upon completing the ballot, the person shall seal the ballot in the inner ballot envelope and place the inner ballot envelope containing the ballot into the outer ballot envelope and shall seal the outer ballot envelope. The person shall then return the sealed envelope to the poll officers.

(b)     Upon receiving the sealed ballot envelope from a person casting a provisional ballot, the poll officers shall verify that the information requested on the outer ballot envelope is complete, shall mark the appropriate box or boxes to designate the type of provisional ballot enclosed therein, and shall direct the person to place the ballot envelope into the secure container for provisional ballots which shall be located within the enclosed space in the polling place where it can be monitored by the poll officers and observed by the public.

(c)     The provisional ballot shall not be counted unless the voter provides the identification re-

quired by O.C.G.A. §§ 21-2-220 and 21-2-417 to the registrars before the end of the period set by law for the verification of provisional ballots. Such identification may be provided to the registrars in person or by facsimile transmission or, in the case of disabled voters, by delivery by a third party.

(6)    Voters voting during extended polling hours in an election in which federal candidates are on the ballot.

(a)    In the event that the polling hours for a polling place are extended by a court order beyond the normal closing time for a primary, election, or runoff in which federal candidates are on the ballot, all voters who vote after the normal closing time for the polling place shall vote by provisional ballot.

(b)    Voters whose names appear on the electors list and who have the appropriate identification required by O.C.G.A. § 21-2-417 shall complete a provisional voter's certificate and shall be issued a provisional ballot along with an inner ballot envelope and an outer ballot envelope. Such voters shall not be required to complete a voter registration form. It also shall not be necessary to obtain approval from the registrars to issue provisional ballots to such voters. The poll officers shall place the name of the person on the numbered list of provisional ballot voters. Before issuing the outer ballot envelope to the person, the poll officers shall enter the person's name, the name of the precinct, **the date and name of the election, and the ballot** style (district combination) on the outer envelope. The person shall then retire to a provisional ballot voting booth and vote the ballot. Upon completing the ballot, the person shall seal the ballot in the inner ballot envelope and place the inner ballot envelope containing the ballot into the outer ballot envelope and shall seal the outer ballot envelope. The person shall then return the sealed envelope to the poll officers. Upon receiving the sealed ballot envelope from a person casting a provisional ballot, the poll officers shall verify that the information requested on the outer ballot envelope is complete, shall mark the appropriate box to designate that the ballot is an extended poll hours provisional ballot, and shall direct the person to place the ballot envelope into the secure container for

provisional ballots which shall be located within the enclosed space in the polling place where it can be monitored by the poll officers and observed by the public.

(c)    If the voter's name is not on the electors list, the poll workers shall follow the provisions of this rule for regular provisional balloting under this rule and, if the voter is authorized by the registrars to vote a provisional ballot under the terms of this rule, shall also mark the appropriate box on the outer ballot envelope to indicate that the ballot was issued during extended poll hours.

(d)    If the voter's name is on the electors list but registered to vote for the first time in this state by mail and has not provided the identification required by O.C.G.A. § 21-2-220, the poll officers shall permit the voter to vote in accordance with the provisions of this rule for first time voters who register for the first time in this state by mail without providing the required identification, and shall also mark the appropriate box on the outer ballot envelope to indicate that the ballot was issued during extended poll hours.

(e)    The poll officers shall provide each first time voter who registered for the first time in this state by mail without providing the required identification who casts a provisional ballot information on how the voter may provide the registrars with the appropriate identification in order that the voter's ballot may be counted.

(7)    Each voter casting a provisional ballot in a primary, election, or runoff in which federal candidates appear on the ballot shall be given written information explaining how such voter can ascer**tain if such ballot is counted and, if such ballot is** not counted, the reason why such ballot was not counted.

(8)    The provisional ballot voter's certificates and voter registration cards may be picked up during the day by a registrar or deputy registrar for the purpose of beginning the process of determining the eligibility of the persons to cast provisional ballots. Before transferring the voter's certificates **and registration cards to the registrars during** the day, the poll officers shall note the number

56

of certificates and cards being transferred to the registrars. If such voter's certificates and registration cards are not picked up by the registrars by the time that the polls close and the last voter has voted, the envelope in which the provisional ballot voter's certificates and voter registration cards have been deposited shall be securely sealed and shall be returned to the election superintendent with the other materials from the polling place.

(9)    After the close of the polls and the last voter has voted, the poll officers shall account for all voted provisional ballots, cancelled and spoiled provisional ballots, and unused provisional ballots. The ballot stubs and unused and spoiled ballots shall then be securely sealed in the container provided for them by the election superintendent. The poll officers shall then proceed to open the secure container in which the provisional ballots were deposited and count the number of voted provisional ballots contained therein. The poll officers shall then compare the total number of persons voting provisional ballots as shown on the numbered list of provisional ballot voters with the number of ballots issued and the number of ballots voted. If these numbers do not equal one another, the poll officers shall determine the reason for the inconsistency and shall correct the problem before going further. The poll officers shall seal the voted provisional ballots in a container for transfer to the election superintendent. The poll officers shall complete and sign a provisional ballot recap sheet and post one copy of the recap sheet on the door of the polling place with the election results from the precinct. The remaining copies of the provisional ballot recap sheet along with the numbered list of provisional ballot voters shall be returned to the election superintendent with the other election materials from the precinct.

(10)    Upon receiving the election materials from the precincts, the election superintendent shall ensure that the envelope containing the provisional ballot voter's certificates and voter registration cards is promptly removed from the other materials and transferred to the registrars for processing. In any event, the voter's certificates and registration **cards shall be transferred to the registrars no** later than 9:00 a.m. on the day following the day of the primary, election, or runoff. The election

superintendent shall also remove the container containing the voted provisional ballots and shall place such container in a secure location within the election superintendent's office.

(11)

(a)    Upon receiving the provisional ballot voter's certificates and voter registration cards from the election superintendent, the registrars shall promptly proceed to determine the eligibility of each person that voted a provisional ballot.

(b)    If the registrars determine that the person **did timely register and is eligible and entitled to** vote in such primary, election, or runoff, the registrars shall mark on the numbered list of provisional ballot voters that the ballot is accepted and shall notify the election superintendent of the proper ballot style (district combination) for the voter.

(c)    If the registrars determine that the person did not timely register to vote for the primary or **election or is not eligible and entitled to vote in** such primary or election or if the registrars cannot determine by the close of business on the third business day following the day of the primary, election, or runoff if the voter timely registered and was eligible and entitled to vote in such primary or election, the registrars shall mark on the numbered list of provisional ballot voters that the ballot is rejected.

(d)    Not later than the close of business on the third business day following the day of the primary, election, or runoff, the registrars shall return to the election superintendent the numbered list of provisional ballot voters reflecting the accepted and rejected provisional ballots.

(e)    The names of those persons whose names are accepted shall be added to the official electors list. The voter registration cards of those persons whose ballots are rejected on the numbered list of provisional ballot voters shall be processed by the registrars and, if found to be eligible and qualified, **shall be added to the electors list for future elec-** tions.

(f)    The registrars shall maintain the provision-

al ballot voter's certificates for the same period of **time and under the same conditions as the regular** voter's certificates. Voter registration cards completed by provisional ballot electors shall be maintained for the same period of time and under the same conditions as other voter registration cards.

(12)    Upon receiving the numbered list of pro-**visional ballot electors from the registrars, the** election superintendent shall prepare to count the accepted provisional ballots. The election superintendent shall first compare the precinct designation and election district information with the style of ballot (district combination) cast by the provisional ballot voter.

(a)    If the ballot style (district combination) voted by the voter was correct, then the election superintendent shall open the outer envelope and place the inner envelope containing the ballot into a ballot box.

(b)    If the ballot style (district combination) voted by the voter was not correct, then the election superintendent shall open the outer envelope and note the correct ballot style (district combination) on the inner envelope. Each such inner envelope shall then be placed in a separate container until all of the outer envelopes have been opened. The outer envelopes shall then be stored in a location away from the inner envelopes in a manner such that the inner envelope and ballot of a voter cannot be identified as being the ballot of a particular voter. The superintendent shall then open each such inner envelope and remove the ballot and shall place a unique identifying number on the ballot along with the designation of the precinct in the nonreflective area at the top of the ballot. The election superintendent shall then prepare or cause to be prepared a duplicate ballot. The duplicate ballot shall be clearly labeled with the word "Duplicate" and shall bear the name of the precinct and the same unique identifying number as the original ballot in the nonreflective area at the top of the ballot. The election superintendent shall transfer or cause to be transferred to the duplicate ballot, in the presence of at least two other consolidation assistants and in public, only the votes cast by the provisional ballot voter in the races and on the questions to which such voter was eligible and

entitled to vote. The votes entered on the duplicate ballot shall be verified by at least one consolidation assistant. The completed duplicate ballot shall be placed in the ballot box with the other provisional ballots to be counted. The original ballot shall be placed into an appropriate container and retained.

(c)    After opening all of the outer envelopes and making all necessary duplicate ballots, the election superintendent shall then open the inner envelopes of the ballots in the ballot box and proceed **to count the votes in the same manner as absentee** ballots are counted. Upon completing the count, the election superintendent shall add the provi-**sional ballot votes to the other votes cast at the** polls by absentee ballot and shall consolidate and certify the results of the primary, election, or runoff. The provisional ballots and any duplicates shall be retained for the same time period and in the same manner as absentee ballots.

(d)    The rejected provisional ballots shall be marked on the outer envelope as "Not Counted" and shall not be opened. The ballots shall be maintained for the same time period and in the same manner as absentee ballots which were returned too late to be counted.

(e)    The election superintendent shall notify the registrars of the names of those persons who cast a provisional ballot in the wrong precinct or on an incorrect ballot style (district combination).

(13)

(a)    Upon identifying the rejected provisional ballot electors, the registrars shall proceed promptly to notify each such person by first-class mail at the address shown on the provisional ballot voter's certificate that his or her ballot was not **counted because of the inability of the registrars** to verify that the person timely registered to vote or such other proper reason. If the person's voter registration card was approved, the registrars shall also notify the person that his or her name will be added to the elector's list and the person will be eligible to vote in future primaries and elections and that a voter notification or precinct card will be mailed to the person to provide the voter with the correct precinct and election district in-

formation.

(b)     Upon receiving notification from the election superintendent of the names of persons who cast provisional ballots in the incorrect precinct or on the incorrect ballot style (district combination), the registrars shall notify such persons of their correct precinct and/or election district information. The sending of a voter notification or precinct card by first-class mail to the address shown on the voter registration card completed by such person when voting by provisional ballot shall be sufficient notice for such voters.

(c)     If the person's voter registration is rejected, the registrars shall notify the person of such rejection in accordance with O.C.G.A. § 21-2-226(d).

(d)     In addition, the registrars shall establish a free access system, such as a toll-free telephone number or an Internet website, by which voters who cast provisional ballots in a primary, election, or runoff in which federal candidates are on the ballot may ascertain whether their ballots were counted or, if the ballots were not counted, the reasons why such ballots were not counted. The **registrars shall establish and maintain reasonable** procedures necessary to protect the security, confidentiality, and integrity of personal information collected, stored, or otherwise used by such system. Access to information about an individual provisional ballot shall be restricted to the voter who cast such ballot.

59

### General Reminders

• Make sure the Vote Here sign is at the street for the public to see.

• Make sure the machines are daisy chained.

• Make sure the Provisional Ballot station is set up when the polls open and the ballots are always secured.

• You must open the polls at 7am.

• Do not lock the polling place doors. Always keep the doors un locked.

• There are to be three people in the polling place at all times, a Manager and 2 Assistants.  If an emergency occurs and someone has to leave, make sure to swear in their replacement.

• The Assistant Manager needs to be ready to step up and assume the role of Manager if something happens to the Manager.

• Remember that the memory cards need to be with two people at all times.

• Make sure you record what time the last voter voted on the recap sheet.

• Remember to post the results tape and the yellow copy of the Provisional/Challenged Recap sheet on the polling place door. Even if the recap of the Provisional/Challenged is zero, you need to record that and post the yellow copy.

• Remember to take the memory cards out of the DRE machines.

• Make sure all machines are sealed at the end of the day.

60

# Provisional

## Situations When a Voter can be Issued a Provisional Ballot

### 1.

**Person whose name does not appear on electors list**

If a person is not on your Electors List, search the statewide list to see if the voter is registered in a different precinct. If the voter is on the statewide list, but in another precinct, inform the voter of their assigned precinct and then let the voter decide if they would like to go to their assigned precinct, or vote a provisional ballot.

### 2.

**Person whose name is not on ExpressPoll, the supplemental list, or the paper back up list**

If a person is not listed on ExpressPoll, the supplemental list, or the paper back up list, they may be issued a provisional ballot.

### 3.

**Voter who registered for the first time by mail but did not provide required identification**

If a voter who registered for the first time in Georgia by mail and does not supply the proper identification, there will be an IDR in the column to the left of the person's name on the Electors List.  If the voter cannot supply the appropriate identification the voter must be issued a Provisional Ballot. Please note that an IDR voter is allowed to show other forms of identification in addition to the listed forms of photo ID.

# 4.

**Voter who is casting a ballot during extended poll hours as a result of a court order (applies to federal elections only)**

*This provision only applies when there is a federal race on the ballot.*

In the event that the time for closing the polls at a polling place is extended by court order, all electors who vote during such extended time period shall vote by provisional ballot only.  The Elections Superintendent will notify you in the event this occurs.

# 5.

**Voter who does not have one of the required forms of photo ID**

If a voter does not have the appropriate photo identification, he or she should be issued a provisional ballot and instructed that the ballot will be counted only if the voter provides the proper identification to the registrar's office not later than three days following the day of the primary, election, or runoff.

# 6.

**Voter who is assigned to a different precinct**

If an elector's name appears on the master electors list in your county but the voter is not at the correct precinct and there is insufficient time for the voter get to the correct precinct before the polls close, a provisional ballot may be cast.

Inform the voter that all votes cast for candidates for whom the voter is properly entitled to vote **shall be counted and all votes casts for candidates for whom the voter is not entitled to vote** shall be void.

# 7.

**Challenged elector appears at the polling place to vote**

If an elector has been challenged and appears at the polls to vote prior to the challenge hearing or decision, the elector shall be permitted to vote by casting a challeged ballot on the same type of ballot used for provisional ballots. Use the code "CHAL."

# 8.

**IDR is in the ExpressPoll record or electors list and the voter cannot supply the appropriate ID (IR)**

When IDR is marked beside an elector's name in the ExpressPoll Record or the Electors List and the voter cannot supply the appropriate ID, the voter may vote provisional but must bring the appropriate ID to the registrar's office not later than three days following the day of the primary, election, or runoff.

# Provisional

## Provisional Ballot Codes

## PI

Registered voter who does not have photo ID to present at **time of voting**

## PR

Person believing that he or she **has timely registered to vote** but whose name does not appear on electors list

## IR

Voter who registered for first time by mail but did not provide required identification

## EH

Voter who is casting a ballot during extended poll hours as a result of a court order (applies to federal elections only)

## X

Voter who registered for the first time in Georgia but did not provide proof of citizenship

## OP

Out of Precinct

## V

Person who did not verify

# Provisional

## Provisional for Issuing a Provisional Ballot

**1.** Ask voter to complete the Provisional section of the Voter Certificate (Salmon colored).

*Voters listed as PR must also complete a Voter Registration Application.*

**3.** Print voter's name, precinct number, ballot style number, and the date and name of election on the outer Provisional Ballot Envelope. Note appropriate code on Provisional Envelope and Provisional Voting Certificate.

**2.** Ensure that the forms are complete.

**5.** Write the voter's name on the **Provisional Numbered List of Voters** and note appropriate code in the **PROVISIONAL CODE** column and **BALLOT STYLE** in the appropriate column.

**4.** Ask voter to provide Photo ID **(unless reason for voting is Identification Required – IR or PI)**. Initial the form in the proper space.



**10.**
Be sure to check that the appropriate box in the top left corner of **Numbered List of Provisional Voters** has been marked to indicate the type of election.

**6.**
Give the Provisional Ballot to the voter and write the ballot number on the **Provisional Voter Certificate** in the space provided.

**8.**
After the voter has cast the provisional ballot, provide the voter with written contact information so the voter will be able to determine whether the ballot was counted and, if the ballot was not counted, the reason why such ballot was not counted. If a federal candidate is on the ballot, the contact information provided to the voter must include a free access system, such as a toll-free telephone number or an internet website, to receive such information.

**9.**
Place all of the **VOTED** Provisional Ballots in the **PROVISIONAL BALLOT CONTAINER**. Place the **Numbered List of Provisional Voters** and **Provisional Recap Sheet** in the proper envlope.

**Remember: you must fill out a Provisional Recap Sheet and Numbered List of Provisional Voters for persons that vote Provisional Ballots.**

**7.**
Hand voter the ballot and both Official Provisional Ballot Envelopes. Instruct the voter to go to the Provisional Ballot Booth to vote the ballot by filling in the ovals next to the candidate or answer of his or her choice. When finished voting, the voter will fold and insert the ballot into the inner Provisional Ballot Envelope and seal, then, insert that envelope into the outer salmon-colored envelope and seal. The voter will then insert the ballot in the Provisional Ballot Container.

# Provisional
## Note Regarding Proof of Citizenship

**With respect to Voter Registration Applicants who do not provide proof of citizenship before voting;**

If a black "X" with a lavender background is in the status column in ExpressPoll, the poll worker is to have the voter contact the board of registrars. A poll officer shall not allow such an individual to cast a ballot on a DRE without the poll officer's first confirming through the board of registrars that such individual is, in fact, a United States citizen. This confirmation can take place by the poll officer reviewing the documentation provided by the individual if the poll officer has been duly sworn and trained as a deputy registrar. If the board of registrars does not or cannot confirm citizenship status, the poll officer should allow the individual to cast a provisional ballot and shall provide the individual with written contact information so the individual will be able to determin whether the ballot was counted and, if the ballot was not counted, the reason why such ballot was not counted.  The poll officer should notifiy the poll manager that the individual must cast a provisional ballot.

67

**This page is left intentionally blank**

# Challenged

## Challenged Ballots in the Code

### O.C.G.A. § 21-2-230

(a) Any elector of the county or municipality may **challenge the right of any other elector of the county or municipality, whose name appears on the list of electors, to vote in an election**. Such challenge shall be in writing and specify distinctly the grounds of such challenge. Such challenge may be made at any time prior to the elector whose right to vote is being challenged voting at the elector's polling place or, if such elector cast an absentee ballot, prior to 5:00 P.M. on the day before the election; provided, however, that challenges to persons voting by absentee ballot in person at the office of the registrars or the absentee ballot clerk whose vote is cast on a DRE unit must be made prior to such person's voting.

(b) Upon the filing of such challenge, the board of **registrars shall immediately consider such chal-**





lenge and determine whether probable cause exists to sustain such challenge. If the registrars do not find probable cause, the challenge shall be denied. If the registrars find probable cause, the registrars shall notify the poll officers of the challenged elector's precinct or, if the challenged elector voted by absentee ballot, notify the poll officers at the absentee ballot precinct and, if practical, notify the challenged elector and afford such elector an opportunity to answer.

(c) If the challenged elector appears at the polling place to vote, such elector shall be given the opportunity to appear before the registrars and answer the grounds of the challenge.

(d) If the challenged elector does not cast an



absentee ballot and does not appear at the polling place to vote and if the challenge is based on grounds other than the qualifications of the elector **to remain on the list of electors, no further action by** the registrars shall be required.

(e) If the challenged elector cast an absentee ballot and it is not practical to conduct a hearing prior to the close of the polls and the challenge is based upon grounds other than the qualifications of the elector **to remain on the list of electors, the absentee ballot** shall be treated as a challenged ballot pursuant to subsection (e) of Code Section 21-2-386. No further action by the registrars shall be required.

(f) If the challenged elector does not cast an absentee ballot and does not appear at the polling place **to vote and the challenge is based on the grounds** that the elector is not qualified to remain on the list of electors, the board of registrars shall proceed to hear the challenge pursuant to Code Section 21-2-229.

(g) If the challenged elector cast an absentee ballot and the challenge is based upon grounds that the challenged elector is not qualified to remain on the list of electors, the board of registrars shall proceed to conduct a hearing on the challenge on an expedited basis prior to the certification of the consolidated returns of the election by the election superintendent. The election superintendent shall not **certify such consolidated returns until such hearing** is complete and the registrars have rendered their decision on the challenge. If the registrars deny the challenge, the superintendent shall proceed to certify the consolidated returns. If the registrars uphold the challenge, **the name of the challenged elector shall be removed from the list of electors and** the ballot of the challenged elector shall be rejected **and not counted and, if necessary, the returns shall** be adjusted to remove any votes cast by such elector. The elector making the challenge and the challenged elector may appeal the decision of the registrars in the same manner as provided in subsection (e) of Code Section 21-2-229.

(h) If the challenged elector appears at the polls to vote and it is practical to conduct a hearing on the challenge prior to the close of the polls, the registrars **shall conduct such hearing and determine the**

70

merits of the challenge. If the registrars deny the challenge, the elector shall be permitted to vote in the election notwithstanding the fact that the polls may have closed prior to the time the registrars **render their decision and the elector can actual**ly vote, provided that the elector proceeds to vote immediately after the decision of the registrars. If the registrars uphold the challenge, the challenged elector shall not be permitted to vote and, if the challenge is based upon the grounds that the elector is not qualified to remain on the list of electors, the challenged elector's name shall be removed from the list of electors.

(i) If the challenged elector appears at the polls to vote and it is not practical to conduct a hearing prior to the close of the polls or if the registrars begin a hearing and subsequently find that a decision on the challenge cannot be rendered within **a reasonable time, the challenged elector shall be** permitted to vote by casting a challenged ballot on the same type of ballot that is used by the county or municipality for provisional ballots. Such challenged ballot shall be sealed in double envelopes as provided in subsection (a) of Code Section 21-2-419 and, after having the word "Challenged," the elector's name, and the alleged cause of the challenge written across the back of the outer envelope, the ballot shall be deposited by the person casting such ballot in a secure, sealed ballot box notwithstanding the fact that the polls may have closed prior to the time the registrars make such a determination, provided that the elector proceeds **to vote immediately after such determination of** the registrars. In such cases, if the challenge is based upon the grounds that the challenged elector is not qualified to remain on the list of electors, the registrars shall proceed to finish the hearing prior to the certification of the consolidated returns of the election by the election superintendent. If the challenge is based on other grounds, no further action shall be required by the registrars. The election superintendent shall not cer**tify such consolidated returns until such hearing** is complete and the registrars have rendered their decision on the challenge. If the registrars deny the challenge, the superintendent shall proceed to certify the consolidated returns. If the registrars uphold the challenge, the name of the challenged **elector shall be removed from the list of electors**

**and the ballot of the challenged elector shall be** rejected and not counted and, if necessary, the returns shall be adjusted to remove any votes cast by such elector. The elector making the challenge and the challenged elector may appeal the decision of the registrars in the same manner as provided in subsection (e) of Code Section 21-2-229.

71

**This page is left intentionally blank**

# Challenged

## Procedure for Issuing a Challenged Ballot

**1.** Verify that the voter has signed the Voter's Certificate.

**3.** Write "Challenged" on **the bottom of the** Provisional Section of the Voter's Certificate.



**2.** Verify that the voter completed the Provisional Voter Section on the back of the certificate.



On the Official Provisional Ballot, you must:

**4.**
- Mark the type of election.

- Write "CHALLENGED" as big as possible on the **bottom of the colored** section.

- Write the voter's name and your precinct name or code.

- **Add the ballot style or district combo on the ballot to be issued.**

- Write today's date and time.

73

**6.**
a) Write the ballot stub number on the Voter's Certificate.
b) On the Numbered List of Provisional Voters write:
    1) The voter's name
    2) The code "CHAL"
    3) The District Combo, numbering each voter sequentially
c) Place the Voter's Certificate on the provisional spindle/binder.

While the voter is voting:



**7.** When finished voting, the voter drops the sealed salmon ballot envelope into the orange Provisional Ballot Bag.

**9.** Hand the Voter an "I Voted" sticker and thank the voter for voting.

**8.** Hand the voter the about the challenged ballot information sheet.

**5.**

Issue the correct optical scan ballot for the voter's District Combo. Detach the ballot from the pad, leaving the stub attached to the pad. Give the voter the following instructions:

a. "Take the ballot to the voting booth. Vote your ballot by filling in the ovals next to the candidate or question of your choice."

b. "Fold your ballot to fit into the white envelope."

c. "Put your ballot into the smaller white envelope and seal it. Put that envelope into the larger salmon envelope and seal it. Put only the voted ballot into the salmon Provisional Ballot Envelope."

# Close of Polls

The Georgia Code mandates that the polls close at 7:00 PM Eastern Sandard Time or Eastern Daylight Time.

***This does not apply to the municipal elections for the City of Atlanta, pursuant to O.C.G.A. § 21-2-403.***

  

This section reviews the procedures for closing the polls.

Also provided in this section, you will find the paperwork you must fill out before you leave the polling place.





# Close of Polls

## Declaring the Close

**7:00 PM**

At 7:00 PM, the Poll Manager publicly declares, "The poll is closed." Any voter(s) in line at 7:00 PM must be allowed to vote. Position a Poll Officer at the end of the line to ensure that anyone arriving after 7:00 PM is NOT allowed to vote. However, poll hours may be extended upon court order.

***This does not apply to the municipal elections for the City of Atlanta, pursuant to O.C.G.A. § 21-2-403.***

### O.C.G.A. § 21-2-379.11

After the polls have closed and all voting in the precinct has ceased, the poll manager shall shut down the DRE units and extract the election results from each unit.

*Prior to shutting down the Touchscreen units, record the "After Polls Close COUNT NUMBER" on the Express Poll Recap and the Direct Record Electronic Voting Machine Recap.*

# Close of Poll

## Closing Procedure for the Voting Unit

**1.** Verify the Touchscreen unit Number and record the After Polls Close COUNT NUMBER from each **Touchscreen unit on the correct line** of the Direct Record Electronic Voting Machine Recap Sheet.



**2.** Open the sealed envelope containing your Supervisor Card. Insert the Supervisor Card. Enter the password. The password will appear as asterisks on the screen. Touch the OK button.



**3.** Remove the Supervisor Card when prompted. This screen should appear.



**4.** Press End Election. You will see this warning.

Press OK and proceed.



**5.** Unlock and remove the printer cover.

When the "Print Write-in candidates?" screen appears, touch the YES box.

Note: In a Primary Election, or if no Write-in votes were cast on this particular machine, this option will not be given and proceed to the next step

**Print write-in candidates?**

YES    NO

**6.** When the "PRINT LONG REPORT?" Screen appears, press no.

**PRINT LONG REPORT?**

YES    NO

**7.** When printing is finished and the screen reads "NEED ANOTHER COPY?", press YES twice.

You will have (3) tapes for each unit when finished, (1) with zero's and (2) without.

**NEED ANOTHER COPY?**

YES    NO

**8.** When the screen reads NEED ANOTHER COPY?, press NO. Turn the Unit Off.

Remove the memory card and repeat the above steps on each unit.



**NEED ANOTHER COPY?**

YES    NO

# Close of poll

## ExpressPoll Closing Procedures



**1.** Touch the Return to Main button.

**2.** At the top of the screen, touch the Test and Lists tab.

**3.** In the center of the screen, touch the Updates and Lists tab.

**4.** Touch the Numbered List button at the bottom of the page.

**5.** Record the number displayed next to Voter Totals on the ExpressPoll Recap sheet. Both units should be showing the same number.

**6.** Touch the Close button at the bottom of the screen.

**7.** At the top of the screen, touch the Open/Close Polls tab.

81

**8.** Touch the Close Polls button at the bottom of the screen. The poll status field will update from OPENED to CLOSED.



**9.** Record the Voters Marked number on the ExpressPoll Recap sheet. Both units should be the same.



## ExpressPoll Recap Sheet

**USE BALL POINT PEN**
Bear down – You Are Making Three Copies

Election Date: _____ Precinct Name: _____

WHITE Sheet to Secretary of State
YELLOW Sheet to Election Superintendent
PINK Sheet to Clerk of Superior Court

Case Serial # _____ Red Opening Seal # _____ Case Serial # _____ Red Opening Seal # _____

Case Serial # _____ Red Opening Seal # _____ Case Serial # _____ Red Opening Seal # _____

Unit Serial # _____ Unit Serial # _____ Unit Serial # _____ Unit Serial # _____

Unit Serial # _____ Unit Serial # _____ Unit Serial # _____ Unit Serial # _____

The List of Electors for the precinct listed above and contained on these ExpressPoll units has been reviewed by the

_____ County Registrar's office and has been found to be correct.

Signature: _____ Date: _____ Signature: _____ Date: _____

**FOR USE ON ELECTION DAY BY POLL WORKERS: Use Only One ExpressPoll Unit To Complete This Section**

|  | Opening | Closing |
|---|---|---|
| A. Time: | | |
| B. Total number shown on ExpressPoll "Voter's Marked" | | |
| C. Total number shown on ExpressPoll Numbered List (B and C should be the same) | Total Voters: _____  Democratic: _____  Republican: _____  General/Special: _____ | Total Voters: _____  Democratic: _____  Republican: _____  General/Special: _____ |
| D. Total number of voters marked on the Supplemental Elector's List | | |
| E. Total number shown on Supplemental Numbered List (D and E should be the same) | Total Voters: _____  Democratic: _____  Republican: _____  General/Special: _____ | Total Voters: _____  Democratic: _____  Republican: _____  General/Special: _____ |
| F. Add Closing B + Closing D (Enter this number on the DRE Recap, Section D, Number 2) | | |
| G. Add Closing C + Closing E (Enter this number on the DRE Recap, Section D, Number 3) | | |
| F and G should be the same | | |
| Comments: (If the numbers above do not match or balance as expected, please explain.) | | |

Case Serial # _____ Blue Seal # _____ Case Serial # _____ Blue Seal # _____

Case Serial # _____ Blue Seal # _____ Case Serial # _____ Blue Seal # _____

We, the undersigned Managers, hereby certify that the above is a true and correct account on this _____ day of

_____, 3_____

Poll Manager Signature: _____

Assistant Manager Signature: _____ Assistant Manager Signature: _____

Form #RS-EXP-10

82

# Close of Poll

## On all ExpressPoll Units



**1.** Remove the AC power cord from the units.

**2.** Turn the battery switch on the back of the unit to the OFF position. The unit will now be off.

**3.** Remove the orange network cord from both units. (If you cannot remove the orange cord, leave the cord attached to both units.)

**4.** Unplug the bar code scanner and store appropriately.

**5.** Place AC cords, orange network cords, and the units in the case. When handling the units, make sure that you lift and carry the unit by its base. If the unit is handled only by the touch screen, you may cause the unit to malfunction.

**6.** Close and seal the case.

**7.** Record the closing seal number for the case on the ExpressPoll Recap sheet.

83

**Remember**

When closing the polls, please remember to:

1. Print precinct number in precinct block or line on Voter's Certificate binder cover.

2. Stack the Voter's Certificates in the binder in lots of 100.

3. Place binders of 100 Voter's Certificates in envelope provided.

# Paperwork

After the last voter exits the polling place, you may complete the appropriate paperwork.



There are three types of forms that must be completed on election night: the ExpressPoll Recap Sheet, the Direct Record Electronic Voting Machine Recap Sheet, and the Provisional Ballot Recap Sheet.

These forms are completed before the polls open and after the polls close.



# Paperwork

## Completing the ExpressPoll Recap Sheet

**1.** Write the election date and precinct name at the top of the sheet.

**2.** Complete the blanks detailing the case serial numbers, red opening seal numbers, and the unit serial numbers.

**3.** Clearly fill out the remaing blanks on the sheet.

**4.** The manager and assistant manager must then sign and date the form.

# ExpressPoll Recap Sheet

**USE BALL POINT PEN**
Bear down - You Are Making Three Copies

Election Date: _____   Precinct Name: _____

WHITE Sheet to Secretary of State
YELLOW Sheet to Election Superintendent
PINK Sheet to Clerk of Superior Court

Case Serial # _____   Red Opening Seal # _____   Case Serial # _____   Red Opening Seal # _____

Case Serial # _____   Red Opening Seal # _____   Case Serial # _____   Red Opening Seal # _____

Unit Serial # _____   Unit Serial # _____   Unit Serial # _____   Unit Serial # _____

Unit Serial # _____   Unit Serial # _____   Unit Serial # _____   Unit Serial # _____

The List of Electors for the precinct listed above and contained on these ExpressPoll units has been reviewed by the

_____ County Registrar's office and has been found to be correct.

Signature: _____   Date: _____   Signature: _____   Date: _____

**FOR USE ON ELECTION DAY BY POLL WORKERS: Use Only One ExpressPoll Unit To Complete This Section**

| | Opening | Closing |
|---|---|---|
| A. Time | | |
| B. Total number shown on ExpressPoll "Voter's Marked" | | |
| C. Total number shown on ExpressPoll Numbered List (B and C should be the same) | Total Voters: _____ <br> Democratic: _____ <br> Republican: _____ <br> General/Special: _____ | Total Voters: _____ <br> Democratic: _____ <br> Republican: _____ <br> General/Special: _____ |
| D. Total number of voters marked on the Supplemental Elector's List | | |
| E. Total number shown on Supplemental Numbered List (D and E should be the same) | Total Voters: _____ <br> Democratic: _____ <br> Republican: _____ <br> General/Special: _____ | Total Voters: _____ <br> Democratic: _____ <br> Republican: _____ <br> General/Special: _____ |
| F. Add Closing B + Closing D (Enter this number on the DRE Recap, Section D, Number 2) | | |
| G. Add Closing C + Closing E (Enter this number on the DRE Recap, Section D, Number 3) | | |
| F and G should be the same | | |
| Comments: (If the numbers above do not match or balance as expected, please explain.) | | |

Case Serial # _____   Blue Seal # _____   Case Serial # _____   Blue Seal # _____

Case Serial # _____   Blue Seal # _____   Case Serial # _____   Blue Seal # _____

We, the undersigned Managers, hereby certify that the above is a true and correct account on this _____ day of

_____, 2 _____

Poll Manager Signature: _____

Assistant Manager Signature: _____   Assistant Manager Signature: _____

Form #RS-EXP-10

# Paperwork

## Completing the DRE Voting Machine Recap Sheet

### Section A

**1.** Prior to shutting down the Touchscreen units, record the "After Polls Close COUNT NUMBER".

**2.** Once all tapes are run and the Memory Cards removed, turn off Touchscreen unit and close and lock both compartments.  Close lid and record the "After Polls Close SEAL NUMBER". Write Seal Number in the appropriate column.

### Section B

**3.** Total all unit count numbers and record on this line.

### Section C

**4.** Enter numbered lists of voters for ExpressPoll and Supplement and enter the number of voter certificates. Enter the numbers for either the Democratic and Republican Primary or General/Special eleciton. Total all the numbers for each category.

### Section D

**5.** Line 1: Enter the total number voting from the top of the first printed results from the accumulator of the Accumulator Results Tape.

If NOT ACCUMULATING in the precinct, total each vote cast from the results tape on line 1.

**6.** Line 2: Enter the total number voting from the Numbered List of Voters (as noted on ExpressPoll).

**7.** Line 3: Enter the total number marked from the Electors' List (ExpressPoll).

**8.** Line 4: Enter the total number of completed voter certificates.

### If Line 1, 2, 3, and 4 Do Not Equal, Write Explanation on line Provided

**9.** The Manager and both Assistant Managers must sign and date the form.

**10.** PLACE COMPLETED RECAP SHEETS IN THE PROPER ENVELOPE.

**11.** Secure Touchscreen units at Polling Place for pick-up or return Touchscreen units as directed by your local elections office.

ELECTION: (Check One)
- ☐ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION _____
COUNTY / MUNICIPALITY _____
PRECINCT _____

TIME LAST VOTER VOTED _____
NUMBER OF REGISTERED
VOTERS IN PRECINCT _____

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**SECTION B:  TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)** _____

**SECTION C: NUMBERED LISTS and VOTER CERTIFICATES**

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary _____ | Democratic Primary _____ | Democratic Primary _____ |
| Republican Primary _____ | Republican Primary _____ | Republican Primary _____ |
| General/Special _____ | General/Special _____ | General/Special _____ |
| Total (a) _____ | Total (b) _____ | Total (c) _____ |

**SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:**

1. Results Tapes (or Accumulator Tape Results) (Total from Section B above)   = _____
2. "Voters Marked" (See ExpressPoll Recap) _____ + Supplemental List _____   = _____
3. Numbered Lists on ExpressPoll (a) _____ + Supplemental (b) _____   = _____
4. Voter's Certificates (c)   = _____

NOTE:  Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____
_____
_____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this
the _____ day of _____, 2_____. **SIGNED IN TRIPLICATE**

_____        _____        _____
Manager                         Assistant Manager              Assistant Manager

Form RS-DRE-10

# Paperwork

## Completing the Provisional Ballot Recap Sheet

***Note: Even if you have no provisional ballots, you must complete a Provisional Ballot Recap showing zeros on A - H.***

**1.** Complete the information at the top of the form.

**2.** Remove the provisional voted ballots from the secure, sealed Provisional Ballot container.

**3.** Count and enter this number on Line F of the Provisional Ballot Recap Sheet.

**4.** Return ballots to the secure, sealed Provisional Ballot container.

***Only voted Ballots are to be placed in the secure, sealed Provisional Ballot container. Voter Registration Applications and certificates are to be placed in the SALMON-colored envelope.***

## Section I

**5.** Line A: Enter the number of provisional voter's certificates contained in the binders.

**6.** Line B: Enter the number of names listed on the provisional numbered list of voters.

**7.** Line C: Enter the number on the stub of the last provisional ballot issued.

**8.** Line D: Enter the number of spoiled provisional ballots.

## Section II

**9.** Line E: To determine the number of unused ballots, enter the serial number of the next ballot that would have been issued on Line (a); Line (b) will be the number of the last ballot in the last pad of ballots (This number has been entered for you). To determine the number of unused ballots, subtract (a) from (b) and add "1". Enter the resulting number on Line E.

**10.** Line F: Total number of provisional ballots cast.

**11.** Line G: Total sum from box D, E, and F.

**12.** Line H: Total number of Provisional Ballot received from Superintendent.

| ELECTION: (Check One) | ☐ Presidential Preference Primary ☐ Primary ☐ General | ☐ Nonpartisan ☐ Runoff ☐ Special | **USE BALL POINT PEN** |

WHITE COPY TO SECRETARY OF STATE
PINK COPY TO CLERK OF SUPERIOR COURT / CITY CLERK
YELLOW COPY TO SUPERINTENDENT
GOLDENROD COPY TO BE POSTED AT PRECINCT

DATE OF ELECTION _____

COUNTY / MUNICIPALITY _____

PRECINCT _____

SEAL NUMBER at pick-up _____

SEAL NUMBER at delivery _____

## PROVISIONAL / CHALLENGED BALLOT RECAP

### SECTION I

**NUMBER OF PERSONS VOTING**

* Total number of provisional voter certificates in Binders:

  [ A ]

* Total number of names on Provisional Ballot Numbered List of Voters:

  [ B ]

NOTE: Boxes A and B should be the same; if not, re-count and/or look for errors.

* Total number of used Provisional Ballot Stubs:

  [ C ]

* Total number of Spoiled Provisional Ballots:

  [ D ]

➡ **Subtract D from C. It should equal box F in Section III.**

### SECTION II

**UNUSED BALLOT RECAP**

* Total number of ALL UNUSED Provisional Ballots
NOTE: For each District Combo (DC) # listed subtract the first ballot stub number from the last ballot stub number and add I; enter sum of all subtotals in box E.

**Unused DEMOCRAT Ballots**

| DC# | Last stub# | First stub# | Add I | Subtotal |
|-----|-----------|-------------|-------|----------|
|     |           |             | + I   |          |
|     |           |             | + I   |          |
|     |           |             | + I   |          |
|     |           |             | + I   |          |
|     |           |             | + I   |          |

**Unused REPUBLICAN Ballots**

| DC# | Last stub# | First stub# | Add I | Subtotal |
|-----|-----------|-------------|-------|----------|
|     |           |             | + I   |          |
|     |           |             | + I   |          |
|     |           |             | + I   |          |
|     |           |             | + I   |          |
|     |           |             | + I   |          |

**Unused NONPARTISAN/SPECIAL Ballots**

| DC# | Last stub# | First stub# | Add I | Subtotal |
|-----|-----------|-------------|-------|----------|
|     |           |             | + I   |          |
|     |           |             | + I   |          |
|     |           |             | + I   |          |
|     |           |             | + I   |          |

| **Total sum of ALL UNUSED Provisional Ballots:** | [ E ] |

### SECTION III

**TOTAL BALLOT RECAP**

* Total number of provisional Ballots Cast:

  [ F ]

**NOTE:** Box F should match the total number of salmon envelopes containing cast Provisional / Challenged ballots, located in the ballot box.

* Total sum from box D, E, & F

  [ G ]

* Total Number of Provisional Ballots Received from Superintendent

  [ H ]

NOTE: Box G should equal H; if not equal, re-count and/or check for errors.

If second count or correction of error(s) does not correct the count, record difference here and explain below where indicated:

  [          ]

---

**Explain difference:** _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the _____ day of _____, 20 _____

_____     _____     _____
        Manager                    Assistant Manager              Assistant Manager

RS-PRB-14

***THIS RECAP SHEET NEEDS TO BE COMPLETED, DATED, AND SIGNED EVEN IF ZERO PROVISIONAL BALLOTS ARE CAST.***

# Troubleshoot

You may experience technical difficulties during your time as a poll worker.





This section will serve as your troubleshooting guide throughout the elections process.

If you experience any difficulties that are not covered in this guide, please contact your poll manager or local elections office.





# Troubleshoot

## Before the Polls Open

**What if nothing happens after I push the red button to turn the unit on?**

Check to see if the power cord is firmly attached and in place on the side of the Touchscreen unit.

Also, check the power cord in the back left corner of the Touchscreen unit. If there is still no response, call your local elections office.



**What if there is no power cord in the unit?**

Prepare the unit for voting and call your local elections office to get one delivered. The unit can run on backup battery power until the replacement cord arrives.

**What if a message comes up that says, "Please insert the election media or a security key card"?**

Make sure the memory card is fully inserted. With the security door open, push the memory card firmly into the slot.

**What if the unit fails to print a Zero Report?**

Check that the printer lever is down (a gray "backward L" shaped lever to the right of where the paper comes out). If it is, check the paper roll and make sure it is installed correctly. Turn the unit off and then turn it back on. If it still doesn't print, call your local elections office.



**What if there is any other name of a precinct or polling location on the ballot screen other than what you know is supposed to be on the unit?**

Turn the unit off and call your local elections office.

# Troubleshoot

## The Electors List

1. If the Electors List indicates a Voter was issued or received an Absentee Ballot ("AB" in the corresponding column) and the voter **does not have** the absentee ballot, instruct the voter to appear in person at the Registrar's Office to request to have their absentee ballot cancelled. They will receive written authorization from the Registrar's Office to vote in person, which they will bring back to the poll. A registrar or deputy registrar can also handle this process at the polling place.



2. If the Electors List indicates a Voter was issued or received an Absentee Ballot (AB in any of the columns) and voter has their intact absentee ballot, they may surrender the absentee ballot to the poll official.

> - Pursuant to O.C.G.A. § 21-2-388, write CANCELLED and the date and time across the face of the absentee ballot and initial. Return the cancelled ballot with election supplies.
>
> - Locate the voter's name on ExpessPoll. Touch the voter's name and follow the process of removing an AB voter mark outlined in the ExpressPoll manual.
>
> - Once the AB voter mark has been removed from ExpressPoll, touch the voter's name and go through the normal process of issuing a Voter Access Card and directing the voter to an open voting unit.

# Troubleshoot

## The Electors List

3. Person Not On Electors List.

- Double-check the spelling of the name or if name is hyphenated.

- After double-checking, use ExpressPoll's statewide search to see if the voter is assigned to another voting precinct.

- If this search is successful, provide the voter with the name and location of their assigned precinct and give the voter the option to vote at that location or to vote provisionally. If after using the statewide search no record of the voter is found, review the Supplemental Electors List (if provided).

- A Supplemental Electors List contains names of voters added to the precinct Elector's List late, and thus not present on the list displayed by ExpressPoll.

- If a voter's name is found on the Supplemental Electors List, use ExpressPoll to encode a Voter Access Card for this voter and mark their name as voted on the Supplemental Electors List.

- Then record their name on a Supplemental Numbered List of Voters.

- If the voter's name cannot be found on a Supplemental Electors List, notify the Poll Manager.

**No person should be turned away. Always contact the Registrar's Office.**

**No person should be written in the Electors List without authorization. See additional information regarding Provisional Voting in this manual.**

4. IDR is next to the Elector's Name.

- This voter is required to provide current and valid identification prior to proceeding with the registration process and voting in the precinct.

- This voter may show a utility bill, bank statement, government check, paycheck, or government document that shows the name and address of the voter in addition to the six forms of photo identification provided in O.C.G.A. § 21-2-417.

- If a voter listed as IDR cannot produce the appropriate form of identification the voter shall be directed to the provisional voting station.

# Troubleshoot

## Converting Touchscreen Unit in Election Mode to Card Creating Unit

The following are the steps suggested when needing to convert a TouchScreen unit in election mode to a voter access card creating unit in the precinct. These steps would be followed if the ExpressPolls within the precinct failed and were not able to create Voter Access Cards.

1.      Select one of the TouchScreen voting units in the precinct.

2.      Record the TouchScreen unit serial number and note on the DRE Recap sheet at what time the unit was converted to a card creating unit.

3.      Record on the DRE Recap sheet the public count on the unit as well as the system total, located at the bottom of the unit's screen.

4.      Insert a green Supervisor Card and enter the password.

5.      At next screen, touch the Create Voter Card button.

6.      The Create Voter Access Card screen will be displayed.

7.      To create a voter access card, select the precinct that matches the voter's district combo by touching the corresponding area.

8.      If a primary scenario, now select the desired Party needed by touching the corresponding area.

9.      Now touch the Create Card button located at the bottom right corner of the screen.

10.     Insert a Voter Access Card into the TouchScreen unit.

11.     The Voter Access Card will eject when it has written the desired information to the card.

12.     Remove the Voter Access Card; it now contains the information needed to bring up the desired ballot style on another TouchScreen unit.

13.     When done using the unit as a card creating unit, touch the Close button located at the bottom left corner of the screen.

14.     Record the time the TouchScreen unit exited the Card Create screen and again record the Public Count and System Total numbers on the DRE Recap sheet. These numbers should be unchanged from when the unit was converted to a card creating unit.

15.     DO NOT return the TouchScreen unit back voting mode.

16.     The unit can now be turned off, or IF the polls have closed, the End Election button can be touched and the normal closing procedures followed.

# Troubleshoot

## The Voting Unit

**Key will not open compartment doors.**

Be sure that the key is inserted all the way.

**The printout for the zero report (or the results report) wrapped around itself or became jammed.**

There is a gray "backward L" shaped lever to the right of where the paper comes out. Pull the lever toward you to release the paper. Remove the end of the paper from behind and straighten. Push the gray lever back to the horizontal position. You may reprint if necessary. If you need to feed the paper back into the printer, release the gray lever. Insert paper under the black roller and feed until it appears through the top.

**The screen has gotten dirty or smudged.**

Use the cloth provided and ONLY the cloth provided to wipe the screen clean. Use the cloth dry - do not put any liquid on the screen or the cloth.

**What if the voter puts the Voter Access Card into the Touchscreen unit and "Invalid Card" appears on the screen?**

Check to see that the Voter Access Card was properly inserted with the gold medallion end inserted first and face up.  If the Voter Access Card was improperly inserted, have the voter insert the card properly.  If it was inserted properly, retrieve the Voter Access Card and activate another Voter Access Card for the voter.  Set that card aside with a note – DO NOT USE.

**You made a mistake entering the password.**

Press "Cancel." The supervisor card will be ejected. Remove it and reinsert it. Enter the password again. Remember the password will show up as asterisks.

**You pressed OK to end the election but it does not go to the screen to print the results.**

The screen should say "Turn unit off or press OK to resume." Touch OK. Reinsert supervisor card and continue with closing instructions beginning at the point where you enter the password. This time be sure to touch "End Election" instead of OK.

**What if the printer jams before Total Report was printed?**

Let the printer finish printing.  Un-jam the paper (see instructions on previous page) and reprint the report.

# Troubleshoot

## The Voting Unit

**What if a unit that has votes on it goes down during the day, but the unit will not power-up to generate results tape?**

CALL YOUR LOCAL ELECTIONS OFFICE BEFORE COMPLETELY CLOSING ALL UNITS.

**What if a unit does not power up at the opening of the poll and has not been used at all during the election, what do I do with the memory card that was in the unit?**

CALL YOUR LOCAL ELECTIONS OFFICE BEFORE COMPLETELY CLOSING ALL UNITS.

# Troubleshoot

## Common Questions

**What if a voter does not have the Voter Access Card at the Exit Area?**

Instruct the voter to return to the Touchscreen unit upon which he or she voted to retrieve the Voter Access Card.

**What if voter says the Voter Access Card was not returned to them?**

Instruct the voter to return to the Touchscreen unit to ensure that the voter pressed the CAST BALLOT button. The Voter Access Card will eject and can be returned.

**What if a Voter Access Card is not ejected once a voter has cast the ballot?**

Turn the unit off, and then turn it back on; the Voter Access Card should be ejected. If it does not, lower the screen, turn the unit off, and call your local elections office.

**What if a voter inserts a Voter Access Card and the unit rejects the card?**

Re-program the Voter Access Card using the ExpressPoll and accompany voter to the unit. Wait until you see ballot loading then leave.

**What if the voter puts the Voter Access Card into the Touchscreen unit and "Invalid Card" appears on the screen?**

Check to see that the Voter Access Card was properly inserted with the gold medallion end inserted first and face up. If the Voter Access Card was improperly inserted, have the voter insert it properly. If it was inserted properly, retrieve the Voter Access Card and activate another Voter Access Card for the voter. Set that Voter Access Card aside with a note - DO NOT USE.

**What if the unit goes black (turns off) while someone is voting?**

Lower the screen and check the plug and power cord. If the unit is properly plugged in, try turning it on again. If it does not power on, take the unit out-of-service and call your local elections office. Then issue the voter a new Voter Access Card and direct the voter to a working unit. If the voter did not touch Cast Ballot, none of the votes were yet recorded.

**What if the screen on a unit suddenly goes dark, whether there was a voter in the booth at the time or not?**

Check power cord first. If the unit is plugged in properly, try turning it on again. If it does not power on, lower screen and call the local elections office.

101

# Troubleshoot

## Commons Questions

**What if power goes out in the polling location?**

Power off half of your units and try to determine how long the outage will last. Notify your local elections office immediately so that they can monitor the situation. Continue to allow voters to vote on the units that are operating on battery. If those units run out of power, close them and open the ones that were turned off earlier to continue voting.

**What if the instruction or voting screen on a unit is wavy or distorted?**

Lower the screen, power it off and then back on. If the screen is still wavy, turn it off and call your local elections office.

**What if a voter walks out of the voting booth and leaves the Poll without touching the cast ballot button?**

The poll manager is to cancel the ballot following the directions for "Canceling A Voter's Ballot." DO NOT TOUCH "CAST BALLOT."

**What if the audio does not work on the unit that the keypad and headphones are plugged into?**

Try adjusting the volume. If that does not work, cancel the ballot, connect the keypad and headphones to another unit, and direct the voter to that unit. The voter's Voter Access Card should still be activated since the Cast Ballot button was not touched on the other unit.

# Troubleshoot

## Uncommon Situations During Registration & At the Touchscreen

**Absentee Voter Appears at the Poll and Desires to Vote in Person:**

IF VOTER HAS AN ABSENTEE BALLOT:

a)   Write CANCELLED, the date and time, and initial the face of the absentee envelope. Return the cancelled absentee ballot with election supplies.

b)   Cross through the AB (or other mark according to county) opposite their name on the ELECTOR'S LIST and mark them as voting.

c)   Instruct the voter to then go through the normal procedures of voting.

**IF THE VOTER DOES NOT HAVE THE ABSENTEE BALLOT:**

Instruct the voter to appear in person at the Registrars Office to request to have the absentee ballot cancelled. The voter will receive written authorization from the County Registrar to vote in person which the voter must bring back to the poll.

**Voter Has Moved within County:**

a)   Have voter complete the voter's certificate.

b)   Have voter complete a Change of Name and/or Address form in its entirety.
DO NOT ALLOW THE VOTER TO REMOVE THIS FORM FROM THE POLL.
IT MUST BE COMPLETED AT THE POLL.

c)   Inform voter that he or she will be allowed to vote at this precinct for the current election and any ensuing runoff.

d)   Inform voter that the change of address will not be processed until after the date of the runoff. A new precinct card will be mailed to the voter showing the name and location of his or her new precinct and polling place.

**Voter Moved From Another County:**

Voter may not vote unless registered at least 30 days prior to the election.  Or in the case of a special election, no later than either the close of business on the fifth day after the date of the call for the special primary or special election. Have voter complete the Voter Registration Form and include the change of address. The Voter Registration Form will be processed when registration reopens.

**Voter Changed Name:**

a)   Voter must complete the voter's certificate, using his or her correct name.

103

b)      Voter must complete a Change of Name and/or Address section of Voter Registration Application.

**The voter card will not go in:**

Make sure that the voter is inserting the card in the direction of the arrow. If that is not the problem, try wiping the card off with the same cloth that is used on the screen.

**Canceling a Ballot:**

There may be times when it is necessary to cancel a voter's ballot:
1.      When a voter has been issued a voter access card encoded with the wrong ballot style,  or
2.      A voter decides not to cast a ballot after inserting a voter access card and has not yet touched CAST BALLOT.

**To cancel a voter's ballot, take the following steps:**

1.      Ask the voter to deselect any voting choices he or she has made.
2.      Press the page number for 10 to 20 seconds.
3.      The Cancel Ballot page will appear.  The screen will read: "To cancel your ballot press the Cancel button. To resume voting press the OK button."
4.      Press the Cancel button.
5.      The Voter Access Card will be ejected.

If the wrong ballot style was encoded, the voter should then return the Voter Access Card to the poll worker to have it encoded correctly.

When a ballot is canceled, the returned Voter Access Card will still contain the encoded ballot style information.  The ballot style information was not erased because, Cast Ballot was not touched.

Before you can use the cancelled Voter Access Card again, you must first clear the card to erase the previous voter's ballot information.

**The voter decided not to vote for anything after inserting the voter card.**

Have the voter touch Cast Ballot on the last screen; or if the voter has left the booth without completing the ballot, the poll manager will cancel the ballot.

**The voter card will not eject.**

The voter must touch the Cast Ballot button for the card to eject.



Poll Workers play a vital role in the electoral process. A Poll Worker is the last person a voter interacts with before they enter the voting booth to cast a ballot.

Thank you for serving as a Poll Worker!

If you have any questions, please contact your county elections office.