# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., et al.,** | * * * |
| **Plaintiffs,** | * |
| | *   CA No. 1:18cv4727 |
| **v.** | * * |
| **BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia,** | * * * * |
| **Defendant.** | * |

## NOTICE OF APPEARANCE

COMES NOW Cristina Correia, Senior Assistant Attorney General, and hereby makes an entry of appearance on behalf of Secretary of State Brian Kemp.

Counsel can be reached at:

> Office of the Attorney General
> 40 Capitol Square, SW
> Atlanta, Georgia 30334
> Telephone:  (404) 656-7063
> Facsimile:   (404) 651-9325
> E-Mail: ccorreia@law.ga.gov

        Respectfully submitted,

        CHRISTOPHER M. CARR
        Attorney General    112505

        DENNIS R. DUNN    234098
        Deputy Attorney General

        RUSSELL D. WILLARD  760280
        Senior Assistant Attorney General

        /s/Cristina Correia
        CRISTINA M. CORREIA  188620
        Senior Assistant Attorney General

        Attorneys for Defendant

Please address all
Communication to:
CRISTINA M. CORREIA
Senior Assistant Attorney General
40 Capitol Square, SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325

## Certificate of Service

I hereby certify that on October 19, 2018, I electronically filed this Notice of Appearance using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Bryan L. Sells
The Law Office of Bryan L. Sells, LLC
P.O. Box 5493
1226 Springdale Road, NE
Atlanta, GA  31107-0493

Julie M. Houk
John M. Powers
Ezra D. Rosenberg
Jon M. Greenbaum
Lawyers' Committee for Civil Rights   Under Law
Suite 900 1500 K Street NW
Washington, DC  20005

Danielle M. Lang
J. Gerald Hebert
Mark P. Gaber
Campaign Legal Center
1411 K Street NW
Washington, DC 20005

Gerald Farrell
Vilia Hayes
Hugh Hubbard & Reed
One Battery Park Plaza
New York, NY 10004

Phi Nguyen
Asian Americans Advancing Justice - Atlanta
Suite 148
5680 Oakbrook Pkwy.
Norcross, GA 30093

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE

This 19th day of October, 2018.

/s/Cristina Correia
Cristina Correia        188620
Senior Assistant Attorney General