IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., as an organization, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:18-CV-04727-ELR |
| BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia, | * * * * | |
| Defendant. | * * | |

**O R D E R**

On October 11, 2018, Plaintiffs Georgia Coalition for the Peoples' Agenda, Inc., Asian Americans Advancing Justice-Atlanta, Inc., Georgia State Conference of the NAACP, New Georgia Project, Inc., Georgia Association of Latino Elected Officials, Inc., and ProGeorgia State Table, Inc. filed a complaint against Defendant Brian Kemp, in his official capacity as Secretary of State for the State of Georgia. [Doc. 1]. An executed and returned waiver of service for Defendant was filed on October 16, 2018. [Doc. 14].

On October 19, 2018, the same Plaintiffs as listed above along with Plaintiffs The Joseph and Evelyn Lowery Institute for Justice and Human Rights,

Inc. and Common Cause filed an amended complaint against Defendant Kemp. [Doc. 15]. Also on October 19, Plaintiffs Georgia Coalition for the Peoples' Agenda, Inc., Asian Americans Advancing Justice-Atlanta, Inc., Georgia State Conference of the NAACP, Georgia Association of Latino Elected Officials, Inc., and ProGeorgia State Table, Inc. filed an Emergency Motion for Preliminary Injunction. [Doc. 17]. Pursuant to the undersigned's Instructions, Plaintiffs' counsel contacted the Court to request emergency consideration of Plaintiffs' Motion due to the fact that Plaintiffs seek relief related to the upcoming November 6, 2018 election. Plaintiffs' counsel further stated that he had provided Defendant Kemp's counsel a copy of Plaintiffs' Emergency Motion.

Accordingly, if Defendant intends to respond to Plaintiffs' Emergency Motion [Doc. 17], Defendant must file a response by Wednesday, October 24, 2018, at noon. The Court **SCHEDULES** a hearing on Plaintiffs' Emergency Motion for Preliminary Injunction for **Monday, October 29, 2018, at 1:00 p.m.** in Courtroom 1708, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, 30303.

**SO ORDERED**, this 19th day of October, 2018.

Eleanor L. Ross
United States District Judge
Northern District of Georgia