**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., et al.,** | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **CA No. 1:18cv4727-ELR** |
| **v.** | * | |
| | * | |
| **BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia,** | * | |
| | * | |
| | * | |
| | * | |
| **Defendant.** | * | |

**MOTION FOR SHORT EXTENSION OF TIME
TO RESPOND TO EMERGENCY MOTION FOR
PRELIMINARY INJUNCTION**

1. Plaintiffs filed this action on October 11, 2018.

2. On Friday, October 19, 2018, Plaintiffs filed an Amended Complaint and an Emergency Motion for Preliminary Injunction.

3. This Court has scheduled a hearing on Monday, October 29, 2018 and Ordered that Defendant's Response should be filed no later than noon on Wednesday, October 24, 2018.

4. The undersigned counsel also represents Secretary Kemp in two other federal civil actions that have been filed within the past week and seeking relief for the upcoming general election. *Georgia Muslim Voter Project, et*

*al., v. Kemp*, CA No. 1:18cv4789-LMM (N.D. Ga.), filed on October 17, 2018; and *Martin v. Kemp*, CA No. 1:18cv4776-LMM (N.D. Ga.), filed on October 15, 2018.  Plaintiffs in both actions have filed TRO's within the past week, with the *Martin* Plaintiffs having filed a TRO late on the afternoon of October 19, 2018.

5. A hearing on both TRO's is scheduled for the afternoon of Tuesday, October 23, 2018, and Defendant's counsel is currently drafting two briefs in response to these TRO's.

6. Given these scheduling conflicts, Plaintiffs' eight (8) day delay in filing their emergency motion, and the length of Plaintiffs' motion, Defendant seeks a brief extension of time, until 8 am on Friday, October 26, 2018, to file a responsive brief.

7. Defendant has not yet conferred with Plaintiffs' counsel regarding this request but did not want to delay its filing.  Defendant will seek to confer with Plaintiffs' counsel on Monday morning and report Plaintiffs' position to the Court.

8. A proposed Order is attached for the Court's convenience.

Respectfully submitted,


CHRISTOPHER M. CARR
Attorney General            112505

DENNIS R. DUNN           234098
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General

/s/Cristina Correia
CRISTINA M. CORREIA  188620
Senior Assistant Attorney General


Attorneys for Defendant

Please address all
Communication to:
CRISTINA M. CORREIA
Senior Assistant Attorney General
40 Capitol Square, SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325

**Certificate of Service**

I hereby certify that on October 21 2018, I electronically filed this Notice of Appearance using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Bryan L. Sells
The Law Office of Bryan L. Sells, LLC
P.O. Box 5493
1226 Springdale Road, NE
Atlanta, GA  31107-0493

Julie M. Houk
John M. Powers
Ezra D. Rosenberg
Jon M. Greenbaum
Lawyers' Committee for Civil Rights   Under Law
Suite 900 1500 K Street NW
Washington, DC  20005

Danielle M. Lang
J. Gerald Hebert
Mark P. Gaber
Campaign Legal Center
1411 K Street NW
Washington, DC 20005

Gerald Farrell
Vilia Hayes
Hugh Hubbard & Reed
One Battery Park Plaza
New York, NY 10004

Phi Nguyen
Asian Americans Advancing Justice - Atlanta
Suite 148

5680 Oakbrook Pkwy.

Norcross, GA 30093

I hereby certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants:  NONE

This 21st day of October, 2018.

/s/Cristina Correia

Cristina Correia          188620

Senior Assistant Attorney General