# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization; ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, INC., as an organization; GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; NEW GEORGIA PROJECT, INC., as an organization; GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, INC., as an organization; PROGEORGIA STATE TABLE, INC., as an organization; JOSEPH AND EVELYN LOWERY INSTITUTE FOR JUSTICE AND HUMAN RIGHTS, INC., as an organization; and COMMON CAUSE, as an organization;<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | Civil Action<br>Case No. 1:18-cv-04727-ELR<br><br>**EXPEDITED TREATMENT REQUESTED** |

## DECLARATION OF YOTAM OREN

Pursuant to 28 U.S.C. § 1746, I, Yotam Oren, hereby declare as follows:

1. I have personal knowledge of the matters stated herein, am over the age of 18 years, and am competent to make this declaration.

2. I came to the United States in 2008 on a student visa to attend graduate school and after graduation began working for a company in Atlanta. The company sponsored a work visa for me. I became a legal permanent resident in 2013.

3. Before I became a United States citizen, I legally obtained a Georgia driver's license in approximately 2010 and renewed my Georgia driver's license as a non-citizen, legal permanent resident several times in order to keep it active and current.

4. On December 18, 2017, I became a naturalized citizen of the United States of America during a naturalization ceremony conducted at the USCIS Field Office, 2150 Parklake Drive, Atlanta, Georgia.

5. To the best of my knowledge, I do not ever recall being informed that I would need to update my records with the Georgia Department of Driver's Services to reflect the change in my citizenship status when I became a naturalized United States citizen.

6. Following the conclusion of the naturalization ceremony, there were volunteers on site assisting new citizens with voter registration and I took advantage of this opportunity to complete a voter registration form.

7. To the best of my recollection, the volunteer assisting me suggested that I include a copy of my naturalization certificate with my voter registration form to confirm my eligibility to vote as a United States citizen and the volunteer made a copy of the naturalization certificate for me so that it could be enclosed with my voter registration application.

8. As a new citizen, I was excited to register to vote and was looking forward to having an opportunity to participate in the upcoming 2018 mid-term elections in Georgia.

9. Sometime after the submission of my voter registration application, I received a letter from the Fulton County voter registration office which indicated that my voter registration was in "pending" status because there was a problem matching my registration information with citizenship records and that I needed to show proof of my citizenship proof in order to complete the voter registration process.

10. The letter was rather long and confusing, but I understood from the letter that I could resolve the issue by bringing proof of my citizenship to the polling station at the time I voted.

11. The night before going to vote, I checked my voter registration status on the "my voter" page online. It still showed my status as "pending," but the Secretary of State's website said that I could vote if I brought proof of citizenship to the polling station.

12. Thereafter, on October 16, 2018, I accompanied my wife to a designated early-voting polling location in Fulton County so that we could take advantage of early in-person absentee voting for the 2018 general election.

13. After waiting in line for several minutes, I checked-in to vote with a poll worker and presented her with my valid United States passport as my identification and proof of United States citizenship.

14. Despite presenting the poll worker with my United States passport, she informed me that I would need to speak with her female colleague stationed across the room about my proof of citizenship before I would be allowed to vote.

15. I then spoke to the woman I was referred to by the poll worker. This woman informed me that she would need to call someone by the name of "Phillip"

at the Fulton County voter registration office so that he could change my status in the system from "pending" to "active." Then I would be allowed to vote.

16. After making several unsuccessful attempts to reach "Phillip" on the telephone, the woman told me that I could continue to wait for her to make contact with "Phillip" or that I could leave the poll and come back another time. Although I asked the woman whether she could call someone other than "Phillip" to get approval for me to vote, she informed me that this was the only number she had.

17. Since I had already waited approximately ten minutes while the woman attempted to call "Phillip" and because my wife had already finished voting, I did not want to continue waiting for the woman to reach "Phillip" and left the polling site disappointed and frustrated by the experience.

18. At no time did either the poll worker or her colleague offer me the option of voting by way of a provisional ballot before I left the polling station that day.

19. On the morning of October 17, 2018, I called the Fulton County voter registration office in an effort to find out how I could resolve the issue so that I could vote.

20. During the call, I was told that I had been identified as a potential non-citizen when I registered to vote because I had obtained a Georgia driver's

license as a non-citizen and the Georgia Department of Drivers Services records still identified me as a non-citizen, even though I subsequently became a naturalized citizen.

21. During the call, I was also given the name and telephone number of a woman by the name of "Pamela Coleman." I was told to provide this name and number to the polling station staff to call the next time I returned to the polling station to vote.

22. I subsequently returned to the same polling station on October 17, 2018 and joined the line to check-in with the poll worker.

23. I checked-in again with the same poll worker from the day before and once again produced my United States passport as proof of my identity and United States citizenship.

24. Once again, the poll worker directed me to speak with her female colleague across room to get authorization allowing me to vote.

25. This was the same woman who I had spoken with the day before and she informed me again that she would have to call to have my status changed from "pending" to "active" before I could vote.

26. I provided the woman with the name and phone number of "Pamela Coleman" per my conversation earlier that morning with the Fulton County registration office.

27. After the woman spoke with whom I presume was Pamela Coleman, she allowed me to complete the voter certificate and check-in process so that I could cast a regular ballot.

28. This process took approximately 10-15 minutes on October 17, 2018 before I was able to finally cast my first vote as a United States citizen.

29. This entire experience was unnecessarily time consuming, confusing and frustrating. Thankfully, my wife encouraged me to spend the time to call the Fulton County registration office and to return to vote a second time. I imagine that many "pending" voters would give up and not vote when faced with the same barriers I encountered when I tried to vote the first time as a United States citizen.

30. I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of October 2018 at Atlanta, Georgia.

_____
Yotam Oren