IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN P. KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | 1:18-cv-04727-ELR |

**O R D E R**

Upon consideration of the Plaintiffs' motion for leave to bring electronic equipment into the courthouse, and for good cause shown, the Court orders that the following attorneys or witnesses for the Plaintiffs may bring the specified electronic equipment to the hearing on the Plaintiffs' emergency motion for a preliminary injunction, which is scheduled for Monday, October 29, 2018, at 1:00 p.m. in Courtroom 1708 of the Atlanta Courthouse:

(1) Julie Houk: cell phone with camera and laptop computer;

(2) John Powers: cell phone with camera and laptop computer;

(3) Nicholas Marshall-Butler: cell phone with camera and laptop computer; and

(4) Stephanie Cho: cell phone with camera.

SO ORDERED this 29th day of October, 2018.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia