IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization; et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia, <br><br> Defendant. | Civil Action No. <br> 1:18-cv-04727-ELR |

## DECLARATION OF FRANCO CHEVALIER

Pursuant to 28 U.S.C. § 1746, I, Franco Jediael Chevalier, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am 29 years of age and am otherwise competent to testify.

3. I am a permanent resident of Gwinnett County, Georgia.

4. I have resided in Gwinnett County since 2009.

1

EXHIBIT 2

5. I am currently living at ███████████████████████████
   ███████.

6. My permanent residence and domicile for purposes of voter registration is
   ███████████████████████, GA 30043.

7. I have been registered to vote at this address since September 28, 2018.

8. I am a U.S. citizen and otherwise meet the qualifications for voting in Georgia.

9. I became a U.S. citizen on September 24, 2018 at a naturalization ceremony in Atlanta, Georgia. I am extremely proud to have become a citizen of the United States.

10. Immediately following the naturalization ceremony on September 24, 2018, I filled out a voter registration form. Volunteers assisting me with the voter registration process made a copy of my naturalization certificate and included that with my application.

11. In the middle of October of 2018, I received a text message from my sister, with a picture of a letter from the Gwinnett County Board of Registration and Elections ("BORE") letter dated October 9, 2018, which was sent to my ███████████ address.

12. A copy of that letter is appended as Exhibit A.

13. The letter stated that my voter registration application had been received and processed, but that my registration had been placed in pending status because information in the Department of Drivers Services database incorrectly indicated that I am not a United States citizen.

14. Upon receiving the letter, I became concerned about my voter registration status and whether or not I would be able to vote in the November 2018 election.

15. Later in October of 2018, I visited the Georgia Secretary of State's My Voter Page ("MVP") website, located at https://www.mvp.sos.ga.gov/, and looked up my registration status.

16. The website stated that my voter registration status was in "pending" status and I needed to contact Gwinnett County.

17. On or about October 22, 2018, I called the Gwinnett County BORE and explained that I had submitted my naturalization certificate with my voter registration form and that my application should not be held up due to my citizenship status.

18. The BORE employee stated that they did not have a copy of my naturalization certificate on file, and that I would need to submit documentary proof of citizenship again.

19. I told her I would fax them another copy of my naturalization certificate, and she told me that my registration status would update to active after it was received.

20. Shortly thereafter, I faxed a copy of my naturalization certificate to the Gwinnett County BORE.

21. Near the end of October, I again checked my registration status on the MVP website and found that my registration status was still in "pending" status.

22. The morning of November 2, 2018, I again called the Gwinnett County BORE and asked why my voter registration was still in pending status even though I had re-submitted my proof of citizenship.

23. The BORE employee stated that they had not received my proof of citizenship, and that I would need to submit it again. This time, we agreed that I would re-submit my proof of citizenship by email, which I did after confirming the correct email address with the BORE employee.

24. On November 2, 2018, while still on the same phone call with the BORE employee, I sent an email to voterregistration@gwinnettcounty.com with a copy of my naturalization certificate attached as a pdf.

25. A copy of that email is appended as Exhibit B.

4

26. The BORE employee told me on the call that everything would be taken care of because I had re-submitted my proof of citizenship once again. She promised to have an absentee ballot sent to my ▇ address via overnight mail.

27. On November 3, 2018, I received my absentee ballot at my ▇ ▇

28. I filled out my absentee ballot completely and entered all of the requested personal identifying information on both the inner and outer absentee ballot envelopes.

29. On November 5, 2018, I sent my absentee ballot via FedEx overnight mail to be hand-delivered to the Gwinnett County BORE office.

30. During the morning of November 6, 2018, I received a notification from FedEx stating that my absentee ballot had been hand delivered to the Gwinnett County BORE office, and signed for by "M. Tran."

31. A copy of that notification is appended as Exhibit C.

32. After receiving the notification, I called the BORE office to confirm that my ballot was counted. The employee said she could not find the November 2nd email with my naturalization certificate. After being placed on hold for fifteen minutes, the phone call was disconnected on the other end.

33. Shortly thereafter, I called the BORE office again and explained my issue, this time to a different employee from the previous call. While on the phone with the BORE employee, I again sent an email to the BORE containing my naturalization certificate.

34. A copy of that email is appended as Exhibit D.

35. The employee said she could see my email containing my naturalization certificate and that my voter registration status would be changed to active status, which would be reflected on the MVP website shortly thereafter.

36. I asked her if she could confirm that my absentee ballot had been received and she said she could not, because of the large number of ballots that had been received that day.

37. Later on November 6, 2018, I checked the MVP website, and saw that it had not been updated and that my voter registration status was still pending.

38. During the afternoon of November 6, 2018, I made multiple calls to the BORE office that went answered.

39. At approximately 6:30 PM on November 6, 2018, one of my calls to the BORE was finally answered. The BORE employee reassured me that if I submitted my proof of citizenship and returned my absentee ballot before the deadline that my vote would be counted.

40. She added that the MVP website takes 24 to 48 hours to update, and that I should check back the next day and it should be updated by then.
41. On November 7, 2018, I again checked the MVP website, and saw that it had not been updated and my registration status was still listed as "pending."
42. I forwarded one of my earlier emails containing my naturalization certificate to the BORE email address. My email stated that my registration status had not been updated and I asked if my absentee ballot would be counted.
43. I received a reply from Megan Krzak stating that they had not received my absentee ballot. After I sent a reply email stating that FedEx hand-delivered my absentee ballot on November 6, 2018, she replied that my registration status had been changed to active status, without referencing my ballot status. She later added that there was a problem with the MVP website and that she was not sure when it would be updated.
44. A copy of this email exchange is appended as an exhibit to this declaration.
45. On November 8, 2018, I checked the MVP website and saw that my voter registration status had been changed to "active," and that my absentee ballot had been received on November 6 but was being challenged on citizenship grounds.

7

46. On November 12, 2018, I again checked the MVP website and saw that my absentee ballot status was still being challenged on citizenship grounds.

47. A screenshot reflecting my attempt to verify my voter registration and absentee ballot status on November 12, 2018, is appended as Exhibit F.

48. I do not understand why my ballot is still apparently being challenged on citizenship grounds.

49. I am concerned that my ballot will not be counted.

50. I do not know what more I can do to ensure my ballot is counted.

51. Voting in this election was extremely important to me and I am extremely disappointed that I may be disenfranchised through no fault of my own.

52. I do not want to vote by absentee ballot in future elections because of my negative experience attempting to vote in this election.

53. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of November, 2018, in Del Ray Beach, Florida.

Franco Jediael Chevalier