IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>    Defendant. | Civil Action No.<br>1:18-cv-04727-ELR |

## DECLARATION OF FRANKLIN JAVIER VILORIA

Pursuant to 28 U.S.C. § 1746, I, Franklin Javier Viloria, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am 44 years of age. I am a resident of Gwinnett County, Georgia.

3. On September 11, 2014, I registered to vote in Georgia at an address in Duluth, Georgia. I lived in Duluth through 2016.

4. While I lived in Georgia between 2014 and 2016, no issue or problem arose with respect to my voter registration status, to my knowledge. I voted in the 2014 election without incident.

5. I lived in Alabama between 2016 and 2017, then moved back to the same

1

EXHIBIT 3

Duluth address where I had been previously registered.

6. I have lived at the same address in Duluth from 2017 through the present.

7. I updated my voter registration information in September of 2018, well in advance of the October 9th registration deadline for the November 2018 general election. A redacted printout of the registration information contained in the Georgia Secretary of State's My Voter Page is attached as Exhibit 1.

8. The Georgia Secretary of State's My Voter Page indicated that my registration was in "active" status as of October 26, 2018.

9. I received a call from a Gwinnett County elections official after I submitted my voter registration application. The election official told me that they had received my registration application and that I had the option of voting absentee simply by requesting that a ballot be mailed to me. There was no mention of any issues or problems regarding my registration status.

10. I proceeded to request an absentee ballot on or about October 3, 2018, which I received about a week later. I then completed my absentee ballot and sent it back to the Gwinnett County BORE about a week afterwards.

11. According to information contained on the Georgia Secretary of State's My Voter Page, which is appended as Exhibit 2, the Gwinnett County BORE received my absentee ballot on or about October 22, 2018 and indicated that it has been accepted.

12. On November 2, 2018, I opened my mailbox and found a letter from the Gwinnett County BORE. The letter was dated October 19, 2018, even though I actually received it roughly two weeks afterwards and I check my mail every day. That letter is attached as Exhibit 3.

13. The letter from the BORE says that my registration is in pending status because information on my registration application allegedly does not "exactly match" records maintained by the Social Security Administration. The letter also says that my application will be rejected if I do not complete the registration process by December of 2020.

14. I became concerned that my absentee ballot would not count because my registration been put on a pending status due to an exact match issue and that my registration would be canceled if I did not provide additional information, although I was – and am not currently – sure what information was missing.

15. I asked my son, who works for the Georgia Association of Latino Elected Officials (GALEO), for assistance with resolving the problem with my voter registration and absentee ballot.

16. Through my son, I contacted the Lawyers' Committee for Civil Rights Under Law and asked about the status of my absentee ballot.

17. My understanding is that my absentee ballot should be counted and that I should not need to take further steps with respect to my voter registration status.

18. Information contained on the Georgia My Voter Page website currently indicates that my absentee ballot has been received and has been "ACCEPTED". A printout of that page is appended as Exhibit 2.

19. However, I still feel nervous that my absentee ballot will not be counted due to the confusing letter that I received on Friday, November 2nd.

20. I am also concerned that my absentee ballot may not have been counted in the November 2018 general election if I had not sought legal assistance.

21. I was extremely frustrated that I had received a notification of pending status from the county with such short notice prior to election day, particularly because I had sent in my registration application weeks before the October 9th deadline. I wish I had been notified in a timely manner in advance of the election. I also feel like I was misled by the SoS website, which indicated that my voter status was active and that my ballot had been accepted. Even after receiving the pending status notification letter, My Voter Page displayed an active status and an accepted absentee ballot. Lastly, the Gwinnett County BORE employee who spoke with me did not indicate that there was an issue with my voter registration application.

22. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

22. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of November 2018, in Duluth, Georgia.

_____
Franklin Javier Viloria

# Exhibit 1



| Corporations | Elections | News Room | Professional Licensing Boards | Securities | Charities |

## My Voter Page

### Voter Information

FRANKLIN JAVIER VILORIA
30097
Race: Hispanic
Gender: Male    Status: Active
Registration Date: 09/11/2014

**Change Voter Information**

**Click Here for Sample Ballots**

### Polling Place for State, County, and Municipal Elections

DULUTH CITY HALL
3167 MAIN ST
DULUTH, GA, 30096 - 0000
*Election Day polling place hours are 7:00 am - 7:00 pm.*

**Directions to Polling Place**

**Click Here for Early Voting Locations and Times**
**Click Here for Municipal Polling Place**

**NOTE:** Non-specific rural addresses may not be available.

 Georgia Voter ID — Learn more about Georgia Voter Identification Requirements

 Stop Voter Fraud — Do Your Part to Help Ensure Secure and Fair Georgia Elections

### Absentee Ballot Request Information

If you prefer to vote off-site, mail or fax your absentee ballot application to your **county registrar.**

**Click Here for an Absentee Ballot Application**

**Click here for Absentee Ballot status**

### Your Elected Officials

| Candidates Elected: | Officials Elected Statewide |
| District Maps: | Congressional District Maps |
| U.S. Congress: | District 007 |
| Georgia Senate: | District 048 |
| Georgia House: | District 097 |

**Click Here for Qualified Candidates**

 Elections Division — Georgia Secretary of State's Elections Division

 Elections Advisory Council — Share Your Ideas to Help Strengthen Georgia Elections

 Georgia VoteSafe — Learn more about the Georgia VoteSafe Program

Check your Provisional Ballot Status

**Please Note:** Polling places are subject to change. Always check your designated polling place location via this website prior to going to vote.

Newly Registered Voters: Please review your registration date which is located under your name and address above. You must be registered on or before the established deadlines to vote in upcoming elections. Please view the *current election calendar* to confirm the first election in which you will be eligible to vote.

Back

Home  |  GA.gov Home

# Exhibit 2



Back

**Absentee Ballot Status**

Election Date : 11/06/2018

Election Name : NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION

Election Type : GENERAL

Absentee App request received : 10/03/2018

Absentee Ballot issued : 10/10/2018

Absentee Ballot received : 10/22/2018

Status : Accepted

Reason :

Back

# Exhibit 3



**Department of Community Services/Departamento de Servicios a la Comunidad**
**Voter Registration and Elections Division/División de Inscripción de Electores y Elecciones**

455 Grayson Highway, Suite 200 • Lawrenceville, GA 30046-6388
(mailing/correo postal) 75 Langley Drive • Lawrenceville, GA 30046-6935
(tel) 678.226.7210 • (fax) 678.226.7209



## IMPORTANT VOTER REGISTRATION INFORMATION FROM GWINNETT COUNTY

10.19.2018

FRANKLIN VILORIO

GA 30097



Dear Applicant:

The GWINNETT COUNTY BOARD OF REGISTRARS recently received your voter registration application.

The information you provided on your voter registration application is matched to information with the Social Security Administration (SSA) for verification purposes. This process is required by state and federal law.

Your information did not exactly match the records at SSA. Your application therefore remains in pending status. While in pending status, you are still able to vote by showing proper identification (ID) at your polling place, but you should immediately take the below steps to resolve this issue in order to improve your voting experience.

**IF YOU DO NOT FINALIZE YOUR APPLICATION AS DESCRIBED IN THIS LETTER BEFORE DECEMBER 25 2020, YOUR APPLICATION WILL BE REJECTED AND YOU WILL BE REQUIRED TO SUBMIT A NEW APPLICATION.**

You can finalize your application now by clearly printing the requested information below directly on this letter, signing this letter, and returning it to this office. We recommend that you also provide a copy (or image file, if you email it) of ANY one (1) of the six (6) forms of ID described on the second page in order to more quickly process your application. We will then try to match the new information you provide with the DDS and/or SSA databases to resolve your application.

**NOTE:** You must supply a Georgia driver's license number or an identification card number issued by the Georgia Department of Driver Services, if you have one. If you do not have a Georgia driver's license or identification card, you must supply the last four digits of your Social Security number. If you do not have a Social Security number, please write "None" in the boxes.

Please note that when providing the information below, it is important that you provide your full first name (i.e., Thomas rather than Tom) and full last name(s), including hyphenated or multiple last names. If your name contains a hyphen or other punctuation, please be sure to include that punctuation in the spaces below.

Personal information such as the month and day of your date of birth, driver's license number, and Social Security number is kept confidential and protected under state law. By providing correct information, you may avoid the possibility of a mismatch with other voter information within the statewide voter registration system. Your cooperation assures the accuracy of the registration process for all voters in Georgia.

Department of Community Services/Departamento de Servicios a la Comunidad
Voter Registration and Elections Division/División de Inscripción de Electores y Elecciones
455 Grayson Highway, Suite 200 • Lawrenceville, GA 30046-6388
(mailing/correo postal) 75 Langley Drive • Lawrenceville, GA 30046-6935
(tel) 678.226.7210 • (fax) 678.226.7209



PLEASE FILL IN BELOW:

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: _____
FULL FIRST NAME: _____
FULL LAST NAME: _____
DATE OF BIRTH: _____
GEORGIA DRIVER'S LICENSE OR GEORGIA IDENTIFICATION CARD NUMBER: _____

_____  _____  _____
Date                        Signature of Applicant                   Signature of Person Assisting Illiterate or Disable Applicant (if applicable)

You may return the required information by personal delivery, mail, email as an attachment, or facsimile to the following address, fax or email addresses:

**GWINNETT COUNTY VOTER REGISTRATION**
**75 LANGLEY DRIVE**
**LAWRENCEVILLE GA 30046**
678 - 226 - 7210 (Phone)
678 - 226 - 7208 (Fax)
VOTERREGISTRATION@GWINNETTCOUNTY.COM

While your application is in pending status, you are still able to vote by absentee ballot, during early voting, or on Election Day if you show a form of ID listed below when you go to vote or when you request an absentee ballot:

1. A Georgia driver's license (including an expired Georgia driver's license);
2. Any valid state or federal government issued photo ID, including:
    a. free Georgia voter identification card issued by your county's registrars;
    b. Georgia State ID issued by the Georgia Department of Driver Services (DDS);
    c. valid student ID card issued by a Georgia public college, university or technical school;
    d. A valid out-of-state driver's license;
    e. public transit issued photo ID card; and
    f. any other federal or state agency or government issued photo ID card.
3. A valid United States passport;
4. A valid employee photo identification card issued by any branch, department, agency, or entity of the United States government, this state, or any county, municipality, board, authority, or other entity of this state;
5. A valid United States military photo identification card; or,
6. A valid tribal photo identification card.

Once yon show ANY one (1) of the six (6) IDs listed above at your polling place or early voting site, cast a ballot and receive credit for voting, your application will be changed from pending to active status.

Your Polling Place is:
**Duluth City Hall**
**3167 Main Street NW**
**Duluth GA 30096**

Thank you for your interest in voting and elections in Georgia.

Sincerely,

GWINNETT COUNTY BOARD OF REGISTRARS