# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., et. Al.<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSBERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | Civil Action No.<br>1:18-cv-04727-ER |

**ORDER GRANTING**

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

This matter is before the Court on Plaintiffs' Consent Motion to Modify the Scheduling Order [Doc 36] by extending the deadlines set forth therein by a period of 45 days due to recent changes in Georgia law impacting voter registration verification, which is an issue central to this litigation, and to provide the parties additional time to consider the impact of these changes on this litigation moving forward.

1

Having read and considered the motion, it is hereby GRANTED. The deadlines set forth in the Scheduling Order are hereby modified as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures (reports) | June 17, 2019 |
| Defendant's Expert Disclosures (reports) | July 17, 2019 |
| Plaintiffs' Rebuttal Expert Disclosures (reports) | August 1, 2019 |
| Close of Discovery | September 3, 2109 |
| Dispositive Motions (filed) | October 3, 2019 |
| Dispositive Motions (response) | October 24, 2019 |
| Dispositive Motions (reply) | November 7, 2019 |
| Last Day for Daubert Motions | On last day to submit pretrial Order |
| Last Day to submit pretrial Order | 30 days after entry of the Court's ruling on summary judgment |
| Trial | Prior to April 21, 2020 when Defendant will begin cancelling voter registration forms pursuant to the 26-month cancellation deadline set forth in HB 268 unless the implementation of HB 316 shortens this time frame. |

IT IS SO ORDERED, this 1st day of May, 2019.

_Eleanor L. Ross_
THE HONORABLE ELEANOR ROSS
UNITED STATES DISTRICT COURT JUDGE