IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., et. Al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSBERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>　　　　Defendant. | Civil Action No.<br>1:18-cv-04727-ER |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs, with the consent of Defendant, do hereby move the Court for an Order modifying the Scheduling Order [Doc 49] to extend the deadlines set forth therein by a period of 120 days to accommodate the parties' continuation of good-faith settlement negotiations, which have been ongoing since the passage of Georgia House Bill 316. *See* Consent Motion to Modify Scheduling Order, Doc. 48; H.B. 316, Doc. 48-1.

In addition to the ongoing settlement discussions, counsel for the parties have been meeting and conferring about the impact of H.B. 316 on

1

the parties' claims and defenses, expert witness reports, discovery and other aspects of this litigation going forward.  Defendant has represented to Plaintiffs' counsel that the "26 month clock" has been reset so that the earliest that any applicant can be rejected due to the matching process is September of 2021.  For these reasons, and to accommodate future discussions, the parties are jointly requesting that the current deadlines in the Scheduling Order [Doc 49] be extended by 120 days as set forth in the chart below:

| | |
|---|---|
| Plaintiffs' Expert Disclosures (reports) | November 6, 2019 |
| Defendant's Expert Disclosures (reports) | December 6, 2019 |
| Plaintiffs' Rebuttal Expert Disclosures (reports) | December 20, 2019 |
| Close of Discovery | January 29, 2020 |
| Dispositive Motions (filed) | February 28, 2020 |
| Dispositive Motions (response) | March 20, 2020 |
| Dispositive Motions (reply) | April 3, 2020 |
| Last Day for Daubert Motions | On last day to submit pretrial Order |
| Last Day to submit pretrial Order | 30 days after entry of the Court's ruling on summary judgment |
| Trial readiness | Summer of 2020 |

This is the second motion seeking a modification of the Scheduling Order.  Plaintiffs respectfully submit that, given the ongoing settlement

negotiations and the resetting of the 26 month clock, the extension of the deadlines set forth herein is reasonable under the circumstances.

Respectfully submitted this 29th day of August, 2019.

<div style="margin-left:2em">

s/ Bryan L. Sells
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan Sells, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

Jon Greenbaum*
Ezra D. Rosenberg*
Julie Houk*
John Powers*
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 662-8600
Facsimile:   (202) 783-0857

Vilia Hayes*
Gregory Farrell*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone:  (212) 837-6000
Facsimile:   (212) 422-4726

</div>

Danielle Lang*
Mark Gaber*
J. Gerald Hebert*
dlang@campaignlegalcenter.org
MGaber@campaignlegalcenter.org
GHebert@campaignlegalcenter.org
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC  20005
Telephone:   (202) 736-2200
Facsimile:    (202) 736-2222

Phi Nguyen
Georgia Bar No. 578019
Asian Americans Advancing Justice – Atlanta
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
pnguyen@advancingjustice-atlanta.org
Telephone: (770) 818-6147

*Admitted pro hac vice

Counsel for Plaintiffs

## CERTIFICATE OF COMPLIANCE AND OF SERVICE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing CONSENT MOTION TO MODIFY SCHEDULING ORDER has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C), and that I provided notice and a copy of the foregoing using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

Respectfully submitted this 29th day of August, 2019,

<u>s/ Bryan L. Sells</u>
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan Sells, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

*Counsel for Plaintiffs*