IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., et. Al.<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSBERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | Civil Action No.<br>1:18-cv-04727-ER |

**ORDER GRANTING CONSENT MOTION
TO MODIFY SCHEDULING ORDER**

This matter is before the Court on the Plaintiffs' Consent Motion to Modify the Scheduling Order [Doc 49] by extending the deadlines set forth therein by a period of 120 days to accommodate the parties' continuation of good-faith settlement negotiations, which have been ongoing since the passage of Georgia House Bill 316. *See* Consent Motion to Modify Scheduling Order, Doc. 48; H.B. 316, Doc. 48-1.

1

Having read and considered the motion, and for good cause, it is hereby ordered that the motion is GRANTED. The deadlines set forth in the Scheduling Order are hereby modified as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures (reports) | November 6, 2019 |
| Defendant's Expert Disclosures (reports) | December 6, 2019 |
| Plaintiffs' Rebuttal Expert Disclosures (reports) | December 20, 2019 |
| Close of Discovery | January 29, 2020 |
| Dispositive Motions (filed) | February 28, 2020 |
| Dispositive Motions (response) | March 20, 2020 |
| Dispositive Motions (reply) | April 3, 2020 |
| Last Day for Daubert Motions | On last day to submit pretrial Order |
| Last Day to submit pretrial Order | 30 days after entry of the Court's ruling on summary judgment |
| Trial readiness | Summer of 2020 |

IT IS SO ORDERED, this ___4th___ day of __September__ 2019

_____
THE HONORABLE ELEANOR ROSS
UNITED STATES DISTRICT JUDGE