IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., et. Al.<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | Civil Action No.<br>1:18-cv-04727-ER |

**ORDER GRANTING**

**MOTION TO MODIFY SCHEDULING ORDER**

This matter is before the Court on Plaintiffs' Third Consent Motion to Modify the Scheduling Order [Doc. 54]. The parties request an extension of the deadlines set forth in the Court's Order entered September 4, 2019 [Doc. 53], by a period of 45 days to accommodate the parties' continuation of good-faith settlement negotiations, which have been ongoing since the passage of Georgia House Bill 316. *See* Consent Motions to Modify Scheduling Order, Doc. 48; H.B. 316, Doc. 48-1; and Doc. 53.

1

Having read and considered the motion, it is hereby GRANTED. The deadlines set forth in the Scheduling Order [Doc 53] are hereby modified as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures (reports) | December 23, 2019 |
| Defendant's Expert Disclosures (reports) | January 20, 2020 |
| Plaintiffs' Rebuttal Expert Disclosures (reports) | February 3, 2020 |
| Close of Discovery | March 16, 2020 |
| Dispositive Motions (filed) | April 13, 2020 |
| Dispositive Motions (response) | May 4, 2020 |
| Dispositive Motions (reply) | May 18, 2020 |
| Last Day for Daubert Motions | On last day to submit pretrial Order |
| Last Day to submit pretrial Order | 30 days after entry of the Court's ruling on summary judgment |
| Trial readiness | Summer of 2020 |

IT IS SO ORDERED, this 7th day of November, 2019.

THE HONORABLE ELEANOR ROSS
UNITED STATES DISTRICT COURT JUDGE