FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 23 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., et. Al. <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, <br><br> Defendant. | Civil Action No. <br> 1:18-cv-04727-ER |

ORDER GRANTING
CONSENT MOTION TO EXTEND THE DEADLINE FOR
THE FILING OF DEFENDANT'S RESPONSIVE
PLEADING TO THE SECOND AMENDED COMPLAINT
AND TO MODIFY THE SCHEDULING ORDER

This matter is before the Court on the parties' consent motions [Doc. 56] to extend the deadline for the filing of Defendant Brad Raffensperger's responsive pleading to the Plaintiffs' Second Amended Complaint from 14 days to 30 days and to modify the Scheduling Order [Doc. 55].

1

The parties by consent are moving the Court for an Order to modify the Scheduling Order [Doc. 55] to provide the parties with additional time to complete discovery and expert witness analysis with respect to Plaintiffs' Second Amended Complaint and to accommodate the parties' good-faith settlement negotiations, which have been ongoing since the passage of Georgia House Bill 316. *See* Consent Motions to Modify Scheduling Order, Doc. 48; H.B. 316, Doc. 48-1; Doc. 53 and Doc. 54.

Having read and considered the motions, they are hereby GRANTED.

Defendant Brad Raffensperger, who has consented to the filing of Plaintiffs' Second Amended Complaint, shall have up to thirty (30) days from the filing of Plaintiffs' Second Amended Complaint to file his responsive pleading.

The deadlines set forth in the Scheduling Order [Doc 55] are also hereby modified as follows:

| Plaintiffs' Expert Disclosures (reports) | March 13, 2020 |
| --- | --- |
| Defendant's Expert Disclosures (reports) | April 13, 2020 |
| Plaintiffs' Rebuttal Expert Disclosures (reports) | April 27, 2020 |

| Close of Discovery | May 22, 2020 |
| --- | --- |
| Dispositive Motions (filed) | June 12, 2020 |
| Dispositive Motions (response) | July 3, 2020 |
| Dispositive Motions (reply) | July 17, 2020 |
| Last Day for Daubert Motions | On last day to submit pretrial Order |
| Last Day to submit pretrial Order | 30 days after entry of the Court's ruling on summary judgment |
| Trial readiness | Summer/Early Fall 2020 |

IT IS SO ORDERED, this 23rd day of December, 2019.

_____
THE HONORABLE ELEANOR ROSS
UNITED STATES DISTRICT COURT JUDGE