# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, <br><br> Defendant. | Civil Action <br> Case No. 1:18-cv-04727-ELR |

## SECOND NOTICE OF 30(b)(6) DEPOSITION

To:   Bryan Tyson
      Loree Anne Paradise
      Diane Festin LaRoss
      Bryan Jacoutot
      Taylor English Duma LLP
      1600 Parkwood Circle, Suite 200
      Atlanta, GA 30339

PLEASE TAKE NOTICE that Plaintiffs Georgia Coalition for the Peoples' Agenda, Inc., Asian Americans Advancing Justice-Atlanta, Inc., Georgia State Conference of the NAACP, New Georgia Project, Inc., Georgia Association of Latino Elected Officials, Inc., ProGeorgia State Table, Inc., The Joseph and Evelyn

1

Lowery Institute for Justice and Human Rights, Inc., and Common Cause will take the deposition of Defendant Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, or his designee pursuant to Federal Rule of Civil Procedure 30(b)(6), on Friday, April 30, 2021, beginning at 9 a.m. and continuing thereafter until completed via videoconferencing through Gregory Edwards Worldwide Court reporting.  Details regarding the videoconferencing will be emailed to those participating once all arrangements are finalized.

The deposition shall be taken before an officer authorized by law to administer oaths and take testimony and will be recorded by video and/or stenographic means.  The deposition will be taken for the purposes of cross-examination, discovery, and for all other purposes permitted under the Federal Rules of Civil Procedure or any other applicable law.

Please note, under Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Organization must designate one or more officers, directors, managing agents, or other appropriate persons who consent to testify on behalf of the organization.  The Person(s) must be ready to testify about the information known or reasonably available to the Organization regarding the topics listed in Exhibit A, attached hereto.

Respectfully submitted this 22nd day of April, 2021.

/s/ Bryan L. Sells
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan Sells, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

/s/ John Powers
Jon Greenbaum*
Ezra D. Rosenberg*
Julie Houk*
John Powers*
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 662-8600
Facsimile:    (202) 783-0857

Vilia Hayes*
Gregory Farrell*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone:  (212) 837-6000
Facsimile:    (212) 422-4726

Danielle Lang*
Mark Gaber*
J. Gerald Hebert*
dlang@campaignlegalcenter.org
MGaber@campaignlegalcenter.org
GHebert@campaignlegalcenter.org
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC  20005
Telephone:  (202) 736-2200
Facsimile:    (202) 736-2222

Phi Nguyen
Georgia Bar No. 578019
Asian Americans Advancing Justice – Atlanta
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
pnguyen@advancingjustice-atlanta.org
Telephone: (770) 818-6147

*Admitted pro hac vice

Counsel for Plaintiffs

# **<u>EXHIBIT A</u>**

## **DEFINITIONS AND INSTRUCTIONS**

1.     In the Deposition Topics below, references to the singular shall include the plural and references to the plural shall include the singular; the conjunctive shall include the disjunctive and the disjunctive shall include the conjunctive; and the past tense shall include the present tense and *vice versa*.

2.     Unless specified otherwise, each of the Deposition Topics below shall be construed to apply to the time period from January 1, 2017, to the present.

3.     The terms defined below and the individual Deposition Topics should be construed broadly to the fullest extent of their meaning.

4.     Each of the Deposition Topics should be construed independently and no other Topic shall be referred to or relied on for the purpose of limiting the scope of any Topic.

5.     The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

6.     The term "concerning" means relating to, referring to, describing, evidencing or constituting.

7.     "DDS" means the Georgia Department of Driver Services.

8.     The term "person" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

9. The term "Georgia Secretary of State" includes the Georgia Secretary of State and any of the employees, staff, agents, contractors, assigns, designees, representatives, or other individuals who have worked or are working on behalf of the Georgia Secretary of State.

## DEPOSITION TOPICS FOR 30(B)(6) DEPOSITION

Pursuant to Fed. R. Civ. P. 30(b)(6), Defendant shall produce persons to give sworn testimony on all information known or reasonably available to persons in Defendant's office concerning the following matters:

1. The Georgia Secretary of State's processes, procedures, communications, and role with respect to verifying the citizenship of voter registration applicants, including, but not limited to, the matching of information provided by voter registration applicants with the applicants' information on file with DDS or other agencies.

2. Proposed legislative changes to Georgia's citizenship verification procedures considered or reviewed by the Georgia Secretary of State since January 1, 2017.

3. The role of Georgia county registrars, county election officials or poll workers, or county boards of elections, including their respective staffs, agents or representatives, with respect to verifying the citizenship of voter registration applicants.

4.   The role of DDS or other agencies with respect to verifying the citizenship of voter registration applicants in Georgia.

5.   The role of the United States Customs and Immigration Services ("USCIS") with respect to verifying the citizenship of voter registration applicants or providing citizenship information to the Secretary of State.

6.   The Georgia Secretary of State's authority to delay and deny voter registration to Georgians who are United States citizens for alleged non-United States citizenship based upon DDS limited term driver's license data that is not updated to reflect the current citizenship status of those voter registration applicants.

7.   The training and guidance provided by the Georgia Secretary of State to other governmental agencies, county registrars, county election officials, poll managers and poll workers, related to verifying the citizenship of voter registration applicants and the appearance of voters who are in "pending" status due to a citizenship flag at a polling place.

8.   The information technology, algorithms, matching criteria, and databases used to implement the computerized database matching process used to verify the citizenship of voter registration applicants.

9.   The vendors that supply, service, configure and update the technology employed to verify the citizenship of Georgia's voter registration applicants.

10. The procedures established by the Georgia Secretary of State for processing voter registration applications that include a photocopy of the applicant's naturalization certificate.

11. Evidence concerning any person who is not a citizen of the United States who has registered to vote, attempted to register to vote, or voted in Georgia, including, without limitation, any such person identified by Georgia's citizenship verification procedures.

12. The mechanics and the accuracy of the algorithms used to match the citizenship information provided by voter registration applicants with the applicants' citizenship information on file with DDS and other agencies.

13. Any investigations, analyses, studies, or assessments of the efficacy or the accuracy of the citizenship verification database matching protocol.

14. Spreadsheets in the possession of the Georgia Secretary of State, including those produced in discovery in this action, identifying voter registration applicants whose applications were placed into pending status, cancelled or rejected as a result of Georgia's citizenship verification procedures, and the meaning of the codes or abbreviations contained in the spreadsheets since January 1, 2018.

15. The number of Georgians who were United States citizens at the time they submitted applications to register to vote in Georgia, but whose active voter

registration status was delayed until they produced documentary proof of citizenship.

16. A description of the steps taken by the Georgia Secretary of State to implement the Order issued by the Court in this case on November 2, 2018.

17. Communications with voters regarding the verification of voter registration applicants' citizenship information, including any complaints, concerns, objections, or other feedback from voters or members of the public, and any response to said complaints, concerns or objections by the Georgia Secretary of State or his staff.

18. Investigations by or on behalf of the Georgia Secretary of State into any and all complaints or feedback from voters or any other third parties regarding the verification of voter registration applicants' citizenship information.

## **CERTIFICATE OF SERVICE**

I certify that on the 22nd day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                        By:    */s/ John Powers*
                                 John Powers*
                                 Lawyers' Committee for Civil Rights Under Law
                                 1500 K Street NW, Suite 900
                                 Washington, D.C. 20005
                                 Telephone:   (202) 662-8600
                                 Facsimile:   (202) 783-0857
                                 jpowers@lawyerscommittee.org

                                 *Counsel for Plaintiffs*