IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia <br><br> *Defendant*. | CIVIL ACTION <br><br> FILE NO. 1:18-CV-04727-ER |

**STIPULATION OF PLAINTIFFS GEORGIA STATE CONFERENCE OF THE NAACP, THE JOSEPH AND EVELYN LOWERY INSTITUTE FOR JUSTICE AND HUMAN RIGHTS AND DEFENDANT BRAD RAFFENSPERGER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Georgia State Conference of the NAACP, the Joseph and Evelyn Lowery Institute for Justice and Civil Rights, and Defendant Brad Raffensperger ("the Stipulating Parties"), through the undersigned counsel, agree and stipulate to the voluntary dismissal of Plaintiffs Georgia State Conference of the NAACP, the Joseph and Evelyn Lowery Institute for Justice and Human Rights from the above-captioned action. The Stipulating Parties have agreed that they shall each bear their own

1

respective attorneys' fees, expenses, and costs. This Stipulation is not intended to apply to the claims of the remaining Plaintiffs, nor to the Defendant's defenses to the claims of the remaining Plaintiffs.

A proposed Order is attached. The Stipulating Parties appreciate the Court's consideration of this Stipulation.

Respectfully submitted this 23rd day of April, 2021.

| | |
|---|---|
| Christopher M. Carr<br>Attorney General<br>GA Bar No. 112505<br>Bryan K. Webb<br>Deputy Attorney General<br>GA Bar No. 743580<br>Russell D. Willard<br>Senior Assistant Attorney General<br>GA Bar No. 760280<br>State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br><br>*/s/ Bryan P. Tyson*<br>Bryan P. Tyson<br>Special Assistant Attorney General<br>Georgia Bar No. 515411<br>btyson@taylorenglish.com<br>Bryan F. Jacoutot<br>Georgia Bar No. 668272<br>bjacoutot@taylorenglish.com<br>Diane Festin LaRoss<br>Georgia Bar No. 430830<br>dlaross@taylorenglish.com<br>Loree Anne Paradise<br>Georgia Bar No. 382202 | */s/ Bryan L. Sells*<br>Bryan L. Sells<br>Georgia Bar No. 635562<br>The Law Office of Bryan Sells, LLC<br>PO Box 5493<br>Atlanta, Georgia 31107<br>Tel: (404) 480-4212<br>Email: bryan@bryansellslaw.com<br><br>*/s/ Julie Houk*<br>Jon Greenbaum*<br>Ezra D. Rosenberg*<br>Julie Houk*<br>John Powers*<br>jgreenbaum@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org<br>jhouk@lawyerscommittee.org<br>jpowers@lawyerscommittee.org<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone:     (202) 662-8600<br>Facsimile:   (202) 783-0857<br><br>Vilia Hayes* |

2

lparadise@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for Defendant Secretary of State Brad Raffensperger.*

Gregory Farrell*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone:  (212) 837-6000
Facsimile:   (212) 422-4726

Danielle Lang*
Mark Gaber*
J. Gerald Hebert*
dlang@campaignlegalcenter.org
MGaber@campaignlegalcenter.org
GHebert@campaignlegalcenter.org
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC  20005
Telephone:  (202) 736-2200
Facsimile:   (202) 736-2222

Phi Nguyen
Georgia Bar No. 578019
Asian Americans Advancing Justice – Atlanta
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
pnguyen@advancingjustice-atlanta.org
Telephone: (770) 818-6147

*Admitted pro hac vice

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Joint Stipulation of Plaintiffs Georgia State Conference of the NAACP and Joseph and Evelyn Lowery Institute for Justice and Human Rights and Defendant Brad Raffensperger for Voluntary Dismissal with Prejudice has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan L. Sells*
Bryan L. Sells