IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia<br><br>*Defendant*. | CIVIL ACTION<br><br>FILE NO. 1:18-CV-04727-ER |

### [PROPOSED ORDER GRANTING] STIPULATION OF PLAINTIFFS GEORGIA STATE CONFERENCE OF THE NAACP, JOSEPH AND EVELYN LOWERY INSTITUTE FOR JUSTICE AND HUMAN RIGHTS AND DEFENDANT BRAD RAFFENSPERGER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Stipulation of Plaintiffs Georgia State Conference of the NAACP, the Joseph and Evelyn Lowery Institute for Justice and Human Rights and Defendant Brad Raffensperger for Voluntary Dismissal with Prejudice and upon consideration thereof and for good cause shown,

IT IS HEREBY ORDERED that said Stipulation of Plaintiffs Georgia State Conference of the NAACP, the Joseph and Evelyn Lowery Institute for Justice and

Human Rights and Defendant Brad Raffensperger for Voluntary Dismissal is GRANTED.

The Court orders that all claims of Plaintiffs Georgia State Conference of the NAACP and the Joseph and Evelyn Lowery Institute for Justice and Human Rights *only* shall be dismissed with prejudice, with Plaintiffs Georgia State Conference of the NAACP, the Joseph, Evelyn Lowery Institute for Justice and Human Rights, and Defendant Raffensperger to bear their own respective attorneys' fees, expenses, and costs. This Order does not apply to the claims of the remaining Plaintiffs, nor to the Defendant's defenses to the claims of the remaining Plaintiffs.

IT IS SO ORDERED.

ENTERED this _____ day of April, 2021.

                                                   _____
                                                   Eleanor L. Ross
                                                   United States District Judge