IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., *as an organization*, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:18-CV-04727-ELR |
| BRAD RAFFENSPERGER, *in his official capacity as Secretary of State for the State of Georgia*, | * * * * | |
| Defendant. | * * | |

_____

**O R D E R**
_____

Presently before the Court is the Parties' "Joint Motion for Extension of Time to Conduct Discovery." [Doc. 111]. By their instant motion, the Parties request an extension of all remaining deadlines in this case due to an unexpected delay in conducting "the 30(b)(6) deposition of the Secretary of State's office[.]"[1] [Id. at 2].

Upon consideration, the Court **GRANTS IN PART AND DENIES IN PART** the Parties' present motion. [Doc. 111]. While the Court will not adopt the

---

[1] The aforementioned deposition was scheduled to take place the week of April 12, 2021, but "[d]ue to a medical emergency," the deposition did not occur until April 30, 2021. [Docs. 107 at 2; 111 at 2].

Parties' proposed timeline, the Court hereby modifies the deadlines in this matter as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures (reports) | May 28, 2021 |
| Defendant's Expert Disclosures (reports) | June 28, 2021 |
| Plaintiffs' Rebuttal Expert Disclosures (reports) | July 12, 2021 |
| Close of Discovery | August 6, 2021 |
| Dispositive Motions (filed) | September 8, 2021 |
| Dispositive Motions (response) | October 6, 2021 |
| Dispositive Motions (reply) | October 20, 2021 |
| Last Day for Daubert Motions | On last day to submit Consolidated Pretrial Order |
| Last Day to Submit a Consolidated Pretrial Order | Thirty (30) days after entry of the Court's ruling on summary judgment |
| Trial readiness | Winter 2022 |

Finally, the Parties state that they "do not anticipate that further extensions will be required" in this matter. [Id. at 2]. In light of this representation by the Parties—and moreover, considering the multiple extensions the Parties have

received since the entry of the original Scheduling Order—the undersigned is not inclined to grant any further extensions in this matter. [See Docs. 36, 49, 53, 55, 58, 68, 76, 78, 89, 96, 103, 108].

**SO ORDERED**, this 13th day of May, 2021.

*/s/ Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia