## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

GEORGIA COALITION FOR
THE PEOPLE'S AGENDA, INC., *et al.*,

     *Plaintiffs*,

v.

BRAD RAFFENSPERGER, in his
official capacity as Secretary of State
for the State of Georgia

     *Defendant*.

CIVIL ACTION

FILE NO. 1:18-CV-04727-ER

## PLAINTIFFS' INITIAL EXPERT DISCLOSURES AND CERTIFICATE OF SERVICE

In accordance with the Court's May 13, 2021 Scheduling Order (ECF No. 112), and consistent with their obligations pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiffs hereby certify that they served written reports from the following expert witnesses upon Defendant's counsel by email on May 28, 2021:

1. Dr. Michael P. McDonald:  Dr. McDonald is a Professor of Political Science at the University of Florida.  He holds a PhD in Political Science from the University of California, San Diego.  He received his undergraduate degree

1

from the California Institute of Technology.  Dr. McDonald previously

provided expert testimony in this case by written declaration on October 19,

2018.  *See* ECF No. 17-11.  Dr. McDonald is expected to testify about the

impact of the Georgia citizenship verification database matching process on

Georgia voters and on the administration of elections in Georgia.

2. Dr. Peyton McCrary:  Dr. McCrary is a Professorial Lecturer in Law at The

George Washington University Law School.  He holds a PhD in history from

Princeton University.  He received his undergraduate degree and an MA

from the University of Virginia.  He served as a historian in the Voting

Section of the Civil Rights Division of the U.S. Department of Justice from

1990 until 2016.  Dr. McCrary is expected to testify about the interaction

between the Georgia citizenship verification database matching process and

other voting procedures and other measures proposed, adopted, and

implemented in Georgia that have placed discriminatory burdens on

minority voters – and other conditions impacting Georgia voters and

elections – as well as the tenuousness of the policy underlying Georgia's use

of the citizenship verification database matching process.

The expert reports included and were accompanied by biographical information,

curriculum vitae, and complete statements of all of the opinions the witnesses will

express and the bases therefore; the facts or data that the experts have considered in forming their opinions; the qualifications of the witnesses (including a list of publications authored in the previous ten years); lists of cases in which the witnesses have testified in the previous four years; and statements of the compensation the experts have received in connection with their services in this case.

Plaintiffs reserve the right to supplement this list with additional experts in response to Defendants' disclosure of expert witnesses.

Respectfully submitted this 1st day of June, 2021.

*/s/ Bryan L. Sells*
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan Sells, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

*/s/ John Powers*
Jon Greenbaum*
Ezra D. Rosenberg*
Julie Houk*
John Powers*
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights
Under Law

1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes*
Gregory Farrell*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Danielle Lang*
Mark Gaber*
J. Gerald Hebert*
dlang@campaignlegalcenter.org
MGaber@campaignlegalcenter.org
GHebert@campaignlegalcenter.org
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC  20005
Telephone: (202) 736-2200
Facsimile: (202) 736-2222

Phi Nguyen
Georgia Bar No. 578019
Asian Americans Advancing Justice –
Atlanta
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
pnguyen@advancingjustice-
atlanta.org
Telephone: (770) 818-6147

*Admitted pro hac vice*

*Counsel for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B), and that the foregoing was electronically with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

_/s/ Bryan L. Sells_
Bryan L. Sells