# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia,<br><br>　　　　Defendant. | Civil Action<br>Case No. 1:18-cv-04727-ELR |

## NOTICE OF 30(b)(6) DEPOSITION

To:  Melanie Wilson
     Gwinnett County Department of Law
     75 Langley Dr.
     Lawrenceville, GA 30046-6935

　　　Bryan P. Tyson
　　　Loree Anne Paradise
　　　Bryan Francis Jacoutot
　　　Diane Festin LaRoss
　　　Taylor English Duma LLP
　　　1600 Parkwood Circle, Suite 200
　　　Atlanta, GA 30339

　　　Cristina Correia
　　　Georgia Department of Law
　　　40 Capitol Square SW
　　　Atlanta, GA 30334

1

PLEASE TAKE NOTICE that Plaintiffs Georgia Coalition for the Peoples' Agenda, Inc., Asian Americans Advancing Justice-Atlanta, Inc., New Georgia Project, Inc., Georgia Association of Latino Elected Officials, Inc., ProGeorgia State Table, Inc., and Common Cause will take the deposition of the designated representatives of the Gwinnett County Board of Registrations and Elections ("Organization") on Thursday, July 1, 2021, beginning at 10:00 a.m. and continuing thereafter until completed via videoconferencing through Gregory Edwards Worldwide Court reporting. Details regarding the videoconferencing will be emailed to those participating once all arrangements are finalized.

The deposition shall be taken before an officer authorized by law to administer oaths and take testimony and will be recorded by video and/or stenographic means. The deposition will be taken for the purposes of cross-examination, discovery, and for all other purposes permitted under the Federal Rules of Civil Procedure or any other applicable law.

Please note, under Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Organization must designate one or more officers, directors, managing agents, or other appropriate persons who consent to testify on behalf of the organization. The Person(s) must be ready to testify about the information known or reasonably

available to the Organization regarding the topics listed in Exhibit A, attached hereto.

Respectfully submitted this 10th day of June, 2021.

| | |
|---|---|
| */s/ Bryan L. Sells*<br>Bryan L. Sells<br>Georgia Bar No. 635562<br>The Law Office of Bryan Sells, LLC<br>PO Box 5493<br>Atlanta, Georgia 31107<br>Tel: (404) 480-4212<br>Email: bryan@bryansellslaw.com<br><br>*/s/ John Powers*<br>Jon Greenbaum*<br>Ezra D. Rosenberg*<br>Julie Houk*<br>John Powers*<br>jgreenbaum@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org<br>jhouk@lawyerscommittee.org<br>jpowers@lawyerscommittee.org<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone:  (202) 662-8600<br>Facsimile:    (202) 783-0857 | Vilia Hayes*<br>Gregory Farrell*<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone:  (212) 837-6000<br>Facsimile:    (212) 422-4726<br><br>Danielle Lang*<br>Mark Gaber*<br>J. Gerald Hebert*<br>dlang@campaignlegalcenter.org<br>MGaber@campaignlegalcenter.org<br>GHebert@campaignlegalcenter.org<br>Campaign Legal Center<br>1411 K Street NW, Suite 1400<br>Washington, DC  20005<br>Telephone:  (202) 736-2200<br>Facsimile:    (202) 736-2222<br><br>Phi Nguyen<br>Georgia Bar No. 578019<br>Asian Americans Advancing Justice – Atlanta<br>5680 Oakbrook Parkway, Suite 148<br>Norcross, Georgia 30093<br>pnguyen@advancingjustice-atlanta.org<br>Telephone: (770) 818-6147<br><br>*Admitted pro hac vice*<br>*Counsel for Plaintiffs* |

# CERTIFICATE OF SERVICE

I certify that on the 10th day of June, 2021, I electronically filed the foregoing and the following exhibit with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>By: */s/ Phi Nguyen*
>Phi Nguyen
>Georgia Bar No. 578019
>Asian Americans Advancing Justice – Atlanta
>5680 Oakbrook Parkway, Suite 148
>Norcross, Georgia 30093
>pnguyen@advancingjustice-atlanta.org
>Telephone: (770) 818-6147
>
>*Counsel for Plaintiffs*

# EXHIBIT A
# 30(b)(6) Topics

## DEFINITIONS AND INSTRUCTIONS

1. Pursuant to Fed. R. Civ. P. 30(b)(6), the Gwinnett County Board of Registrations and Elections is required to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf; and it may set out the matters on which each person designated will testify.  The persons designated must testify about information known or reasonably available to the Gwinnett County Board of Registrations and Elections concerning the Deposition Topics set forth below.

2. In the below Deposition Topics, references to the singular shall include the plural and references to the plural shall include the singular; the conjunctive shall include the disjunctive and the disjunctive shall include the conjunctive; and the past tense shall include the present tense and *vice versa*.

3. The terms defined below and the individual Deposition Topics should be construed broadly to the fullest extent of their meaning.

4. Each of the Deposition Topics should be construed independently and no other Topic shall be referred to or relied on for the purpose of limiting the scope of any Topic.

5. The term "communication" means the transmittal of information in the form of facts, ideas, inquiries or otherwise.

6. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

7. "You" or "your" means the Gwinnett County Board of Registrations and Elections and any of its members, employees, agents, representatives, or attorneys.

8. "DDS" means the Georgia Department of Driver Services.

9. The term "person" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

## DEPOSITION TOPICS FOR 30(B)(6) DEPOSITION

1. Your interpretation or understanding of the procedures established by the Georgia Secretary of State's office for verifying the citizenship of voter registration applicants.

2. Your procedures for verifying the citizenship of voter registration applicants.

3. Your procedures for processing voter registration applications that include a photocopy of the applicant's naturalization certificate.

4. Your role in providing feedback to state legislators, the Georgia Secretary of State's office, and other individuals regarding the procedures used to verify the citizenship of voter registration applicants in Georgia.

5. The training and guidance you provide to your employees, registrars, election officials, poll managers and poll workers concerning how to verify the citizenship of voter registration applicants.

6.  The training and guidance provided to you by the Georgia Secretary of State concerning how to verify the citizenship of voter registration applicants.

7.  Any evidence that Georgia's citizenship verification procedures has identified non-citizens attempting to register to vote in Georgia.

8.  The content of notices provided to voter registration applicants whose applications were placed in pending status due to Georgia's citizenship verification procedures since 2016.

9.  Your procedures for processing voters who are in pending status due to the citizenship verification match and who appear at polling places or early voting locations.

10. Your procedures for processing voters who are in pending status due to the citizenship verification match and submit absentee ballot applications.

11. The status of provisional ballots cast by voters who were in pending status due to the citizenship verification match in elections since January 1, 2018.

12. The steps taken by your office to implement the Order issued by the Court in this case on November 2, 2018, a copy of which is attached and incorporated herein by reference as Exhibit 1.

13. The total number of voters in your county who were United States citizens at the time they submitted applications to register to vote, but whose active voter

registration status was delayed until they produced documentary proof of citizenship since October 1, 2014.

14. Communications you have received from voters who received letters indicating that they need to submit proof of citizenship because their voter registration information allegedly did not match information maintained by DDS.