IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia <br><br> *Defendant*. | CIVIL ACTION <br><br> FILE NO. 1:18-CV-04727-ER |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant Brad Raffensperger, in his official capacity as Secretary of State of Georgia, hereby certifies that on June 28, 2021, the undersigned served a true and correct copy of the following:

1. Expert Report of Michael J. Barber, Ph.D.,

upon the following counsel of record via email:

| | |
|---|---|
| Bryan L. Sells <br> Georgia Bar No. 635562 <br> The Law Office of Bryan Sells, LLC <br> PO Box 5493 <br> Atlanta, Georgia 31107 <br> Tel: (404) 480-4212 <br> Email: bryan@bryansellslaw.com | Jon Greenbaum* <br> Ezra D. Rosenberg* <br> Julie Houk* <br> John Powers* <br> jgreenbaum@lawyerscommittee.org <br> erosenberg@lawyerscommittee.org <br> jhouk@lawyerscommittee.org |

jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes*
Gregory Farrell*
Vilia.hayes@hugheshubbard.com
Gregory.Farrell@hugheshubbard.com
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Danielle Lang*
Mark Gaber*
J. Gerald Hebert*
dlang@campaignlegalcenter.org
mgaber@campaignlegalcenter.org
ghebert@campaignlegalcenter.org
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC 20005
Telephone: (202) 736-2200
Facsimile: (202) 736-2222

Phi Nguyen
Georgia Bar No. 578019
Asian Americans Advancing Justice –
Atlanta
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
pnguyen@advancingjustice-atlanta.org
Telephone: (770) 818-6147

*Admitted Pro Hac Vice

Respectfully submitted this 28th day of June, 2021.

Christopher M. Carr
Attorney General
GA Bar No. 112505

Bryan K. Webb
Deputy Attorney General
GA Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
GA Bar No. 760280
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for Defendant Secretary of State Brad Raffensperger*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing RULE 5.4 CERTIFICATE OF SERVICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson