# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, <br><br> Defendant. | Civil Action No. 1:18-cv-04727-ELR |

## MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCE OF JOHN MICHAEL POWERS

Pursuant to Local Rule 83.19 (E), Plaintiffs respectfully request that the Court grant leave for John Michael Powers to withdraw his appearance pro hac vice as counsel in the above-captioned case.  Mr. Powers is departing the Lawyers' Committee for Civil Rights Under Law. Plaintiffs will continue to be represented in this matter by Julie M. Houk, Ezra D. Rosenberg, and Jon M. Greenbaum of the Lawyers' Committee for Civil Rights Under Law, as well as attorneys with Hughes Hubbard & Reed LLP, Campaign Legal Center, and Asian Americans Advancing Justice - Atlanta.

Respectfully submitted this 3rd day of August, 2021.

/s/ John M. Powers
John Michael Powers
jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1500 K St, NW Ste. 900
Washington, DC 20005

## CERTIFICATE OF SERVICE

I, John M. Powers, do hereby certify that on August 3, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing via electronic mail to all counsel of record.

SO CERTIFIED, this 3rd day of August, 2021.

/s/ John M. Powers
John Michael Powers