## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

GEORGIA COALITION FOR
THE PEOPLE'S AGENDA, INC., *et al.*,

    *Plaintiffs*,

CIVIL ACTION

FILE NO. 1:18-CV-04727-ELR

BRAD RAFFENSPERGER, in his
official capacity as Secretary of State
for the State of Georgia

    *Defendant*.

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Brad Raffensperger, in his official capacity as Secretary of State, moves this Court for summary judgment in his favor pursuant to pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1. As shown by the attached Brief in Support of Defendant's Motion for Summary Judgment, the Statement of Material Facts, the Exhibits attached to and filed with that Brief, and the deposition testimony filed with this Court, there are no material issues of fact in dispute and, as a matter of law, Defendant is entitled to summary judgment on all of Plaintiffs' claims.

WHEREFORE, Defendant respectfully requests that this Court enter summary judgment in his favor and cast all costs against Plaintiffs.

Respectfully submitted this 8th day of September, 2021.

**STATE LAW DEPARTMENT**

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**

- 2 -

1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678) 336-7249

*Counsel for Defendant Secretary of State*
*Brad Raffensperger*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing DEFENDANT'S MOTION FOR

SUMMARY JUDGMENT was prepared double-spaced in 13-point Century

Schoolbook pursuant to Local Rule 5.1(C).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
