IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia <br><br> *Defendant*. | CIVIL ACTION <br><br> NO. 1:18-CV-04727-ELR |

## ORDER GRANTING LEAVE OF COURT TO WITHDRAW APPEARANCE

This matter coming before the Court on Plaintiff's Motion for Leave to Withdraw Appearance *pro hac vice* of Alexandra Copper. The court being advised accordingly, it is hereby ordered that the Motion is GRANTED.

**IT IS SO ORDERED** this 14th day of October, 2021.

*[signature: Eleanor L. Ross]*

U.S. District Court Judge Eleanor L. Ross