IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia <br><br> *Defendant.* | CIVIL ACTION <br><br> FILE NO. 1:18-CV-04727-ER |

**[PROPOSED]**
**ORDER SETTING SCHEDULE**

Upon consideration of the parties' joint motion, it is ORDERED that the motion is GRANTED. The additional Rule 30(b)(6) deposition of the Secretary of State for the State of Georgia, limited in scope to his office's use of the SAVE service to verify citizenship status, shall take place no later than January 19th, 2023. The Parties' proposed consolidated pretrial order shall be submitted no later than February 17, 2023.

**IT IS SO ORDERED** this ____ day of November, 2022.

_____
The Honorable Eleanor L. Ross
United States District Judge