# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization, et al. | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:18-CV-04727-ELR |
| BRAD RAFFENSPERGER in his official capacity as Secretary of State for the State of Georgia, | * * * * | |
| Defendant. | * * | |

_____

**O R D E R**
_____

By an Order dated February 10, 2023, the Court granted in part and denied in part Plaintiff's "Unopposed Motion to Extend Deadline to File Joint Consolidated Pretrial Order and Request for Status Conference in 60 Days." [See Docs. 172, 173]. In that Order, the Court scheduled a telephone status conference with the Parties for 9:30 a.m. on Tuesday, March 28, 2023. [See Doc. 173 at 3].

During that telephone status conference with the undersigned, the Parties represented that they are working toward a resolution of the central issues of this case but the timeline for such resolution is uncertain. Rather than indefinitely stay

the Parties' CPTO deadline, the Court finds it more appropriate to administratively close this action for the time being.

Thus, for good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this action.[1]  If appropriate, the Parties should promptly move to reopen the case.  The Court **DIRECTS** the Parties to, no later than Monday, June 26, 2023, jointly file (1) an appropriate stipulation of dismissal, (2) a proposed consent order, or (3) a notice providing a status update on this action.  The Court **DIRECTS** the Clerk to resubmit this action to the undersigned after June 26, 2023.

**SO ORDERED**, this 28th day of March, 2023.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] The Court notes that administrative closure will not impact the rights of any Party to this litigation.  Any Party may move to reopen the case at any time.