# ATTACHMENT B

**A. Defendant's outline of this case.**

Plaintiffs filed this case in October 2018, seeking injunctive relief regarding Georgia's database-matching processes. In the five years since the case was originally filed, the case has narrowed and now only covers the citizenship-matching portion of Georgia's election processes. Plaintiffs challenge that process as violating Section 2 of the Voting Rights Act (VRA) and the Equal Protection Clause of the U.S. Constitution, placing an undue burden on the right to vote, and as violating the National Voter Registration Act (NVRA). Defendant asserts that, even if this Court has jurisdiction to hear this case, Plaintiffs have not presented sufficient evidence to support their claims.

Georgia law requires registered voters to be United States citizens. To enforce this requirement, Georgia requires voter-registration applications to be accompanied by proof of citizenship. *See* O.C.G.A. § 21-2-216(g). In almost every case, the requirement is fulfilled by matching driver's license or state identification numbers submitted for voter registration with corresponding records at the Georgia Department of Driver Services ("DDS") that confirm the applicant's citizenship status. The only part of this process challenged in this case is what occurs when DDS records show that the applicant was not a U.S. citizen during their last interaction. In Georgia, individuals who previously

provided DDS with documentary evidence indicating they are not citizens of the United States and then register to vote are asked to confirm that they have become citizens before being placed in active status in the voter database.

Defendant asserts that asking people who were not U.S. citizens during their previous interaction with state officials to confirm that they are citizens now before being allowed to cast a ballot is a reasonable process that places no burden on voters beyond the "usual burdens of voting." The citizenship process also serves a compelling interest in ensuring that only eligible voters are able to vote. Further, Defendant's use of the Systematic Alien Verification for Entitlements (SAVE) system further reduces any minimal burden because individuals who are in Pending-Citizenship status who are confirmed by SAVE to be citizens are moved to Active status.

Defendant also asserts that the citizenship matching process does not render Georgia's voting processes unequally open in violation of Section 2 and that all individuals in pending-citizenship status are registered to vote, ending any NVRA Claims.

Affirmative Defense: Plaintiffs fail to state a claim upon which relief may be granted.

Affirmative Defense: Plaintiffs have not been subjected to the deprivation of any right, privilege, or immunities under the Constitution or laws of the United States.

{02684957-1 }

Affirmative Defense: Plaintiffs' claims are moot.

Affirmative Defense: Plaintiffs lack standing to bring this action.

## B. All relevant rules, regulations, statutes, ordinances, and illustrative case law relied upon as creating a defense in these lawsuits.

1. *African Am. Voting Rights Legal Def. Fund v. Villa*, 54 F.3d 1345 (8th Cir. 1995)
2. *Ala. Legislative Black Caucus v. Alabama*, 575 U.S. 254 (2015)
3. *Ala. State Conference of the NAACP v. Alabama*, 612 F. Supp. 3d 1232 (M.D. Ala. 2020)
4. *Ala. State Conference of the NAACP v. Alabama*, 949 F.3d 647 (11th Cir. 2020)
5. *Alden v. Maine*, 527 U.S. 706, 715, 119 S. Ct. 2240 (1999)
6. *Allen v. Milligan*, 599 U.S. 1 (2023)
7. *Alltel Commc'ns, Inc. v. City of Macon*, 345 F.3d 1219 (11th Cir. 2003)
8. *Anderson v. Celebrezze*, 460 U.S. 780, 788 (1983)
9. *Anderson v. Raffensperger*, 497 F. Supp. 3d 1300 (N.D. Ga. 2020)
10. *Arcia v. Sec'y of Fla.*, 772 F.3d 1335 (11th Cir. 2014)
11. *Ark. State Conference NAACP v. Ark. Bd. of Apportionment*, 586 F.Supp.3d 893 (E.D. Ark. 2022)
12. *Baird v. Indianapolis*, 976 F.2d 357 (7th Cir. 1992)
13. *Bartlett v. Strickland*, 556 U.S. 1 (2009)
14. *Bolden v. Mobile*, 423 F. Supp. 384, 388 (S.D. Ala. 1976)
15. *Bolden v. Mobile*, 571 F.2d 238, 243 (5th Cir. 1978)
16. *Burdick v. Takushi*, 504 U.S. 428 (1992)
17. *Brnovich v. Democratic Nat'l Committee*, 141 S. Ct. 2321 (2021)
18. *Brooks v. Miller*, 58 F.3d 1230 (11th Cir. 1998)
19. *Brown v. Jacobsen*, 590 F. Supp. 3d 1273 (D. Mont. 2022)
20. *Burton v. City of Belle Glade*, 178 F.3d 1175 (11th Cir. 1999)
21. *Bush v. Vera*, 517 U.S. 952, 977 (1996)
22. *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986)
23. *Regents of Univ. of Cal. V. Bakke*, 438 U.S. 265 (1978)
24. *City of Boerne v. Flores*, 521 U.S. 507 (1997)
25. *City of Mobile v. Bolden,* 446 U.S. 55 (1980)

26. *Common Cause Ind. v. Lawson*, 937 F.3d 944 (7th Cir. 2019)
27. *Common Cause/Georgia v. Billups*, 554 F.3d 1340 (11th Cir. 2009).
28. *Crawford v. Marion Cty. Election Bd.*, 553 U.S. 181 (2008)
29. *Curling v. Raffensperger*, 50 F.4th 1114 (11th Cir. 2022)
30. *Davis v. Chiles*, 139 F.3d 1414 (11th Cir. 1998)
31. *Earl Old Person v. Brown*, 312 F.3d 1036 (9th Cir. 2002)
32. *Easley v. Cromartie*, 532 U.S. 234 (2001)
33. *Fair Fight Action, Inc. v. Raffensperger*, 634 F. Supp. 3d 1128 (N.D. Ga. 2022)
34. *Food & Water Watch, Inc. v. Vilsack*, 808 F. 3d 905 (D.C. Cir. 2015)
35. *Franklin v. Massachusetts*, 505 U.S. 788 (1992)
36. *Ga. Ass'n of Latino Elected Offs., Inc. v. Gwinnett Cty. Bd. of Registration & Elections,* 36 F.4th 1100 (11th Cir. 2022)
37. *Greater Birmingham Ministries v. Sec'y of Ala.*, 992 F. 3d 1299 (11th Cir. 2021)
38. *Growe v. Emison,* 507 U.S. 25, 40 (1993)
39. *Gonzalez v. City of Aurora*, 535 F.3d 594 (7th Cir. 2008)
40. *Goosby v. Town Bd.*, 180 F.3d (2d Cir. 1999)
41. *Gregory v. Ashcroft*, 501 U.S. 452 (1991)
42. *Holder v. Hall*, 512 U.S. 874 (1994)
43. *Hunt v. Cromartie*, 526 U.S. 541 (1999)
44. *Jacobson v. Fla. Sec'y of State*, 957 F.3d 1193 (11th Cir. 2020)
45. *Jennings v. Rodriguez*, 138 S. Ct. 830 (2018)
46. *Johnson v. Bd. of Regents*, 263 F.3d 1234 (11th Cir. 2001)
47. *Johnson v. De Grandy*, 512 U.S. 997 (1994)
48. *Johnson v. DeSoto Cnty. Bd. of Comm'rs*, 204 F.3d 1335 (11th Cir. 2000)
49. *Johnson v. Governor of Fla.*, 405 F.3d 1314 (11th Cir. 2005)
50. *Johnson v. Hamrick*, 296 F.3d 1065 (11th Cir. 2002)
51. *Kimel v. Fla. Bd. of Regents*, 528 U.S. 62 (2000)
52. *La. State Conference of the NAACP v. Louisiana*, 490 F. Supp. 3d 982 (M.D. La. 2020)
53. *Lance v. Coffman*, 549 U. S. 437 (2007)
54. *League of United Latin Am. Citizens, Council No. 4434 v. Clements*, 999 F.2d 831 (5th Cir. 1993)
55. *League of United Latin Am. Citizens v. Perry*, 548 U.S. 399 (2006)
56. *League of Women Voters of Fla. Inc. v. Fla. Sec'y of State*, 66 F.4th 905 (11th Cir. 2023)
57. *Lewis v. Alamance County, N.C.*, 99 F.3d 600 (4th Cir. 1996)

58. *Lewis v. Governor of Ala.*, 944 F. 3d 1287 (11th Cir. 2019)
59. *Long Term Care Pharm. Alliance v. UnitedHealth Group, Inc.*, 498 F. Supp. 2d 187 (D.D.C. 2007)
60. *Lujan v. Defenders of Wildlife*, 504 U.S. 555 (1992)
61. *Marion v. DeKalb County, Ga.* 821 F. Supp. 685 (N.D. Ga. 1993)
62. *McCoy v. McLeroy*, 348 F. Supp. 1034 (M.D. Ga. 1972)
63. *Merrill v. Milligan*, 142 S. Ct. 879 (2022)
64. *Miller v. Johnson*, 515 U.S. 900 (1995)
65. *Monsanto Co. v. Geertson Seed Farms*, 561 U.S. 139 (2010)
66. *Negron v. City of Miami Beach, Fla.*, 113 F.3d 1563 (11th Cir. 1997)
67. *New Ga. Project v. Raffensperger*, 976 F.3d 1278 (11th Cir. 2020).
68. *Nipper v. Smith*, 39 F.3d 1494 (11th Cir. 1994)
69. *Purcell v. Gonzalez*, 549 U.S. 1 (2006)
70. *Raines v. Byrd,* 521 U.S. 811 (1997)
71. *Repub. Nat'l Comm. V. Dem. Nat'l Comm.*, 140 S. Ct. 1205 (2020)
72. *Rogers v. Lodge*, 458 U.S. 613, 618 (1982)
73. *Rucho v. Common Cause*, 139 S. Ct. 2484 (2019)
74. *Shaw v. Hunt*, 517 U.S. 899 (1996)
75. *Simon v. Eastern Ky. Welfare Rights Org.,* 426 U.S. 26 (1976)
76. *Singleton v. Merrill*, 582 F. Supp. 3d 924 (N.D. Ala. 2022)
77. *Solomon v. Liberty Cty.*, 899 F.2d 1012 (11th Cir. 1990)
78. *Solomon v. Liberty Cty. Comm'rs*, 221 F. 3d 1218 (11th Cir. 2000)
79. *Southern Christian Leadership Conference v. Sessions*, 56 F.3d 1281 (11th Cir. 1995)
80. *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016)
81. *Summit Med. Assocs., P.C. v. Pryor*, 180 F.3d 1326 (11th Cir. 1999)
82. *Tex. Low Income House. Info. Serv. v. Carson*, 427 F. Supp. 3d 43 (D. D.C. 2019)
83. *Thornburg v. Gingles*, 478 U.S. 30 (1986)
84. *Timmons v. Twin Cities Area New Party*, 520 U.S. 351 (1997)
85. *United Jewish Organizations, Inc. v. Carey*, 430 U.S. 144 (1977)
86. *United States v. Chemical Foundation, Inc.*, 272 U.S. 1 (1926)
87. *United States v. Marengo Cnty. Comm'n*, 731 F.2d 1546 (11th Cir. 1984)
88. *Valley Forge Christian College v. Americans United for Separation of Church and State, Inc.*, 454 U.S. 464 (1982)
89. *Vecinos De Barrio Uno v. City of Holyoke*, 72 F.3d 973 (1st Cir. 1995)

90. *Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252 (1977)
91. *Voinovich v. Quilter*, 507 U.S. 146 (1993)
92. *Warth v. Seldin*, 422 U.S. 490 (1975)
93. *Whitcomb v. Chavis*, 403 U.S. 124 (1971)
94. *White v. 6egister*, 412 U.S. 755 (1983)
95. *Wood v. Raffensperger*, 981 F.3d 1307, 1313 (11th Cir. 2020)
96. *Wright v. Sumter Cty. Bd. of Elections & Registration*, 301 F. Supp. 3d 1297 (M.D. Ga. 2018)
97. O.C.G.A § 21-2-216
98. O.C.G.A. § 21-2-220.1
99. O.C.G.A. § 21-2-417
100. 49 U.S.C. § 30301
101. 52 U.S.C. § 10301
102. 52 U.S.C. § 20507
103. 52 U.S.C. § 21083
104. Fed. R. Evid. 401
105. Fed. R. Evid. 403
106. Fed. R. Evid. 602
107. Fed. R. Evid. 801
108. Fed. R. Evid. 803
109. Fed. R. Evid. 807
110. Fed. R. Evid. 901
111. U.S. Const. Art. I, Sec. III, Para. 2
112. U.S. Const. Amendment XI
113. U.S. Const. Amendment XIV
114. U.S. Const. Amendment XV