# ATTACHMENT C

## Joint Stipulated Facts for Trial

1. Plaintiff ProGeorgia State Table, Inc. ("ProGeorgia") is a non-profit organization.

2. Plaintiff GALEO Latino Community Development Fund, Inc., successor in interest to Georgia Association of Latino Elected Officials, Inc. ("GALEO"), is a non-profit organization.

3. Plaintiff Asian Americans Advancing Justice – Atlanta, Inc. ("AAAJ – A") is a non-profit organization.

4. Plaintiff Georgia Coalition for the Peoples' Agenda, Inc. ("Peoples' Agenda") is a non-profit organization.

5. Plaintiff New Georgia Project, Inc. ("New Georgia Project") is a non-profit organization.

6. Plaintiff Common Cause is a non-profit organization.

7. Plaintiff Judith Martinez Cruz naturalized as a U.S. citizen in spring 2016.

8. Ms. Judith Martinez Cruz was able to vote in the election she has relayed complaints about in this action.

9. Defendant Brad Raffensperger is the Georgia Secretary of State and is named in his official capacity.

10. Both the current Georgia voter registration form and the current Federal voter registration form require Georgians to swear or affirm under penalty of perjury that they are U.S. citizens.

11. Georgia's computerized statewide voter registration system was a software system known as "ENet" until recently. It is now a software system referred to as "GARVIS".

12. Georgia implemented automatic voter registration in 2016 for applicants for Georgia driver's licenses and Georgia State ID cards through the Department of Driver Services ("DDS"), whereby applicants are registered to vote when they apply for a driver's license or state ID card unless they opt out.

13. When an individual applies for a non-limited term driver's license or a state identification card at the DDS, he or she is required to present documentary proof of citizenship as part of that process.

14. Non-citizens with legal status can also apply for and receive Georgia driver's licenses, but those are stamped with the designation "LIMITED TERM" on the license itself.

15. Limited-term licenses are only valid for five years or the length of time of the person's legal status, whichever is less.

16. Limited-term licenses cannot be used as a valid photo identification for voting.

17. When an individual registers to vote using a paper registration form, their information is provided by the Secretary's office to DDS for verification.

18. If DDS cannot identify an individual registering to vote in the DDS database, their information is sent to the Social Security Administration (SSA) for verification.

19. SSA does not verify for citizenship status, only for the identification of the applicant with an SSA record.

20. If DDS identifies an individual registering to vote in the DDS database that matches to the information on the voter-registration form, the Secretary's office receives data back from DDS indicating that person's citizenship status in the DDS database as it exists in the DDS database at the time of the match.

21. HB 316 was enacted in April 2019.

22. As of November 11, 2023, the parties stipulate to the accuracy of the publicly available turnout by demographic data available on the Secretary of State's website.