# ATTACHMENT D-2

**Defendant's Witness List**

| Witness | Status |
| --- | --- |
| Michael Barber | Will call |
| Ryan Germany | Will call |
| Blake Evans | May call |
| Christopher Harvey | May call |
| Angelique McClendon | May call |