| **Attachment E-1: Plaintiffs' Trial Exhibits** |||
|---|---|---|
| **Exhibit No.** | **Document Description** | **Defendant's Objections** |
| Px1 | Georgia's Current Voter Registration Form | |
| Px2 | Georgia Poll Worker Manual (updated May 2021) | |
| Px3 | Proof of Citizenship Georgia Secretary of State | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px4 | Georgia Voter Identification Requirements Georgia Secretary of State | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px5 | How-to Guide Registering to Vote Georgia Secretary of State | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px6 | FAQ Citizenship Verification Georgia Secretary of State | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px7 | Information for Non-US Citizens Georgia Department of Driver Services | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px8 | Fees and Terms Georgia Department of Driver Services | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px9 | Real ID Georgia Department of Driver Services | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px10 | Electors | |
| Px11 | SoS voter turnout and registration data by demographic 2010-current | |
| Px12 | FY 2022 USCIS Updated Naturalization Satistics | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px13 | SAVE FAQs Georgia Department of Driver Services | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px14 | SAVE Georgia Department of Driver Services | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px15 | Licenses ID FAQs Georgia Department of Driver Services | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px16 | Homepage Georgia Department of Driver Services | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px17 | Partners Georgia Department of Driver Services | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px18 | Limited Term DL IDs Georgia Department of Driver Services | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px19 | Search SAVE Georgia Secretary of State Brad Raffensperger | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px20 | Search USCIS Georgia Secretary of State Brad Raffensperger | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px21 | Elections FAQ Georgia Secretary of State | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px22 | Elections Homepage Georgia Secretary of State's Office Georgia Secretary of State | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px23 | Apply for a Georgia Driver's License (Class C) | Defendant objects to this exhibit as hearsay, F.R.E. 802.  Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px24 | Decennial Census Data 2010 | |
| Px25 | Decennial Census Data 2020 | |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| Px26 | Tables B05003A, B05003B, B05003C, B05003D, B05003E, B05003F, B05003G, B05003H, B05003I (2021 ACS 5-Year Estimates) | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px27 | Tables B05003A, B05003B, B05003C, B05003D, B05003E, B05003F, B05003G, B05003H, B05003I (2011 ACS 5-Year Estimates) | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px28 | 08.17.2010 State of Georgia Section 5 Submission HAVA Verification Process Letter | Defendant objects to this exhibit as hearsay, F.R.E. 802.  Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px29 | 05.29.2009 Letter from DOJ to GA AG re Sec. 5 Submission | Defendant objects to this exhibit as hearsay, F.R.E. 802.  Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px30 | 10.23.2018 Georgia SOS OEB re Handling Pending Verification Registrations at Voting Locations | |
| Px31 | 07.18.2018 NVRA Notice Letter | Defendant objects to this exhibit as hearsay, F.R.E. 802.  Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px32 | 11.04.2016 Georgia SOS OEB re Processing "Pending" Voters on Election Day | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px33 | 11.04.2016 Georgia SOS OEB re More Details on Pending Voter Registration Processing | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px34 | 2018 Citizenship Match Notice Letter, Clarke County | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px35 | Training Presentation, Holly Smith, Elections Division Training Coordinator | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px36 | GA HB 324 and legislative history | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px37 | GA HB 228 and legislative history | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px38 | GA Voter ID Requirements | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px39 | GA DDS Webpage re how to apply for a Class C driver's license | Defendant objects to this exhibit as hearsay, F.R.E. 802.  Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px40 | National Voter Registration Form (Federal Form) | |
| Px41 | GA Sec. of State Information for Pending Citizenship Applicant | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px42 | FY2020 USCIS Naturalization Statistics | |
| Px43 | SOS Website Statement Raffensperger's Call for Citizen-Only Elections Supported by National Voting-Integrity Group | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px44 | AJC Article re Georgia elections chief seeks constitutional ban on voting that's already illegal | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401.  Defendant objects to this exhibit as more prejudicial than probative. F.R.E. 403 |
| Px45 | GA Senate Resolution 675 | Defendant objects to this exhibit as hearsay, F.R.E. 802.  Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| **Px46** | AJC Article re Georgia House panel blocks English-only amendment to constitution | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit as more prejudicial than probative. F.R.E. 403 |
| **Px47** | GA SB 6 | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px48** | H.B. 268, 154th Gen. Assemb., Reg. Sess. (Ga. 2017) | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px49** | H.B. 316, Section 6, 156th Gen. Assemb., Reg. Sess. (Ga. 2019) | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px50** | Amended Declaration and CV of Dr. Peyton McCrary | |
| **Px51** | Declaration and CV of Michael McDonald | |
| **Px52** | Declaration and CV of Michael McDonald | |
| **Px53** | Rebuttal Declaration of Michael McDonald | |
| **Px54** | DeKalb Procedures for Processing Potential Challenge and Challenge Status | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px55** | Notice of 30(b)(6) Deposition | |
| **Px56** | Email with Voter in Pending Status who submitted Naturalization Certificate | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px57** | Email with Voter in Pending Status who submitted Naturalization Certificate | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px58** | Email with Voter in Pending Status who submitted Naturalization Certificate | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px59** | Email with Voter in Pending Status who submitted Naturalization Certificate | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px60** | Email with Voter in Pending Status who submitted Naturalization Certificate | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px61** | Email with Ga SOS re Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px62** | Email with Ga SOS re Pending Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px63** | Email with Voter in Pending Status who submitted Naturalization Certificate | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px64** | Email with Voter in Pending Status who submitted Naturalization Certificate | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px65** | 01.31.2019 OEB re DDS Citizenship Override | |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| Px66 | Email with Military Voter in Pending Status for second time | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px67 | Email from Advancing Justice - Atlanta re voter with challenged provisional ballot who did not receive notice of pending status | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px68 | Email from Pan Asian Community Services re voter with challenged provisional ballot who did not receive notice of pending status | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px69 | Internal DeKalb email re needing to extend hours for provisional voters | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px70 | Email from provisional voter sending DPOC "again" because "I always have some issues when I show up to vote" | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px71 | Provisional & Challenged Ballot survey - Nov. 6, 2018 General/Special Election | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px72 | Provisional & Challenged Ballot survey - Nov. 3, 2020 General/Special Election | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px73 | Provisional & Challenged Ballot survey - Jan. 5, 2021 - Federal/General Election Runoff | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px74 | 02.24.2021 Statement from the DeKalb Cty Board of Elections re election integrity and lack of fraud | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px75 | Notice of 30(b)(6) Deposition | |
| Px76 | HAVA Driver Match Criteria | |
| Px77 | HAVA Driver Match Criteria | |
| Px78 | SAVE Memorandum of Agreement Between DHS USCIS and Ga DDS | |
| Px79 | Second Notice of 30(b)(6) Deposition | |
| Px80 | 03.27.2007 MOU between DDS and SoS | |
| Px81 | GA Voter Registration Application | |
| Px82 | HAVA Driver Match Criteria | |
| Px83 | 08.08.2019 Email from Leigh Combs (Ga SOS) to Cty Election Officials re Problem with DDS Data | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px84 | Georgia HAVA Verification presentation by Kevin Rayburn, Assistant General Counsel, SoS | |
| Px85 | GA Registrar Official Certification Course No. 4 Registration Basics Presentation | |
| Px86 | 2009 Memo from the Office of Inspector General re: HAVA Verification Program | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px87 | 10.18.2018 Letter to Voter Vanessa Yanely Alva that citizenship status did not match DDS records | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| Px88 | 3.5.2020 Letter to Santiago Franco Cattaneo that citizenship status did not match DDS records | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px89 | 11.02.2018 OEB re Pending Citizenship Registrations at Voting Locations | |
| Px90 | 01.31.2019 OEB re DDS Citizenship Override | |
| Px91 | 02.08.2019 Email Chain btw Cobb Cty and Ga SOS re Voter w Out-of-State License Flagged Noncitizen | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px92 | 06.12.2019 Email Chain btw Gwinnett Cty and Ga SOS re Voter Failing Citizenship Verification | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px93 | Def.'s Responses and Objections to Pls' First Set of Interrogatories | |
| Px94 | 06.27.2019 Training Presentation by Melanie Frechette, Ga SOS Elections Training Administrator | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px95 | Georgia Poll Worker Manual (2018) | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px96 | 08.23.2019 Email from Twyla Hart (DeKalb Cty) re Pending Verifications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px97 | 07.16.2019 Training Presentation re Processing Backlog of Pending Voters Due to HB 316 | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px98 | 2017 Settlement Agreement in Georgia State Conference of the NAACP v. Kemp | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. Defendant objects to this exhibit as more prejudicial than probative. F.R.E. 403. |
| Px99 | 06.26.2019 OEB re Verification Process Update in ElectioNet | |
| Px100 | 03.28.2019 Email Chain btw Laura Bassett (Effingham Cty) and Ga SOS re New 5 year clock / pending voters | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px101 | Notice of 30(b)(6) deposition | |
| Px102 | 09.27.2018 Email from Gwinnett Election Associate re Inability to Change Status of Voter Submitted DPOC | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px103 | 06.21.2018 Email Avery Van Gundy Voter Registration Issue | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px104 | 04.06.2020 Email from pending voter expressing concern that she didn't receive notice | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px105 | 09.23.2017 Email from pending voter sending DPOC, Gwinnett Cty | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| Px106 | AJC article re Judge orders Georgia to life voting barriers for new US citizens | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. Defendant objects to this exhibit as more prejudicial than probative. F.R.E. 403 |
| Px107 | Chapter 5: issuing Process - Acceptable Documents for Proof of Citizenship | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px108 | 01.19.2021 Gwinnett County BORE Meeting Minutes | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px109 | 03.04.2021 Mailed Info sent to voter re mismatched citizenship information with DDS data | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px110 | Emails btw Gwinnett Cty and Ga SOS re quesetion re processing change in citizenship verification process | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px111 | Notice of 30(b)(6) deposition | |
| Px112 | 03.28.2022 SoS website, News & Announcements: Citizenship Audits Finds 1,634 Noncitzens Attempts to Register to Vote | |
| Px113 | SAVE Verification Audit Spreadsheet | |
| Px114 | 04.11.2022 SoS website, News & Announcements: Secretary Raffensperger Refers 1,600 Noncitizen Registrants to Local DAs, GBI, State Election Board | |
| Px115 | Apr 2022 Guide to Understanding SAVE Verification Responses from USCIS | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px116 | Letter from WV SoS to Sec. of Homeland Security | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px117 | Aug 2021 Guide to Understanding SAVE Verification Responses from USCIS | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| Px118 | 01.19.2023 Letter template sent to voter applicant whose citizenship status was not verified through SAVE | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px119 | Aug 2020 SAVE Contract between DHS-USCIS and GA SoS | |
| Px120 | 05.05.2022 SoS Website: SoS Launches Additional Citizens-Only Voting Election Security Measures | |
| Px121 | List of Provisional or Challenged Voters for Jan 2021 Runoff | |
| Px122 | 01.18.2017 Notice letter informing voter that challenged/provisional ballot was not counted and other related documents | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px123 | 03.02.2018 Notice letter to voter regarding inability to verify citizenship | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| **Px124** | 05.08.2014 Cobb Notice Letter to Voter | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px125** | 03.10.2017 Cobb Notice Letter to Voter | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px126** | 02.16.2017 Cobb Notice Letter to Voter | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px127** | 02.10.2017 Cobb Notice Letter to Voter | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px128** | April 2018 Emails between Lynn Ledford and Steve Day | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px129** | 1/31/19 OEB | Defendant objects to this exhibit as duplicative. |
| **Px130** | Instruction: "Handling of Citizenship Verifications at Reception Desk" | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px131** | 9/27/18 Email regarding marking voter as citizen | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px132** | 4/25/28 Email with draft citizenship letters in Spanish | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px133** | 11/24/18 Email from voter confirming receipt of proof of citizenship | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px134** | 11/21/18 Email from voter stating that reason DDS did not match is they did not update their license | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px135** | 9/5/2018 Email from voter with naturalization certificate and license | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px136** | 10/22/18 Email from voter whose registration has been in pending status | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px137** | 10/10/18 Email from voter told they needed to provide proof of citizenship | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px138** | 10/27/18 Email from SOS to DeKalb County re Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px139** | DeKalb List of Pending for Citizenship | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px140** | 10/29/18 Email from SOS to DeKalb re Additional Voters in Pending Citizenship Status | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| Px141 | DeKalb List of Additional Voters Pending for Citizenship | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px142 | 10/27/18 Cobb County Emails re pending voters | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px143 | 10/27/18 Cobb County additional emails re pending voters | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px144 | 10/29/18 Email from SOS to Cobb re additional pending voter | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px145 | 10/29/18 Email between SOS Office and Whitfield County re voter who should be in active status | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px146 | 11/1/18 Emails between SOS and Gwinnett re pending voters | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px147 | National Mail Voter Registratation Application Form and Federal Registration Form Instructions (English Version) (Current as of October 23, 2023) | |
| Px148 | MVP Status of Jesus Uzcategui | |
| Px149 | 8/15/23 emails between J. Houk and B. Tyson concerning Jesus Uzcategui and ~900 other pending for citizenship applicants | |
| Px150 | 8/22/23 emails between J. Houk and B. Tyson concerning Jesus Uzcategui and ~900 other pending for citizenship applicants | |
| Px151 | 10/30/23 emails between J. Houk and B. Tyson concerning Jesus Uzcategui and ~900 other pending for citizenship applicants | |
| Px152 | 11/1/23 emails between J. Houk and B. Tyson concerning Jesus Uzcategui and ~900 other pending for citizenship applicants | |
| Px153 | 11/2/23 email from B. Tyson to J. Houk concerning Jesus Uzcategui and ~900 other pending for citizenship applicants | |
| Px154 | 11/3/23 email from B. Tyson to J. Houk concerning Jesus Uzcategui and ~900 other pending for citizenship applicants | |
| Px155 | GA CONST Art. 2, § 1, ¶ II: GA Constitutional RIght to Vote for citizens of the United States and GA | Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px156 | 5.3.2019 Email from SOS re paper registration from a naturalized citizen | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px157 | Emails where voter is asked to submit last four digits of SSN for citizenship verification | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| **Px158** | Septemeber 2018 Emails between DeKalb and voter registration applicant | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px159** | September 2017 Email from voter registration applicant providing naturalization certificate | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px160** | Emails with voter challenged for citizenship | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px161** | Email from voter@chathamcouty.org to Kevin Rayburn_RE: Pending Citizenship Status - Proof of Citizenship | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px162** | Email from Lynn Ledford to Kevin Rayburn_RE: Pending Citizenship Status - Proof of Citizneship | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px163** | 10.29.2018 Email from Floyd Jones to Kevin Rayburn, CC Brian Hill RE: Pending Citizenship Status - Proof of Citizenship | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px164** | Attachment to 10.29.2018 Email | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px165** | Attachment to 10.29.2018 Email | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px166** | Attachment to 10.29.2018 Email | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px167** | Attachment to 10.29.2018 Email | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px168** | Email from Ralph Jones to Kevin Rayburn and Richard L. Barron, CC Chris Harvey, Pamela Coman, Beverly Walker, and Sante Askin_RE: Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px169** | Email from George Ann Lee to Kevin Rayburn RE: Report of Issues with Pending Citizenship Applications in Polk County | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px170** | Email from George Ann Lee to Kevin Rayburn RE: Report of Issues with Pending Citizenship Applications in Polk County | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px171** | Email from Ricard L. Barron to Kevin Rayburn and Ralph Jones, CC Chris Harvey and Pamela Coman_RE Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px172** | Email from Shauna Dozier to Kevin Rayburn, CC Chris Harvey_RE: Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| Px173 | Email from Ralph Jones to Richard L. Barron and Kevin Rayburn, CC Chris Harvey, Pamela Coman_RE: Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px174 | Email from Ralph Jones to Richard L. Barron and Kevin Rayburn, CC Chris Harvey, Pamela Coman RE: Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px175 | Email from Ralph Jones to Richard L. Barron and Kevin Rayburn, CC Chris Harvey, Pamela Coman, and Beverly Walker RE: Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px176 | Email from Constance Bowen to Kevin Rayburn, CC Milton Kidd_RE Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px177 | Email from Constance Bowen to Kevin Rayburn, CC Milton Kidd_RE Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px178 | Email from Shauna Dozier to Kevin Rayburn, CC Chris Harvey_RE: Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px179 | Email from Erica Hamilton to Kevin Rayburn, CC Chris Harvey_RE: Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px180 | Email from Shauna Dozier to Kevin Rayburn_RE: Report of Issues with Pending Citizenship Applicaitons | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px181 | Email from Richard L. Barron to Kevin Rayburn, Ralph Jones, CC Chris Harvey, Pamela Coman re. Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px182 | Email from Ralph Jones to Richard L. Barron and Kevin Rayburn, CC Chris Harvey, Pamela Coman, Beverly Walker, and Sante Askin_RE: Report of Issues with Pending Citizenship Applications | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px183 | Email from Marcia Ridley to Kevin Rayburn _RE: Pending Citizenship Status | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px184 | Email from Marcia Ridley to Kevin Rayburn _RE: Pending Citizenship Status | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px185 | Email from Marcia Ridley to Kevin Rayburn _RE: Pending Citizenship Status | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px186 | Email from Charlotte Sosebee to Kevin Rayburn, CC Chris Harvey_RE: Pending Citizenship Status - Proof of Citizenship | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px187 | Email from Lynn Ledford to Kevin Rayburn, CC Chris Harvey_RE: Pending Citizneship Status - Proof of Citizneship | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| **Px188** | Field Operations Manager's Bulletin: Updates to SAVE Processing EMPLOYEE Action for Nov. 18, 2017 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px189** | Field Operatins Manager's Bulletin: Updates to SAVE Procesing EMPLOYEE Action: Mar. 17, 2017 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px190** | Field Operatins Manager's Bulletin:USCIS -- SAVE Cases Response Time EMPLOYEE ACTION: Feb 03, 2017 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px191** | Limited Term DL/IDs Georgia Department of Driver Services Webpage (04-18-2019) | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px192** | DDS Functional Requirements Document for Help America Vote Act HAVA Verification PM279345 (Jan. 25, 2007) | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px193** | HAVA Driver Match Criteria for Validation against the DDS database | |
| **Px194** | Email from Marcia Brooks to Angelique McClendon_ RE: Installs for tonight 10-23-2019 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px195** | GA DDS SAVE Verfication Training Powerpoint | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px196** | Training Guide: Providing the Proper Resources and Instructions to Customers, Section D: Voter registration Information | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px197** | Field Operations Manager's Bulletin: Additional SAVE Changes -- First-Level Failure EMPLOYEE Action Dec. 07, 2017 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px198** | GA DDS SAVE Verification Training Guide Manual | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px199** | MOU Between DHS, USCIS & GA Department of Driver Services (Sept. 8, 2010) | |
| **Px200** | Email from Angelique McClendon to Jessica Bonaparte_RE: Your Complaint re: issuance of your Driver's License 09-13-2017 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px201** | Email from Marcia Brooks to Angelique McClendon, CC RIck Singletary and Jeff Smith_ RE: Term for non citizens 09-23-2019 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px202** | Email from Angelique McClendon to Steven Kozar_RE:Term of License 09-24-2019 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px203** | Email from Marcia Brooks to Angelique McClendon_RE: Term for non citizens 09-06-2019 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px204** | Email from Marcia Brooks to Angelique McClendon_RE: SAVE Message for DMVs 09-12-2019 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| Px205 | Email from Angelique McClendon to Steven Kozar_RE: Non citizen term for perm residents 08-30-2019 | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px206 | MOU Between DHS, USCIS & GA Secretary of State - Elections Division (Aug. 07, 2020) | |
| Px207 | Letter to Applicant Regsistration #: 13067208, RE: Important Voter Registration Information From Chatham County (Mar. 04, 2021) | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| Px208 | Kemp Illegal Immigration ad | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401.  Defendant objects to this exhibit as more prejudicial than probative. F.R.E. 403 |
| Px209 | Kemp "So Conservative" ad | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401.  Defendant objects to this exhibit as more prejudicial than probative. F.R.E. 403 |
| Px210 | 2020 November Provisional and Challenged Ballot Surveys | |
| Px211 | 2021 January Provisional and Challenged Ballott Surveys | |
| Px212 | December 2018 Provisional and Challenged Ballot Surveys | |
| Px213 | November 2018 Provisional and Challenged Ballot Surveys | |
| Px214 | Folder of data titled 20210304 | |
| Px215 | 083-123 SOS list of POC voters restored to rolls in 2018 | |
| Px216 | 093-093 Fulton Cobb Clayton et all list of restored voters | |
| Px217 | Cancelled 11.14.2019 | |
| Px218 | Cancelled Data | |
| Px219 | Cancelled List 3.13.20 | |
| Px220 | Cancelled_10_30_2018 | |
| Px221 | Copy of 8.28.17 Pending | |
| Px222 | Copy of List_Of_Pending_Citizenship_Verification_Voters | |
| Px223 | Georgia_Daily_VoterBase.2.16.21 | |
| Px224 | Inactive and Pending Data | |
| Px225 | List of Provisional or Challenged Voters for August 2020 Primary | |
| Px226 | List of Provisional or Challened Voters for Jan 2021 Federal Runoff Election | |
| Px227 | List of Provisional or Challenged Voters for July 2018 Primary Runoff Election | |
| Px228 | List of Provisional or Challenged Voters for June 2020 Primary Election | |
| Px229 | List of Provisional or Challenged Voters for May 2018 Primary Election | |

| Exhibit No. | Document Description | Defendant's Objections |
|---|---|---|
| **Px230** | List of Provisional or Challenged Voters for Nov 2018 General Election | |
| **Px231** | Pending 7.24.2019 | |
| **Px232** | Pending 11.14.2019 | |
| **Px233** | Pending List 2.22.2018 | |
| **Px234** | Pending List 3.13.20 | |
| **Px235** | Pending 10_30_2018 | |
| **Px236** | Reject List_10_30_2018 | |
| **Px237** | Reject List_10_30_2018 | |
| **Px238** | Rejected 11.14.2019 | |
| **Px239** | Rejected Data | |
| **Px240** | Rejected List 3.13.20 | |
| **Px241** | Restored Voters | |
| **Px242** | Restored Voters Unknown | |
| **Px243** | Press Release From Kemp: Judge Includes Poll Managers in Georgia's Existing Non-Citizen Verification Process | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px244** | July 16 2019 Verification Backlog Webinar | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px245** | June 27, 2019 Election Forum Webinar | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px246** | Georgia Coalition First RPD Item 7: Emails Re. Communications with Counties re Hava Match | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px247** | Georgia Coalition First RPD Item 19: Emails re Complaints | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px248** | June 27, 2019 Election Forum Webinar Supplement | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px249** | 11.15.2018 Letter From Interim SOS to NGP Faith Leader | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px250** | Statement from Kemp on Litigation Threat by Lawyers Committee | Defendant objects to this exhibit as hearsay, F.R.E. 802.Defendant objects to this exhibit on the basis of relevance, F.R.E. 401.Defendant objects to this exhibit as more prejudicial than probative. F.R.E. 403. |
| **Px251** | Common Cause: About Us | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| **Px252** | AAAJ: Who we are | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| **Px253** | GALEO: About Us | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| **Px254** | GCPA: About Us | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| **Px255** | New Georgia Project: About Us | Defendant objects to this exhibit as hearsay, F.R.E. 802. |

| Exhibit No. | Document Description | Defendant's Objections |
| --- | --- | --- |
| **Px256** | Pro Georgia: About Us | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| **Px257** | Names of Challenged/Provisional Voters | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px258** | Voting History of Ms. Martinez Cruz | |
| **Px259** | New Georgia Project: Organization Mission Statement | Defendant objects to this exhibit as hearsay, F.R.E. 802. |
| **Px260** | Email from Corbin Spencer to Nse Ufot re. Fwd: Pending list | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px261** | New American Project 2020 Proposed Budget Draft | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px262** | 2013-2017 New American Project Overview | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px263** | 2020 New Americans Workgroup Meeting Minutes | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px264** | 2020 New American Workgroup Meeting Minutes | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px265** | VR Plan for USCIS: New Americans Workgroup | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px266** | Confidential - Sept 2, 2020 emails between organizations of New Americans Project | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px267** | 2020 MOU of New Americans Project between ProGeorgia and the Georgia Coalition for the People's Agenda | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px268** | New Americans Project 2019 Proposed Budget | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px269** | Pro Georgia: Who We Are | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px270** | Naturalization Ceremony Standards for Voter Registration Forms, Nick Marshall, ProGeorgia, June 2018 | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px271** | MOU: New Americans Project, January - December 2018 (with redactions) | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |
| **Px272** | MOU: Pro Georgia 2018 Coordinated GOTV Activities | Defendant objects to this exhibit as hearsay, F.R.E. 802. Defendant objects to this exhibit on the basis of relevance, F.R.E. 401. |