**Attachment E-2: Defendant's Trial Exhibits**

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 1 | Expert Report of Dr. Michael Barber | FRE 402, 403, 802 |
| 2 | 7.27.2020 30(b)6 Deposition of Stephanie Cho - Exhibit 1 - Notice of Deposition for Asian Americans Advancing Justice-Atlanta, Inc. | FRE 402, 403 |
| 3 | 7.27.2020 30(b)6 Deposition of Stephanie Cho - Exhibit 5 - 7.8.10 Georgia Secretary of State Certificate of Restated Articles of Asian | No objection |
| 4 | 7.27.2020 30(b)6 Deposition of Stephanie Cho - Exhibit 6 - 7.24.20 Printout of Asian Americans Advancing Justice-Atlanta's About Us Page of its Website | No objection |
| 5 | 7.27.2020 30(b)6 Deposition of Stephanie Cho - Exhibit 7 - 7.24.20 Printout of Impact Litigation Page from Asian Americans Advancing Justice-Atlanta Website | FRE 402, 403 |
| 6 | 7.31.2020 30(b)6 Deposition of Geraldo I. Gonzalez - Exhibit 1 - Notice of Deposition of Georgia Association of Latino Elected Officials, Inc. | FRE 402, 403 |
| 7 | 7.31.2020 30(b)6 Deposition of Geraldo I. Gonzalez - Exhibit 3 - Certificate of Incorporation | No objection |
| 8 | 7.31.2020 30(b)6 Deposition of Geraldo I. Gonzalez - Exhibit 4 - GALEO's mission statement | No objection |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 9 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 1 - Notice of 30(b)6 Deposition | FRE 402, 403 |
| 10 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 2 - Document Request directed to Common Cause by Defendants | FRE 402, 403 |
| 11 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 5 - Fund Balances by State | No objection |
| 12 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 6 - 2020 Budget Enhancement Request | FRE 402, 403 |
| 13 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 7 - Common Cause ledger C3 | FRE 402, 403 |
| 14 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 8 - Common Cause ledger C4 | FRE 402, 403 |
| 15 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 9 - 2017 Revenues & Expenditures | FRE 402, 403 |
| 16 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 10 - 2016 Form 990 for Common Cause | No objection |
| 17 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 11 - 2017 Form 990 for Common Cause | No objection |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 18 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 12 - 2018 Form 990 for Common Cause | No objection |
| 19 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 13 - 2019 Form 990 for Common Cause | No objection |
| 20 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 14 -List of provisional voters | No objection |
| 21 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 15 - National E-mails | No objection |
| 22 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 16 - 2018 Davis Democracy Fellowhip | No objection |
| 23 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 17 - 2019 Davis Democracy Fellowship | No objection |
| 24 | 8.5.2021 30(b)6 Deposition of Sara Henderson - Exhibit 18 - *AEO Confidential Document* | FRE 402, 403 |
| 25 | 7.28.2021 30(b)6 Deposition of Judith Martinez Cruz - Exhibit 2 - SOS New Voter Registration Record for Judith Martinez Cruz | No objection |
| 26 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 1 - Notice of 30(b)(6) Deposition | FRE 402, 403 |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 27 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 4 - 2019-2020 Budget | No objection |
| 28 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 5 - 2020 Proposed Budget | No objection |
| 29 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 6 - 2017 Form 990 for GCPA | No objection |
| 30 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 7 - 2018 Form 990 for GCPA | No objection |
| 31 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 8 - 2019 Form 990 for GCPA | No objection |
| 32 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 9 - Phone Bank Script | FRE 106 |
| 33 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 10 - List of New Voters | FRE 106 |
| 34 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 11 - 2013-19 New Americans Project Overview | No objection |
| 35 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 12 - Zoom Mtg 8/26/20 | No objection |
| 36 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 13 - Mtg Minutes 1/23/20 ***Highly Confidential Document*** | No objection |
| 37 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 14 - Mtg Minutes 1/23/20 (duplicate) ***Highly Confidential Document*** | No objection |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 38 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 15 VR Plan fir USCUS: New Americans Workgroup - ***Highly Confidential Document*** | No objection |
| 39 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 16 - ***Highly Confidential Document Earnings Record*** | No objection |
| 40 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 17 - ***Highly Confidential Document 9.2.20 @1:13 email*** | No objection |
| 41 | 8.3.2021 30(b)6 Deposition of Helen Butler - Exhibit 18 - ***Highly Confidential Document PROGEORGIA MOU 2020*** | No objection |
| 42 | Reserved | Reserved |
| 43 | 7.23.2021 30(b)6 Deposition of Nse Ufot - Exhibit 1 - Notice of Deposition | FRE 402, 403 |
| 44 | 7.23.2021 30(b)6 Deposition of Nse Ufot - Exhibit 2 - E-mail 7/5/16 @ 10:59 | FRE 106, 802 |
| 45 | 7.23.2021 30(b)6 Deposition of Nse Ufot - Exhibit 4 - Mission Statement | No objection |
| 46 | 7.23.2021 30(b)6 Deposition of Nse Ufot - Exhibit 5 - 2019 Budget & P&L | No objection |
| 47 | 7.23.2021 30(b)6 Deposition of Nse Ufot -Exhibit 7 - Excel Spreadsheet Pending Voter File Analysis | FRE 106 |
| 48 | 7.23.2021 30(b)6 Deposition of Nse Ufot -Exhibit 8 - E-mail 8/19/16 @ 9:17 | FRE 106 |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 49 | 7.23.2021 30(b)6 Deposition of Nse Ufot -Exhibit 10 - 2019 Form 990 New Georgia Project | No objection |
| 50 | 7.23.2021 30(b)6 Deposition of Nse Ufot -Exhibit 12 - 2018 Form 990 New Georgia Project | No objection |
| 51 | 7.23.2021 30(b)6 Deposition of Nse Ufot -Exhibit 13 - Third Sector 2017 Form 990 New Georgia Project | No objection |
| 52 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 1 - Amended Notice | FRE 402, 403 |
| 53 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 4 - 2019 Budget | No objection |
| 54 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 5 2020 Budget | No objection |
| 55 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 6 - 2017 Form 990 ProGeorgia State Table, Inc. | No objection |
| 56 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 7 - 2018 Form 990 ProGeorgia State Table, Inc. | No objection |
| 57 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 8 - 2019 990 Form ProGeorgia State Table, Inc. | No objection |
| 58 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 9 - "Who We Are" | No objection |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 59 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 10 - Talking Points | FRE 402, 403 |
| 60 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 11 - Naturalization Ceremony Standards | No objection |
| 61 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 12 - ***Highly Confidential AEO - 2018 MOU AAAJ*** | No objection |
| 62 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins - Exhibit 13 - ***Highly Confidential AEO - MOU AAAJ - GOTV*** | No objection |
| 63 | 7.30.2021 30(b)6 Deposition of Tamieka Atkins Exhibit 14 - ***Highly Confidential AEO - MOU NEO Philanthropy*** | FRE 402, 403 |
| 64 | 1.19.2023 Deposition of Ryan Germany - Exhibit 1 - Notice of Deposition | No objection |
| 65 | 1.19.2023 Deposition of Ryan Germany - Exhibit 2 - March 28th, 2022 Press release | No objection |
| 66 | 1.19.2023 Deposition of Ryan Germany - Exhibit 3 - Electronically Produced Spreadsheet | No objection |
| 67 | 1.19.2023 Deposition of Ryan Germany - Exhibit 4 - April 11th, 2022 Press release | No objection |
| 68 | 1.19.2023 Deposition of Ryan Germany - Exhibit 5 - Guide to Understanding SAVE Verification Responses | No objection |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 69 | 1.19.2023 Deposition of Ryan Germany - Exhibit 7 - Guide to Understanding SAVE Verification Responses | No objection |
| 70 | 1.19.2023 Deposition of Ryan Germany - Exhibit 8 - 1.19.2023 SOS Cure Letter to Voter Regiatration Applicant | No objection |
| 71 | 1.19.2023 Deposition of Ryan Germany - Exhibit 9 - Memorandum of Agreement USCIS & Georgia Secretary of State | No objection |
| 72 | 1.19.2023 Deposition of Ryan Germany - Exhibit 10 - May 5th, 2022 Press release | No objection |
| 73 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 7 - Deposition notice | No objection |
| 74 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 8 - 2007 Memorandum of Understanding Ga. DDS & Secretary of State | No objection |
| 75 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 9 - State of Georgia Application for Voter Registration | No objection |
| 76 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 10 - HAVA Driver Match Criteria | No objection |
| 77 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 11 - 8.8.2019 E-mail From Leah Combs to Election Officials | No objection |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 78 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 12 - Georgia HAVA Match Verification | No objection |
| 79 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 13 - GROC Registrar Course No. 4 | No objection |
| 80 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 14 - June 2009 Inspector General Audit Report | No objection |
| 81 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 15 - ENET Report of Vanessa Yanely Alva **PII NEEDS TO BE REDACTED** | No objection |
| 82 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 16 - Letter to Voter in Pending Citizenship Status | No objection |
| 83 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 17 - 11.2.2018 Official Election Bulletin Re: Pending Citizenship Registrations at Voting Locations | No objection |
| 84 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 18 - 1.31.2019 Official Election Bulletin Re: DDS Citizenship Override | No objection |
| 85 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 19 - E-mail from John Hallman | No objection |
| 86 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 20 - 6.12.2019 E-mail from Lynn Ledford | No objection |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 87 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 21 - Interrogatory Responses by Defendant Brad Raffensperger | No objection |
| 88 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 22 - The Election Forum Webinar | No objection |
| 89 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 23 - 2018 Poll Worker Manual | No objection |
| 90 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 24 - 8.23.2019 E-mail | No objection |
| 91 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 25 - 7.16.2019 Training Presentation Processing Backlog of Pending Voters Due to HB 316 | No objection |
| 92 | Reserved | Reserved |
| 93 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 27 - 6.26.2019 Official Election Bulletin Re: Verification Process Update in ElectioNet | No objection |
| 94 | 4.30.2021 Deposition of Christopher Harvey - Exhibit 28 - 3.28.2019 E-mail from Kevin Rayburn | No objection |
| 95 | 8.2.2021 Deposition of Peyton McCrary, PhD - Exhibit 1 - Deposition testimony from Fair Fight Action v. Raffensperger | FRE 402, 403, 802 |
| 96 | 8.2.2021 Deposition of Peyton McCrary, PhD - Exhibit 2 - Deposition notice | FRE 402, 403 |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 97 | 8.2.2021 Deposition of Peyton McCrary, PhD - Exhibit 4 - Amended Declaration | No objection |
| 98 | 8.2.2021 Deposition of Peyton McCrary, PhD - Exhibit 5 - Voter Registration Article | FRE 802 |
| 99 | 8.2.2021 Deposition of Peyton McCrary, PhD - Exhibit 6 - Supreme Court Opinion | FRE 402, 403 |
| 100 | 8.6.2021 Deposition of Michael McDonald, PhD - Exhibit 3 - 52 USCS 21083 | FRE 402, 403 |
| 101 | 8.6.2021 Deposition of Michael McDonald, PhD - Exhibit 5 - 12/8 Tweet | FRE 402, 403 |
| 102 | 8.6.2021 Deposition of Michael McDonald, PhD - Exhibit 6 - 1/6 Tweet | FRE 402, 403 |
| 103 | 7.15.2021 Deposition of Twyla Hart - Exhibit 1 - Notice of Deposition | No objection |
| 104 | 7.15.2021 Deposition of Twyla Hart - Exhibit 4 - 9.26.2018 Email from T. Hart *Confidential* | No objection |
| 105 | 7.15.2021 Deposition of Twyla Hart - Exhibit 5 - 8.24.2017 Email chain *Confidential* | No objection |
| 106 | 7.15.2021 Deposition of Twyla Hart - Exhibit 6 - 9.5.2017 Email chain *Confidential* | No objection |
| 107 | 7.15.2021 Deposition of Twyla Hart - Exhibit 7 - 10.20.2018 Email chain *Confidential* | No objection |
| 108 | 7.15.2021 Deposition of Twyla Hart - Exhibit 8 - 10.31.2017 Email chain *Confidential* | No objection |
| 109 | 8.6.2021 Deposition of Twyla Hart - Exhibit 9 - 10.29.2018 Email chain *Confidential* | No objection |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 110 | 7.15.2021 Deposition of Twyla Hart - Exhibit 10 - 8.23.2019 Email chain *Confidential* | No objection |
| 111 | 7.15.2021 Deposition of Twyla Hart- Exhibit 11 - 10.23.2017 Email chain *Confidential* | No objection |
| 112 | 7.15.2021 Deposition of Twyla Hart - Exhibit 18 - 6.5.2018 Email *Confidential* | No objection |
| 113 | 7.15.2021 Deposition of Twyla Hart - Exhibit 19 - Ballot surveys | No objection |
| 114 | 7.15.2021 Deposition of Twyla Hart - Exhibit 20 - Ballot surveys | No objection |
| 115 | 7.15.2021 Deposition of Twyla Hart - Exhibit 21 - Ballot surveys | No objection |
| 116 | 7.28.2021 Deposition of LaTasha Howard - Exhibit 23 - Georgia Poll Worker Manual | No objection |
| 117 | 10.2.2020 Deposition of Angelique Beauford McClendon - Exhibit P-1 - Notice of Deposiition | No objection |
| 118 | 10.2.2020 Deposition of Angelique Beauford McClendon - Exhibit P-3 - Memorandum of Understanding (DDS & SOS) | No objection |
| 119 | 10.2.2020 Deposition of Angelique Beauford McClendon - Exhibit P-4 - HAVA Match Criteria | No objection |
| 120 | 10.2.2020 Deposition of Angelique Beauford McClendon -  Exhibit P-5 - HAVA Match Criteria | No objection |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 121 | 10.2.2020 Deposition of Angelique Beauford McClendon - Exhibit P-6 - Memorandum of Understanding (SAVE & DDS) | No objection |
| 122 | GARVIS Voter registration report for Franco Jediael Chevalier | FRE 402; 403; 802.  Defendant agrees that Plaintiffs can interpose additional objections at first use. |
| 123 | GARVIS Voter registration report for Brian Shan | FRE 402; 403; 802.  Defendant agrees that Plaintiffs can interpose additional objections at first use. |
| 124 | GARVIS Voter registration report for Diana Cofield | FRE 402; 403; 802.  Defendant agrees that Plaintiffs can interpose additional objections at first use. |
| 125 | GARVIS Voter registration report for Maria del Rosario Palacios | FRE 402; 403; 802.  Defendant agrees that Plaintiffs can interpose additional objections at first use. |
| 126 | GARVIS Voter registration report for Franklin Javier Viloria | FRE 402; 403; 802.  Defendant agrees that Plaintiffs can interpose additional objections at first use. |
| 127 | GARVIS Voter registration report for Judith Martinez Cruz | FRE 402; 403; 802.  Defendant agrees that Plaintiffs can interpose additional objections at first use. |
| 128 | GARVIS Voter registration report for Yotam Oren | FRE 402; 403; 802.  Defendant agrees that Plaintiffs can interpose additional objections at first use. |
| 129 | GARVIS Voter registration report for Francisco Barreto | FRE 402; 403; 802.  Defendant agrees that Plaintiffs can interpose additional objections at first use. |

| Exhibit No. | Document Description | Plaintiffs' Objections |
|---|---|---|
| 130 | 2021 Georgia Pollworker Manual | No objection |