# ATTACHMENT F-1

**Plaintiffs' Deposition Designations**

DEPOSITION OF CHRISTOPHER HARVEY

| Plaintiffs' Designation | Defendant's Counter Designations |
|---|---|
| 7:6-8:11 | |
| 12:19-13:13 | |
| 15:5-18:14 | |
| 19:11-22:15 | |
| 22:19-24:4 | |
| 25:8-26:15 | |
| 26:17-27:18 | |
| 30:6-32:14 | |
| 33:1-34:21 | |
| 39:23-40:15 | |
| 41:10-15 | |
| 41:16-42:16 | |
| 42:23-43:10 | |
| 47:1-12 | |
| 47:24-49:7 | 49:9-15 |
| 49:16-50:11 | |
| 52:20-53:23 | |
| 55:6-56:15 | |
| 56:19-57:17 | |

| | |
|---|---|
| 60:10-62:9 | |
| 64:19-65:6 | |
| 69:16-70:19 | |
| 72:11-73:12 | |
| 73:17-74:2 | |
| 75:19-76:11 | |
| 76:15-79:9 | |
| 82:14-83:21 | |
| 84:17-85:13 | |
| 85:15-87:3 | |
| 89:16-91:10 | |
| 93:13-96:23 | |
| 104:8-105:25 | |
| 107:17-109:15 | |
| 110:7-111:24 | |
| 112:2-113:19 | |
| 114:14-19 | |
| 115:6-11 | |
| 119:23-120:19 | |
| 124:3-16 | |
| 126:6-128:24 | |
| 129:4-131:15 | 131:16-132:13 |
| 132:15-134:3 | |
| 134:4-136:1 | |
| 137:20-144:9 | |
| 144:20-145:13 | |
| 146:15-148:17 | |
| 149:8-150:12 | |

| | |
|---|---|
| 152:1-154:13 | |
| 156:20-158:7 | |
| 158:16-159:15 | |
| 161:1-162:14 | |
| 163:14-164:18 | |
| 167:8-168:6 | |
| 170:19-171:6 | 171:7-13 |
| 183:2-184:5 | |
| 184:12-185:12 | |
| 190:5-18 | |
| 191:5-194:15 | |
| 196:20-198:4 | 198:5-18 |
| 198:19-199:19 | 199:20-201:10 |
| 201:11-202:17 | |
| 209:3-209:9 | |
| 210:3-212:25 | |
| 213:8-215:12 | |
| 216:3-217:17 | |
| 218:20-219:17 | |
| 222:22-225:6 | |
| 227:23-228:22 | |
| 228:24-229:14 | |
| 233:5-235:20 | 235:21-236:9 |
| 239:3-243:3 | 243:4-11 |
| 243:24-246:1 | |
| 246:2-249:19 | |
| 257:4-257:19 | |
| 262:18-264:23 | |

| | |
|---|---|
| 266:15-267:22 | |
| 267:24-268:24 | |
| 270:5-271:14 | |
| 273:3-274:7 | |
| 276:2-276:14 | |

## DEPOSITION OF ANGELIQUE MCCLENDON

| Plaintiffs' Designation | Defendant's Counter Designations |
|---|---|
| 6:13-6:15 | |
| 7:1-7:14 | |
| 9:9-9:12 | |
| 10:23-11:2 | |
| 14:19-15:24 | |
| 16:1-19:11 | |
| 22:20-26:10 | |
| 27:2-27:15 | |
| 29:4-29:25 | |
| 33:2-33:6 | |
| 34:9-36:1 | |
| 36:2-36:18 | |
| 37:9-40:20 | |
| 41:14-44:2 | |
| 45:14-47:4 | |
| 47:19-49:7 | |
| 49:8-49:18 | |
| 49:19-50:9 | |
| 52:19-53:19 | |
| 55:1-58:6 | |
| 58:12-62:3 | |
| 63:15-69:18 | |

| | |
|---|---|
| 70:15-74:4 | |
| 74:10-75:5 | |
| 76:4-79:2 | |
| 79:4-80:22 | |
| 81:11-84:15 | |
| 84:19-87:14 | |
| 87:25-89:19 | |
| 89:21-91:22 | |
| 92:6-92:17 | |
| 93:16-94:2 | |
| 95:15-96:20 | |
| 97:12-99:2 | |
| 99:4-102:24 | |
| 103:5-105:22 | |
| 106:8-107:11 | |
| 107:12-108:1 | |
| 108:2-108:21 | |
| 109:3-109:20 | |
| 109:23-111:2 | |
| 113:8-115:18 | |
| 117:11-117:21 | |
| 118:1-118:13 | |
| 121:4-122:2 | |
| 122:3-122:17 | |
| 123:17-126:22 | |
| 129:21-130:18 | |
| 132:2-132:20 | |
| 132:21-132:25 | |

| | |
|---|---|
| 133:18-134:9 | |
| 134:11-135:2 | |
| 138:23-139:14 | |

## DEPOSITION OF RYAN GERMANY

| Plaintiffs' Designation | Defendant's Counter Designations |
|---|---|
| 6:6-6:11 | |
| 7:17-7:23 | |
| 9:25-10:5 | |
| 11:23-12:21 | 12:22-13:1 |
| 16:22-19:14 | 19:15-23 |
| 19:24-20:8 | |
| 21:12-23:2 | |
| 26:13-27:17 | |
| 27:22-28:8 | |
| 31:18-32:21 | 32:22-33:16 |
| 33:17-33:23 | |
| 34:4-34:15 | |
| 34:21-34:24 | 34:25-35:1 |
| 37:3-37:13 | |
| 37:23-39:18 | |
| 40:20-41:12 | 41:13-23 |
| 43:21-45:25 | |
| 55:10-56:15 | |
| 56:21-57:16 | |
| 58:3-60:11 | |
| 61:23-64:2 | |
| 64:23-65:12 | |

| | |
|---|---|
| 65:15-66:5 | |
| 66:23-67:9 | |
| 67:22-68:11 | 68:12-21 |
| 70:9-71:18 | |
| 71:23-72:17 | |
| 76:17-76:23 | |
| 79:15-79:20 | |
| 80:3-80:13 | |
| 80:20-81:5 | |
| 83:24-85:15 | |
| 88:16-89:1 | |
| 89:11-89:23 | |
| 90:10-91:9 | 91:10-15 |
| 95:15-95:19 | |
| 97:1-97:11 | |
| 114:19-115:3 | |
| 116:2-118:10 | |
| 119:8-119:20 | |
| 120:1-120:19 | |
| 121:12-121:22 | |
| 131:11-135:9 | |
| 137:23-138:9 | |
| 138:14-140:9 | |
| 141:6-144:4 | |
| 144:23-147:8 | |
| 147:13-149:8 | |
| 150:12-152:15 | |
| 159:1-159:18 | |

DEPOSITION OF TWYLA HART

| Plaintiffs' Designation | Defendant's Counter Designations |
|---|---|
| 7:6-8:6 | |
| 15:15-15:23 | |
| 18:7-18:14 | |
| 26:22-29:5 | |
| 31:23-33:23 | |
| 50:4-52:12 | 52:13-23 |
| 64:22-68:5 | |
| 80:16-81:5 | |
| 98:6-99:2 | |
| 122:25-123:9 | 122:13-24 |
| 124:3-125:15 | 126:3-5 |
| 126:18-132:24 | |
| 133:17-136:2 | |
| 137:10-139:21 | |
| 140:3-141:18 | |
| 141:19-143:25 | |
| 145:9-145:20 | |
| 146:1-154:16 | |
| 154:18-155:12 | |
| 155:25-156:22 | |
| 158:6-164:9 | |
| 164:10-170:16 | |

10

| | |
|---|---|
| 170:24-171:15 | 171:25-172:4 |
| 172:11-173:2 | |
| 173:12-174:11 | 174:16-175:3, 175:11-22 |
| 176:10-177:1 | 180:5-11 |
| 180:16-185:17 | 248:3-16 |
| 188:25-192:1 | |
| 192:10-192:24 | 193:18-194:4 |
| 194:5-196:7 | |
| 200:16-201:13 | |
| 202:2-203:20 | |
| 204:1-204:13 | |
| 205:25-209:8 | |
| 209:14-211:17 | |
| 214:23-215:18 | |
| 215:19-216:19 | |
| 218:24-222:9 | |
| 234:5-235:20 | 236:2-8 |
| 241:11-242:6 | |

DEPOSITION OF KELVIN WILLIAMS

| Plaintiffs' Designation | Defendant's Counter Designations |
|---|---|
| 6:6-7:3 | |
| 12:12-14:3 | |
| 15:4-16:12 | |
| 31:2-31:15 | |
| 31:21-35:3 | |
| 43:20-44:15 | |
| 52:20-53:4 | |
| 57:22-58:16 | |
| 58:24-60:10 | |
| 74:10-77:12 | 77:13-79:17 |
| 95:22-96:14 | 96:15-97:9 |
| 106:17-108:8 | |
| 125:4-126:14 | |
| 126:20-128:16 | |
| 132:12-134:24 | |
| 141:9-142:1 | |
| 143:4-143:21 | |
| 154:10-156:16 | 156:17-24 |
| 156:25-160:18 | |
| 160:20-162:21 | 162:22-164:21 |
| 164:22-166:16 | 166:17-168:11 |
| | 170:13-18 |

12

| | |
|---|---|
| 171:19-172:25 | |
| 182:22-184:8 | 184:9-23 |
| 187:5-188:20 | |
| 194:3-194:18 | |
| 201:21-203:12 | |
| 208:6-213:15 | |
| 219:10-219:22 | |
| 224:8-225:16 | |
| 232:24-234:21 | |
| 235:17-236:24 | 237:15:238:10 |
| 239:23-240:8 | |
| 240:21-242:14 | |
| 250:20-251:14 | |
| 255:08-256:14 | |
| 256:16-258:10 | |

DEPOSITION OF LATASHA HOWARD

| Plaintiffs' Designation | Defendants' Counter Designations |
|---|---|
| 5:1-5:10 | |
| 5:23-6:6 | 6:8-7:13 |
| 7:14-9:22 | |
| 6:8-7:8 | |
| 10:8-12:17 | |
| 13:6-14:21 | 14:22-16:18 |
| 16:19-17:10 | |
| 17:11-19:10 | 20:8-22:18 |
| 22:21-23:25 | 24:1-25:8 |
| | 25:25-26:23 |
| 28:4-30:21 | |
| 30:22-31:22 | 31:23-32:13 |
| 32:14-32:22 | |
| 33:5-35:15 | 35:16-23 |
| 36:15-37:7 | 37:17-38:8 |

14