## <u>ATTACHMENT F-2</u>

**Defendant's Deposition Designations**

DEPOSITION OF ANGELIQUE McCLENDON

| Defendant's Designation Start | Plaintiffs' Counter-Designations |
|---|---|
| 38:11-39:23 | 37:10-40:20 |
| 91:4-91:22 | 89:21-91:22 |
| 98:2-99:2 | 97:12-99:2 |
| 95:15-96:16 | 95:15-96:20 |