# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:18-CV-04727-ELR |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, | * * * * | |
| Defendant. | * * | |

## ORDER ON TRIAL MATTERS

This order memorializes the Court's rulings on various matters addressed at the pretrial conference held on Tuesday, March 26, 2024.

### I. Preliminary Matters

This case is scheduled to be tried before this Court beginning Monday, April 8, 2024. Attorneys are to report to the courtroom by 9:00 a.m. Monday morning, and each morning thereafter, unless otherwise stated by the Court, for the duration of the trial.

### II. Opening Statements and Closing Arguments

Each side will have thirty (30) minutes for opening statements and one hour for closing arguments.

### III. Ruling on Motion in Limine

After careful consideration and for the reasons discussed at the March 26, 2024 pretrial conference, the Court **DENIES** Plaintiffs' "Motion in Limine to Exclude Undisclosed Evidence." [Doc. 215].

### IV. Other Rulings and Deadlines

- The Parties' updated objections to deposition designations must be filed no later than 5:00 p.m. on Thursday, April 4, 2024.

- After the bench trial, taking into account when the full transcript of those proceedings will become available, the Court will issue a separate order setting forth the deadlines for the Parties to submit their proposed findings of fact and conclusions of law.

### V. Equipment Orders

The Parties are reminded to provide names to Ms. Beck of those individuals requiring an equipment order as soon as possible, no later than the day before the individual equipment orders are needed.

### VI. Conclusion

Accordingly, the Court **DENIES** Plaintiffs' "Motion in Limine to Exclude Undisclosed Evidence." [Doc. 215].

**SO ORDERED**, this 26th day of March, 2024.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia