## AMENDED ATTACHMENT D-1

**Plaintiffs' Witness List**

Plaintiffs anticipate that the following witnesses will testify at trial:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| Michael McDonald, PhD | ECF No. 17-11<br><br>Topics: Declaration dated 10-17-2018; Declaration dated 5-27-2021; Rebuttal Declaration dated 7-12-2021 |
| Peyton McCrary, PhD | N/A<br><br>Topics: Amended Declaration dated 7-27-2021 |
| Helen Butler | ECF Nos. 17-3; 27-6<br><br>Testifying as fact witness |
| Gerardo "Jerry" Gonzalez | ECF No. 17-2<br><br>Testifying as fact witness |
| Tamieka Atkins | ECF No. 17-6.<br><br>Testifying as fact witness |
| Franco Chevalier | ECF No. 39-2<br><br>Testifying as fact witness |
| Judith Martinez Cruz | N/A<br><br>Testifying as fact witness |
| Jesus Eduardo Uzcategui | N/A<br><br>Testifying as fact witness |
| Stephanie Cho | ECF Nos. 17-4<br><br>Testifying as fact witness |
| Anthony Garcia Pacheco | N/A<br><br>Testifying as fact witness |

| Christopher Harvey | ECF No. 22-1 |
| | Testifying as fact witness |
| Angelique McClendon | N/A |
| | Testifying as fact witness |

Plaintiffs anticipate that the following witnesses may testify at trial:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| Francys Johnson | N/A |
| | Testifying as fact witness |
| Ryan Germany | N/A |
| | Testifying as fact witness |
| LaTasha Howard | N/A |
| | Testifying as fact witness |
| Twyla Hart | N/A |
| | Testifying as fact witness |
| Kelvin Williams | N/A |
| | Testifying as fact witness |
| Phoebe Einzig-Roth | N/A |
| | Testifying as fact witness |
| Sara Henderson | N/A |
| | Testifying as fact witness |