**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

GEORGIA COALITION FOR THE       \*
PEOPLES' AGENDA, INC.,          \*
as an organization, et al.,     \*
                                \*
      Plaintiffs,                  \*
                                \*
  v.                          \*     1:18-CV-04727-ELR
                                \*
BRAD RAFFENSPERGER,             \*
in his official capacity as Secretary of \*
State for the State of Georgia, \*
                                \*
      Defendant.                   \*
                                \*

————————

**O R D E R**

————————

This matter came before the Court for a bench trial starting Monday, April 8, 2024. [Doc. 236]. On Wednesday, April 10, 2024, After Plaintiffs rested their case-in-chief, Defendant made an oral motion for judgment on partial findings as to all of Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 52(c) (the "Motion"). The Court heard argument from Defendant and Plaintiffs on the Motion and took it under advisement.

On Thursday, April 11, 2024, the undersigned made a ruling from the bench granting Defendant's Motion as to all four (4) of Plaintiff's claims and set forth the findings of fact and conclusions of law supporting those rulings (for each claim) in

open court on the record.  Accordingly, having already granted Defendant's oral

Motion, based on the factual findings and legal conclusions set forth on the record,

the Court **DIRECTS** the Clerk to **ENTER JUDGMENT** in favor of Defendant on

all of Plaintiffs' claims and to **CLOSE** this case.[1]

      **SO ORDERED**, this 11th day of April, 2024.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] This order satisfies Federal Rule of Civil Procedure 58(a)'s requirement that every judgment be set out in a separate document.  <u>See</u> FED. R. CIV. P. 58(a).