**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization, et al., | CIVIL ACTION FILE |
| Plaintiffs, | NO.  1:18-cv-04727-ELR |
| vs. | |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, during a bench trial starting Monday, April 8, 2024 and concluding Thursday, April 11, 2024, for consideration of Defendant's oral motion for judgment on partial findings as to all of Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 52(c), it is

**Ordered and Adjudged** that judgment is hereby entered in favor of Defendant on all of Plaintiffs' claims.

Dated at Atlanta, Georgia, this 11th day of April, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: _s/Ciarra Steede_____
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 11, 2024
Kevin P. Weimer
Clerk of Court

By: ___s/Ciarra Steede_____
Deputy Clerk