**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., et al., | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:18-CV-04727-ELR |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, | * * * * | |
| Defendant. | * * | |

**<u>ORDER</u>**

Before the Court are Plaintiffs' Motion to Alter or Amend Judgment and Resume or Grant New Trial (Doc. 258) and Plaintiffs' Notice of and Unopposed Emergency Motion to Clarify the Court's April 17, 2024 Order and to Suspend the Deadline for Filing Motions for Attorneys' Fees and Cost Bill (Doc. 263).

Plaintiffs' motion to alter or amend the judgment following a bench trial falls far short of the requirements of Federal Rules of Civil Procedure 52 and 59, because it does not allege "any newly discovered evidence, nor establish[] any intervening development or change in the controlling law, or need to correct a clear error or manifest injustice." <u>Hood v. Perdue</u>, 300 F. App'x 699, 700 (11th Cir. 2008) (citing <u>Preserve Endangered Areas of Cobb's History, Inc. v. United States Army Corps of</u>

Eng'rs, 916 F. Supp. 1557, 1560 (N.D. Ga. 1995)). Rather than offering anything new, Plaintiffs simply "repackage familiar arguments to test whether the Court will change its mind." Brogdon v. Nat'l Healthcare Corp., 103 F. Supp. 2d 1322, 1338 (N.D. Ga. 2000). Plaintiffs have provided no basis for this Court to revisit its decision on the merits in this case and have provided no reason to restart this case. Plaintiffs' motion restates their disagreement with this Court's ruling on the merits and is due to be denied.

Accordingly, Plaintiffs' Motion to Alter or Amend Judgment and Resume or Grant New Trial (Doc. 258) is **DENIED**.  Additionally, Plaintiffs' Notice of and Unopposed Emergency Motion to Clarify the Court's April 17, 2024 Order and to Suspend the Deadline for Filing Motions for Attorneys' Fees and Cost Bill (Doc. 263) is **DENIED as moot**.

**SO ORDERED**, this 24th day of June, 2024.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

2